**ALBERT Y. DAYAN**   80-02 Kew Gardens Rd., # 902, Kew Gardens, N.Y. 11415

Attorney at Law   Tel: (718) 268-9400:   Fax: (718) 268-9404

July 7, 2015

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    United States v. Vintila, et al.
                 14-cr-799 (RA)

Dear Judge Abrams:

     I respectfully submit this letter on behalf of Virgil Flaviu Georgescu, a defendant in the above-captioned case.

     Your Honor, the defense motion is due for submission today. With the consent of the Government, I am kindly requesting an extension of time for one week from today to Monday, July 13, 2015 to file defendant's motion. I am also asking Your Honor for an extension of time for one week from July 28, 2015, for the Government to file their reply.

     Thank you Your Honor.

                                                   Respectfully submitted,

                                                   Albert Y. Dayan
                                                   Attorney at Law

cc:    AUSA Ilan Graff
       AUSA Andrea L. Surratt
       Assistant U.S. Attorneys