UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------

UNITED STATES OF AMERICA

                                         Ind. # 14 cr. 799 (RA)

                                         <u>NOTICE OF MOTION</u>

      v.

VIRGIL FLAVIU GEORGESCU.

              Defendant.
------------------------------

      PLEASE TAKE NOTICE that on the annexed affirmation of Albert Y. Dayan, the accompanying Memorandum of Law, the indictment and all prior papers and proceedings herein, the undersigned will move this Court, at a time and place to be set by the Court, for the following relief:

      1) Dismissal of Count One of the indictment on the grounds that the count does not state an offense, in that, a) the acts charged in that count are not chargeable under 18 U.S.C. Sec. 1114 and b) that the crime of reckless murder does not exist;

      2) That the count does not provide for extraterritorial jurisdiction;

      3) Discovery.

Dated: July 5, 2015
                                             Yours, etc.,

                                             Albert Y. Dayan
                                             Attorney for Defendant Georgescu
                                             80-02 Kew Gardens Road
                                             Kew Gardens, New York 11415
                                             (718) 268-9400