**ALBERT Y. DAYAN**
Attorney at Law

80-02 Kew Gardens Rd., # 902, Kew Gardens, N.Y. 11415
Tel: (718) 268-9400:   Fax: (718) 268-9404

April 21, 2016

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   United States v. Vintila, et al.
      14-cr-799 (RA)

Dear Judge Abrams:

    I respectfully submit this letter on behalf of Virgil Flaviu Georgescu, a defendant in the above-captioned case.

    The defendant is scheduled to commence trial before Your Honor from May 9, 2016. Your Honor, Mr. Georgescu would like to wear a suit to appear for his trial and is kindly asking the Court's permission for his wife to take to the prison the following items - a pair of pants, jacket, 2-3 shirts, a pair of shoes and socks.

    Thank you Your Honor.

Respectfully submitted,

Albert Y. Dayan
Attorney at Law

cc:   AUSA Ilan Graff
      AUSA Andrea L. Surratt
      Assistant U.S. Attorneys