```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA           :
                                   :
         - v. -                    :      14 Cr. 799 (RA)
                                   :
VIRGIL FLAVIU GEORGESCU,           :      PROTECTIVE ORDER
                                   :
                                   :
            Defendant.             :
- - - - - - - - - - - - - - - - - x
```

Upon the application of the United States of America, Preet Bharara, United States Attorney for the Southern District of New York, by and through Assistant United States Attorneys Ilan Graff and Andrea Surratt, of counsel, with the consent of VIRGIL FLAVIU GEORGESCU, through his attorney, Albert Dayan, Esq., for an order limiting the dissemination of names and identifying information for a confidential source, and the dissemination of material pursuant to 18 U.S.C. § 3500 for that confidential source (the "CS 3500 Material"), it is hereby

ORDERED that (1) the true name and identifying information (e.g., address, occupation, personal, and family information) of the confidential source may be disclosed solely to defense counsel and any paralegals or staff employed by the defense, and not to the defendant; (2) the true name and identifying information of the confidential source must be redacted or otherwise deleted from any CS 3500 Material shown or provided to the defendant; (3) defense

counsel must destroy or return to the Government all CS 3500 material (including all copies), at the conclusion of the trial of this matter or when any appeal has become final; (4) the defense is precluded from disseminating any CS 3500 material (and any copies) to anyone beyond the defendant, defense counsel, and any paralegals or staff employed by the defense; (5) the defendant is precluded from taking the CS 3500 material (or any copies) into his own possession either before, during, or after trial, except that the defendant may review the 3500 material in the possession of defense counsel when in the presence of defense counsel; and (6) the defense is precluded from disseminating any identifying information regarding the confidential source in any form.

Dated:   New York, New York
         April 28, 2016

SO ORDERED:

_____
HONORABLE RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE