UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

                -v-                                         No. 14-CR-799-03 (RA)

VIRGIL FLAVIU GEORGESCU,                ORDER

                            Defendant.

-----------------------------------------------------------X

RONNIE ABRAMS, United States District Judge:

After an eleven-day trial, Defendant was found guilty of both counts in the Indictment. The Clerk of Court is respectfully requested to upload to ECF the Court exhibits from the trial, each of which is attached to this Order.

    Court Exhibit 1:  Jury Note

    Court Exhibit 2:  Jury Note

    Court Exhibit 3:  Jury Note

    Court Exhibit 4:  Verdict Sheet

    Court Exhibit 5:  Voir Dire Questionnaire

    Court Exhibit 6:  Draft Jury Charge

    Court Exhibit 7:  Final Jury Charge

SO ORDERED.

Dated:     May 27, 2016
            New York, New York

_____
Ronnie Abrams
United States District Judge