Judge,

We have agreed to start & work tomorrow @ 9:00 AM.

Thank you —

Forepersen

COURT EXHIBIT

1