Judge,                    2                    5/25/16

The jury would like to see the following:

① F.G. Travel Log
② DA Closing — Time Line
(a transcript when the time line was
shown to the jury in closing arguments)
③ Final contract (weapons) signed by
Pencher
④ Transcripts of two CIA phone calls in
4/2.
⑤ FBI Cooperative Witness Contract w/ GF
⑥ Transcript of Flavio's FULL
testimony.

                    Thank you —

                    Foreperson