Judge,

We, the jury, have reached a verdict.

Foreperson

COURT EXHIBIT

3