COURT EXHIBIT

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-                                    No. 14 Cr. 799 (RA)

VIRGIL FLAVIU GEORGESCU,               VERDICT SHEET

               Defendant.

---

Please note that your vote must be unanimous as to each count. Please indicate each of your verdicts with a check mark (✓).

**1. With respect to Count One, conspiracy to kill officers and employees of the United States, how do you find Defendant Georgescu?**

    Guilty     ✓     Not Guilty _____

**2. With respect to Count Two, conspiracy to provide material support, how do you find Defendant Georgescu?**

    Guilty     ✓     Not Guilty _____

[Signatures]

Foreperson