# ALBERT Y. DAYAN

80-02 Kew Gardens Rd., # 902, Kew Gardens, N.Y. 11415

Attorney at Law

Tel: (718) 268-9400:   Fax: (718) 268-9404

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
JUN 01 2016

May 31, 2016

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Application granted. SO ORDERED.

Hon. Ronnie Abrams, U.S.D.J.
6/1/2016

Re:   United States v. Vintila, et al.
      14-cr-799 (RA)

Dear Judge Abrams:

I respectfully submit this letter on behalf of Virgil Flaviu Georgescu, a defendant in the above-captioned case.

Your Honor, the defendant was found guilty of both Counts in the Indictment on May 25, 2016. The Defense Rule 29 Post Trial Motion is due for submission on Wednesday, June 8, 2016. With the consent of the Government, I am kindly requesting an extension of time for thirty days from June 8, 2016 to July 8, 2016, to file defendant's Rule 29 Post Trial Motion.

Thank you Your Honor.

Respectfully submitted,

_____/s/_____
Albert Y. Dayan
Attorney at Law

cc.   AUSA Ilan Graff
      AUSA Andrea L. Surratt
      Assistant U.S. Attorneys