# EXHIBIT D

```
 1   CASE NAME:            United States v. Georgescu
 2
 3   FILE NAME:
 4
 5   DATE:
 6
 7   TIME:                 N/A
 8
 9   PARTICIPANTS:         FLAVIU GEORGESCU
10                         CIA OPERATOR
11
12
13   ABBREVIATIONS:        [U/I] Unintelligible
14                         [PH] Phonetic spelling
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
```

| | | |
|---|---|---|
| 1 | [Silence until 00:58 because of redaction] | |
| 2 | | |
| 3 | OPERATOR: | Good afternoon  how can I help you? |
| 4 | | |
| 5 | GEORGESCU: | Hi  ahem  my name is Flaviu. |
| 6 | | |
| 7 | OPERATOR: | Uhm-hm. |
| 8 | | |
| 9 | GEORGESCU: | And  um  I was born in Romania but right now I am  uh  I am |
| 10 | | a U.S. citizen  and  uh  right now I am in Romania  and I |
| 11 | | have  uh  information for you  and I wanna be in touch with |
| 12 | | one of your agency over here in Romania.  [U/I] I know you |
| 13 | | have an office in Austria… |
| 14 | | |
| 15 | OPERATOR: | Okay  what's your soc… |
| 16 | | |
| 17 | GEORGESCU: | …and I can travel over there. |
| 18 | | |
| 19 | OPERATOR: | What's your social security number? |
| 20 | | |
| 21 | GEORGESCU: | ▮▮▮▮▮▮. |
| 22 | | |
| 23 | OPERATOR: | ▮▮? |
| 24 | | |
| 25 | GEORGESCU: | Yeah  what's your name? |
| 26 | | |
| 27 | [BEEP REDACTION] | |
| 28 | | |
| 29 | OPERATOR: | Uhm-hm.  Alright  and you said you're currently a U.S. |
| 30 | | citizen but you're in Romania?  What information do you |
| 31 | | have? |
| 32 | | |
| 33 | GEORGESCU: | I need to talk with someone personally over here  or in one |
| 34 | | of your… |
| 35 | | |
| 36 | OPERATOR: | Okay  then you need to go to  then you need to go to the |
| 37 | | Embassy  then.  Because if you don't want to tell me over |
| 38 | | the phone  I'm not going to send somebody out to meet you. |
| 39 | | Okay?  If you only need…if you need to talk in person only |
| 40 | | then you need to go to the Embassy. |
| 41 | | |
| 42 | GEORGESCU: | No  I'm not going there  because  you know  I was born here |
| 43 | | and I know  I'm not trusting people over here in Romania |
| 44 | | that I was  that I try to [U/I].  I  it is something about  like  um |
| 45 | | um  some guns in [ph] Columbia  stuff like that. |
| 46 | | |

| | | |
|---|---|---|
| 1 | OPERATOR: | Okay. |
| 2 | | |
| 3 | GEORGESCU: | Someone call  contact me from… |
| 4 | | |
| 5 | OPERATOR: | Well  you can tell me over the phone.  You can write an |
| 6 | | email on the public website – if you go to CIA.gov and go to |
| 7 | | contact us  you can write it all out  or you can go to the |
| 8 | | Embassy.  Those are your three options  'cause I'm not |
| 9 | | sending anybody out to meet you. |
| 10 | | |
| 11 | GEORGESCU: | Okay  let me talk with you.  I prefer over the phone |
| 12 | | because… |
| 13 | | |
| 14 | OPERATOR: | Okay. |
| 15 | | |
| 16 | GEORGESCU: | …I talk right now  right now I…[U/I] what I see and I'm using |
| 17 | | my phone.  Uh  I was connect…I was  um  someone |
| 18 | | connect…uh  contact me from Miami  uh  they have some |
| 19 | | clients from Colombia  and they are interesting to buy some |
| 20 | | um  equipment  anything  like from grenades  ammunition |
| 21 | | everything.  And  uh  uh  from that point  I ask them  uh  to |
| 22 | | give me the end-user certificate because every deal has to |
| 23 | | be before I go to the factory with the end-user certificate. |
| 24 | | And they said  they promised me a bigger price  to increase |
| 25 | | the price  and  uh  to use my own  um  end-user certification. |
| 26 | | And I said it's not  you know  for me doesn't make sense and |
| 27 | | stuff like that.  And  uh  they give me some  um  list with they |
| 28 | | needed  for the moment.  I have two lists  which they are |
| 29 | | interesting for some things and  um  I got the connection in |
| 30 | | uh  in Bulgaria  one in Romania and one in Russia to provide |
| 31 | | them the  the  the merchandise for them.  But  you know… |
| 32 | | |
| 33 | OPERATOR: | Okay  so you were contacted by somebody in Miami? |
| 34 | | |
| 35 | GEORGESCU: | Yeah  the client  the client from Colombia  he's in Miami. |
| 36 | | |
| 37 | OPERATOR: | Okay  and how do you know this person?  Why would they |
| 38 | | contact you? |
| 39 | | |
| 40 | GEORGESCU: | They  they  they are  they are not really big.  They  they |
| 41 | | looking  they co…  they want to try me for it  because I'm |
| 42 | | really  really connected.  I have a big… |
| 43 | | |
| 44 | OPERATOR: | Okay  how are you really  really connected? |
| 45 | | |
| 46 | GEORGESCU: | Because everyone knows me  you know? I help many |

| | | |
|---|---|---|
| 1 | | times… |
| 2 | | |
| 3 | OPERATOR: | 'Cause everyone knows you…to get them weapons? |
| 4 | | |
| 5 | GEORGESCU: | No  no… |
| 6 | | |
| 7 | OPERATOR: | 'Cause you just told me they contacted you to get grenades |
| 8 | | and stuff. |
| 9 | | |
| 10 | GEORGESCU: | Yeah  yeah. |
| 11 | | |
| 12 | OPERATOR: | So what kind of connections do you have?  Because if it's |
| 13 | | criminal connections  then the CIA doesn't want to have |
| 14 | | anything to do with it. |
| 15 | | |
| 16 | GEORGESCU: | It's not  it's not any  uh  criminal connections. I'm  uh  uh |
| 17 | | actually they know me  I work in a advance security |
| 18 | | executive protection  stuff like that  and  they  I know a guy |
| 19 | | in  in  uh  Los Angeles  and since he said  you know  I'm  I'm |
| 20 | | the middle man who is  for these people.  Do you know |
| 21 | | someone which can purchase these things for me?  And I |
| 22 | | said  you know  let me look around  and when I'm asked for |
| 23 | | the  uh  end-user certificate  that's why I was coming to you. |
| 24 | | Because when I asked for the use…end-user certificate |
| 25 | | they don't have that.  They says  you know  can you use one |
| 26 | | of maybe connections or something like that to use [ph] like |
| 27 | | a middle man in the  in this transaction  you know? |
| 28 | | |
| 29 | OPERATOR: | Okay  well my suggestion to you  alright… |
| 30 | | |
| 31 | GEORGESCU: | Okay. |
| 32 | | |
| 33 | OPERATOR: | is to go to the U.S. Embassy.  Because you're a U.S. citizen |
| 34 | | so you need to talk to somebody at the Embassy  okay? |
| 35 | | They're going to be better off suited to assist you than you |
| 36 | | telling me all this stuff over the phone  okay? |
| 37 | | |
| 38 | GEORGESCU: | No  no  no…in the Embassy works a lot of Romanians  they |
| 39 | | know me  you know  it's  it's not like that.  It doesn't work like |
| 40 | | that.  I help FBI many times in United States too.  They  they |
| 41 | | catch a lot of bad guys from Romania  from Russia  from |
| 42 | | everywhere.  You know  it's like  I bring a lot of [U/I] to the |
| 43 | | government. |
| 44 | | |
| 45 | OPERATOR: | Well the CIA doesn't work in the United States  so… |
| 46 | | |

| | | |
|---|---|---|
| 1 | GEORGESCU: | I know that  that's why I was contact you.  If  if  if I... |
| 2 | | |
| 3 | OPERATOR: | I just told you they don't work in the United States  and you |
| 4 | | said  "I know that's why I'm calling you." |
| 5 | | |
| 6 | GEORGESCU: | Yeah  because I... |
| 7 | | |
| 8 | OPERATOR: | Okay  what's the name of the company that you work for? |
| 9 | | |
| 10 | GEORGESCU: | Uh  I don't have a company. |
| 11 | | |
| 12 | OPERATOR: | You just said you work in personal security.  So what's the |
| 13 | | name of your business? |
| 14 | | |
| 15 | GEORGESCU: | Yeah  I  no  I'm a self-employed  I am personal  you know |
| 16 | | private contractor.  Whenever I have someone  I take care of |
| 17 | | his business.  I set up the things for him  you know  the |
| 18 | | drivers  the bodyguards  everything. |
| 19 | | |
| 20 | OPERATOR: | But you don't have a business. |
| 21 | | |
| 22 | GEORGESCU: | No  no  no. |
| 23 | | |
| 24 | OPERATOR: | Okay.  So you do personal security all over the world. |
| 25 | | You're connected to all these different people.  And you had |
| 26 | | somebody call you and say... |
| 27 | | |
| 28 | GEORGESCU: | Yeah. |
| 29 | | |
| 30 | OPERATOR: | ...can you get grenades and guns for this guy in Colombia? |
| 31 | | |
| 32 | GEORGESCU: | Not  not specify grenades  a lot of ammunition.  It's |
| 33 | | ammunition  AK-47  a lot of  a lot of stuff.  [U/I]. |
| 34 | | |
| 35 | OPERATOR: | Okay.  What I'm telling you  as a U.S. citizen  go to the U.S. |
| 36 | | the American Embassy  and tell them you need to speak |
| 37 | | with someone  okay? |
| 38 | | |
| 39 | GEORGESCU: | [Sighs].  Yeah  you  this is  the  the easy way for you  but |
| 40 | | you know a lot of  a lot of... |
| 41 | | |
| 42 | OPERATOR: | Okay  well  no  it's not the easy way for me.  You're being |
| 43 | | very difficult.  You run a business  but you don't have a |
| 44 | | name for your business. |
| 45 | | |
| 46 | GEORGESCU: | I know  I  I... |

1
2   OPERATOR:       It  it just…you're telling me that you're very  very connected
3                   but people are…
4
5   GEORGESCU:      I know everyone.
6
7   OPERATOR:       …calling you to  to  to get ammunition and AK-47s.  So it
8                   really doesn't sound like anything that we can discuss over
9                   the phone.  So I'm telling you  for your safety…
10
11  GEORGESCU:      Yeah.
12
13  OPERATOR:       …you need to go to the U.S. Embassy.
14
15  GEORGESCU:      No… I'm not  I'm…[U/I].
16
17  OPERATOR:       Okay  well we can't help you.  Thank you  good bye.
18
19
20                              [END OF RECORDING]