# EXHIBIT E

1    CASE NAME:               <u>United States v. Georgescu</u>

2

3    FILE NAME:

4

5    DATE:

6

7    TIME:                   N/A

8

9    PARTICIPANTS:        FLAVIU GEORGESCU

10                        CIA OPERATOR

11

12

13    ABBREVIATIONS:      [U/I] Unintelligible

14                        [PH] Phonetic spelling

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30

31

32

33

34

35

36

37

38

39

40

41

42

43

44

45

46

1    [Silence until 00:26 because of redaction]
2
3    OPERATOR:             Hello, this is [BEEP REDACTION].  Is this Flav?
4
5    GEORGESCU:        Yes.
6
7    OPERATOR:             Yes, you were speaking with an investigator from our office,
8                                um….  Is there something…[U/I].
9
10   GEORGESCU:        Yeah, and the phone was disconnected or something like
11                              that.  Excuse me?
12
13   OPERATOR:             You were disconnected?
14
15   GEORGESCU:        Yeah, actually, I was actually spoke with Miss [BEEP
16                              REDACTION] or something like that, and the phone was get
17                              disconnected, or she hang up the phone.  I didn't understand
18                              what she said the last few words.
19
20   OPERATOR:             Okay, well, as I understand it, I don't, I don't think there was
21                              anything that the Agency could do to, to assist or facilitate
22                              what you're trying to accomplish.  We didn't have anyone
23                              that can, can meet with you, and, um, again I don't know the
24                              details of the conversation...
25
26   GEORGESCU:        I was just try to be useful.
27
28   OPERATOR:             …but that was the determination.
29
30   GEORGESCU:        Yeah I was, I was just try to be useful to the U.S.
31                              government because I love that country and, you know, I'm
32                              so proud to be a U.S., U.S. citizen.  That's all, you know, if it
33                              is not anything interesting for you, I don't care, because I'm
34                              not doing any deal.  I'm not, uh, going to, to help these
35                              people, because, because when I ask them for the paper or
36                              end-user certificate, and stuff like that, they can't provide
37                              anything from that moment, and I stopped everything.  But I
38                              was thinking if you have any interesting in this situation,
39                              because it's easy to follow-up these people, you know,
40                              which, maybe it's a case for you, or, you know, you have to
41                              know everything which is happened.  But…[U/I]
42
43   OPERATOR:             Well, I, I mean I think if you were forthright with all the
44                            details, and we could verify your story, that's something we,
45                              we might look into and pass to the right authorities.  Um, you
46                            said you worked, you have a, a company?  A personal

| | | |
|---|---|---|
| 1 | | security company? |
| 2 | | |
| 3 | GEORGESCU: | No, I work…no, no I work for some private people like I am |
| 4 | | a, um, security advisor.  I set up the things for you when you |
| 5 | | need it, like the bodyguards, the drivers, everything, you |
| 6 | | know?  I [U/I] the private jets, everything which is like, you |
| 7 | | know, the private security, advanced security. |
| 8 | | |
| 9 | OPERATOR: | Okay. |
| 10 | | |
| 11 | GEORGESCU: | I, I don't have a company.  My medical problems doesn't |
| 12 | | allow me to work everyday.  I'm not in a good health right |
| 13 | | now, and it's not the best part in my life right now.  I… |
| 14 | | |
| 15 | OPERATOR: | Uhm-hm.  Okay. |
| 16 | | |
| 17 | GEORGESCU: | But the thing it is, I was like I explained to [BEEP |
| 18 | | REDACTION], um, uh, a guy from uh, from, uh, from Los |
| 19 | | Angeles, he said, you know I have some clients.  They want |
| 20 | | to do a the first deal for ten million dollars, which is not that |
| 21 | | big, but they want to see, uh, everything goes smoothly and |
| 22 | | everything is perfect.  And I said, okay what they needed? |
| 23 | | And they send me two different lists with, uh, merchandise |
| 24 | | that they need.  And want next step, I said, okay, I have to |
| 25 | | go to a factory in Romania, Bulgaria, Russia, Italy, to see |
| 26 | | when they are able to deliver the merchandise.  And they |
| 27 | | said, I asked for the first time, I asked for the end-user |
| 28 | | certificate.  You know what the end-user certificate it is?  [CD |
| 29 | | SKIPS A BIT]….this paper?  Yeah, yeah. |
| 30 | | |
| 31 | OPERATOR: | No, I'm not familiar with it. |
| 32 | | |
| 33 | GEORGESCU: | Oh.  End-user certificate ha…is, uh, it is, uh, a paper which |
| 34 | | has to prove to the factory which is the end-user for this kind |
| 35 | | of ammunition, for this kind of guns, for everything, you |
| 36 | | know? |
| 37 | | |
| 38 | OPERATOR: | Uhm-hm. |
| 39 | | |
| 40 | GEORGESCU: | And when I asked for that, when I asked for this paper, they |
| 41 | | said, no, we don't have one, and, uh, maybe if we increase |
| 42 | | the price can you use a middle man in this contract, and I |
| 43 | | said, you know, our conversation has to end right now, |
| 44 | | because I'm not getting involved in anything like that.  And, |
| 45 | | they said, you know, maybe you think about blah, blah, blah, |
| 46 | | it's good money, you know, with my health problems, I don't |

|   |   |   |
|---|---|---|
| 1 |  | care about anything, any money, anything.  And believe me |
| 2 |  | or not, you don't know me, but, when I have the, uh, the, the |
| 3 |  | chance to help U.S. government and help that country, I |
| 4 |  | consider my country, too, I, I help them.  Every time when |
| 5 |  | FBI needs me for, uh, Russians, Romanians, which they do |
| 6 |  | a lot of business in United States, I help them.  And, with my |
| 7 |  | help, a lot of government confiscate a lot of cash, a lot of |
| 8 |  | houses, a lot of cars.  You know, I bring some money to the |
| 9 |  | Uncle Sam all the time. |
| 10 |  |  |
| 11 | OPERATOR: | Uhm-hm. |
| 12 |  |  |
| 13 | GEORGESCU: | Because I'm not, sir, with all my respect for you, uh, and for |
| 14 |  | your time which you stay with me on the phone, I'm not that |
| 15 |  | kind of person to come to United States and take the cash to |
| 16 |  | bring it outside.  I'm the kind…I am that kind of guy to bring |
| 17 |  | the cash to the United States, you know,  I, you know, my, I |
| 18 |  | consider that [U/I] country mine, you know?  I, I live over |
| 19 |  | there and I'm so happy, and… |
| 20 |  |  |
| 21 | OPERATOR: | Sir, can you, can you spell your last name? |
| 22 |  |  |
| 23 | GEORGESCU: | G-E-O-R-G-E-S-C-U. |
| 24 |  |  |
| 25 | OPERATOR: | F? |
| 26 |  |  |
| 27 | GEORGESCU: | S-C-U.  "S" as in Sam; "C" as in cat; "U" as in uniform. |
| 28 |  |  |
| 29 | OPERATOR: | Okay. |
| 30 |  |  |
| 31 | GEORGESCU: | You, you, you can check all my, my credit score, everything, |
| 32 |  | everything my [U/I], everything I have a few speed tickets in, |
| 33 |  | in Nevada.  That's all, nothing else. I was not, never |
| 34 |  | arrested, nothing else.  My credit score is, like, around 840. |
| 35 |  | You know, I, I respect the United States, and I respect that |
| 36 |  | country.  It's like, it's more than, than my country, which I |
| 37 |  | was born in Romania. |
| 38 |  |  |
| 39 | OPERATOR: | Okay.  Is that a common name in Romania? |
| 40 |  |  |
| 41 | GEORGESCU: | Uh, your… |
| 42 |  |  |
| 43 | OPERATOR: | Your last name? |
| 44 |  |  |
| 45 | GEORGESCU: | You…yes, because, you know, your, your colleague [BEEP |
| 46 |  | REDACTION], she was advised me to go the Embassy. |

|   |   |   |
|---|---|---|
| 1 | | Around your Embassy in Romania, all the time you…is a |
| 2 | | lotta Romanian services which they are outside and, you |
| 3 | | know, they take pictures for everyone which they going |
| 4 | | inside, you know?  Because this is the way the works, the, |
| 5 | | you know, the services.  And, I don't wanna go there with, |
| 6 | | you know, I don't wanna meet people which they work in the |
| 7 | | Embassy, they living in Romania, they are connected with |
| 8 | | Romanian people and, you know, these kind of headache. |
| 9 | | |
| 10 | OPERATOR: | No, I, I mean I appreciate what you're, what you're saying. |
| 11 | | Again, we, you have to understand… |
| 12 | | |
| 13 | GEORGESCU: | [U/I]. |
| 14 | | |
| 15 | OPERATOR: | …from our perspective that we have to be able to vet and |
| 16 | | confirm the things that you're, you're telling us, because a lot |
| 17 | | of people call… |
| 18 | | |
| 19 | GEORGESCU: | I know, wh… |
| 20 | | |
| 21 | OPERATOR: | …with those information and contacts, so when we ask you |
| 22 | | these questions, that's…we're simply… |
| 23 | | |
| 24 | GEORGESCU: | I know, I know that. |
| 25 | | |
| 26 | OPERATOR: | …trying to [U/I] make sure we're not wasting our time and |
| 27 | | yours. |
| 28 | | |
| 29 | GEORGESCU: | I know that because it was the same drill with the FBI. |
| 30 | | |
| 31 | OPERATOR: | Okay. |
| 32 | | |
| 33 | GEORGESCU: | You know?  That means I know the procedure, I know the, |
| 34 | | uh, the working which I was involved in all the time, I, my, my |
| 35 | | begging is, my request you is to don't be, uh… |
| 36 | | |
| 37 | OPERATOR: | Okay. |
| 38 | | |
| 39 | GEORGESCU: | …testified witness. I'm a not a testifying witness. |
| 40 | | |
| 41 | OPERATOR: | Well let me stop you for a moment.  Before I can take this |
| 42 | | further, let me get your, your spelling of your first name, cuz I |
| 43 | | was told, is it Flavio [ph]? |
| 44 | | |
| 45 | GEORGESCU: | Yeah, it's Flaviu.  F-L-A-V-I-U |
| 46 | | |

| 1 | OPERATOR: | I-U as in uniform. |
| 2 | | |
| 3 | GEORGESCU: | "U" as in uniform, sir, it is. |
| 4 | | |
| 5 | OPERATOR: | So, the last three is "V" as in Victor; "I" as in India; "U" as in |
| 6 | | uniform. |
| 7 | | |
| 8 | GEORGESCU: | Yeah, Flaviu.  F-L-A-V-I-U. |
| 9 | | |
| 10 | OPERATOR: | Okay and what's, what's your date of birth? |
| 11 | | |
| 12 | GEORGESCU: | 06/19/1972. |
| 13 | | |
| 14 | OPERATOR: | 1972.  Okay, and you're still Romanian?  And where are you |
| 15 | | calling from today?  You were, you were born in Romania… |
| 16 | | |
| 17 | GEORGESCU: | I'm [U/I]…I was born in Romania.  I was first time in United |
| 18 | | States in vacation in '96, uh, I have a cousin over there – |
| 19 | | he's a gymnastics coach for kids – and, um, in '98, I moved |
| 20 | | to United States.  I get married, I get, um, permanent |
| 21 | | resident card, green card, and after that, I became U.S. |
| 22 | | citizen in 2003. |
| 23 | | |
| 24 | OPERATOR: | Okay.  Do you have specific contact information on these |
| 25 | | people that are, you know, attempting to buy these |
| 26 | | ammunition…muntions and firearms? |
| 27 | | |
| 28 | GEORGESCU: | Okay, the thing it is like that – the guy, the guy in, uh, in Los |
| 29 | | Angeles is Romanian.  He owns a big shipping company. |
| 30 | | You know, these kind of people, they don't accept in these |
| 31 | | kind of deals middle men.  When they hear about middle |
| 32 | | men, they getting crazy, they [U/I] so, so fast, you know? |
| 33 | | They are not, uh, they don't like it the middle men, because, |
| 34 | | you know, middle men can be your Agency.  Middle men can |
| 35 | | be anyone.  The only thing which might, uh, the guy in L.A. |
| 36 | | approached them, was like, do the logistics, you know?  Do |
| 37 | | the transaction, do the shipping, stuff like that.  This is the |
| 38 | | only way to approach this kind of guy.  And, um, they said for |
| 39 | | the first time, for the first time, uh, they wants to do a deal for |
| 40 | | ten million dollars.  It's not that much, but they wants to see if |
| 41 | | it's, uh, the deal goes so smoothly, and if it goes so |
| 42 | | smoothly, it's doing more and more and more.  What I |
| 43 | | understand from my… |
| 44 | | |
| 45 | OPERATOR: | So ten million dollars in firearms in exchange? |
| 46 | | |

| | | |
|---|---|---|
| 1 | GEORGESCU: | Yeah, they, they… |
| 2 | | |
| 3 | OPERATOR: | What kind of firearms [U/I]…? |
| 4 | | |
| 5 | GEORGESCU: | …they said, you know, they…. Um, it is, um, let me, hold on |
| 6 | | a second please. |
| 7 | | |
| 8 | OPERATOR: | Sure. |
| 9 | | |
| 10 | GEORGESCU: | Hold on.  I can, I can send you also an e-mail if you want. |
| 11 | | Hold on a second, let me…uh, oh, geez, hold on a second, |
| 12 | | hold on… |
| 13 | | |
| 14 | OPERATOR: | [U/I].  So do you have some type of, of paperwork that |
| 15 | | identifies specifically what they're looking for? |
| 16 | | |
| 17 | GEORGESCU: | Yeah, let me see, I have it on, on my phone.  Hold on a |
| 18 | | second, please.  I, I [U/I].  Okay.  The first one it is AK-47 7.3 |
| 19 | | millimeters, um, [U/I] and 5.45 millimeters, FPG-7, uh…, |
| 20 | | second one, it's M4 Carbine [ph], okay.  The… |
| 21 | | |
| 22 | OPERATOR: | And how many of each? |
| 23 | | |
| 24 | GEORGESCU: | …uh, third one….uh, okay, says on the email, on the paper |
| 25 | | says, uh, okay, anti-personnel mines, whatever you have in |
| 26 | | stock.  Uh, the order, uh, to stock will be one thousand…, |
| 27 | | uh, one thousand pieces of each item.  Please advise the |
| 28 | | price, and the, uh, ava..availability. |
| 29 | | |
| 30 | OPERATOR: | One thousand pieces of each… |
| 31 | | |
| 32 | GEORGESCU: | Because… |
| 33 | | |
| 34 | OPERATOR: | So you're looking for a thousand AKs, a thousand M4s, a |
| 35 | | thousand anti-personnel mines.  Is that what you |
| 36 | | understood? |
| 37 | | |
| 38 | GEORGESCU: | Yeah and also, and, he, also, I have it on the list the, FM57, |
| 39 | | uh, pistol, 5.7, by 20 millimeters.  Dragun…uh, Dragunov |
| 40 | | snipers, .762 by 64.  This is the first list, and I have another |
| 41 | | one with similar products. |
| 42 | | |
| 43 | OPERATOR: | Okay. |
| 44 | | |
| 45 | GEORGESCU: | …similar merchandise. |
| 46 | | |

| | | |
|---|---|---|
| 1 | OPERATOR: | And, and so, you, what is your role specifically in this |
| 2 | | request? |
| 3 | | |
| 4 | GEORGESCU: | And they, they were telling me…they, they were telling me |
| 5 | | something like that which I know from the guy who [U/I] from, |
| 6 | | uh, Los Angeles, which is, the, you know, the logistic |
| 7 | | company.  They offered the, the money in cash for, you |
| 8 | | know, [U/I] in drugs.  Whatever is more convenient, |
| 9 | | whatever…he like it, you know? |
| 10 | | |
| 11 | OPERATOR: | No tha…, the individuals that are trying to purchase these |
| 12 | | weapons – what do you know about them?  Like what are |
| 13 | | their affiliations? |
| 14 | | |
| 15 | GEORGESCU: | Uh, the individuals…no, the individuals I, I was, uh, uh, find a |
| 16 | | connection to get the merchandise from a factory in Bulgaria, |
| 17 | | and one in Romania, and one in Russia.  They are main [ph] |
| 18 | | factories – the…there's nobody in the middle. |
| 19 | | |
| 20 | OPERATOR: | Oh, so it's a business that's attempting to purchase these |
| 21 | | firearms for overseas distribution? |
| 22 | | |
| 23 | GEORGESCU: | Yeah, these, these guys from, uh, Miami, they are, uh, uh, |
| 24 | | they are Colombian citizens.  And they have, they have the |
| 25 | | guerillas and stuff like that over there. |
| 26 | | |
| 27 | OPERATOR: | Okay, so they're trying to purchase weapons…I mean where |
| 28 | | is the end location for the weapons? |
| 29 | | |
| 30 | GEORGESCU: | That's what I ask them – what is the end, uh, the end user? |
| 31 | | And they said it's the…it's Colombia, but, they, uh, ask me if |
| 32 | | I can provide the middle, uh, country in this transaction, you |
| 33 | | know, like, let's se…let's, we do the shipping in Africa, you |
| 34 | | know, in Nigeria, and from there to Colombia, you know. |
| 35 | | They d…they don't, they cannot provide the end-user |
| 36 | | certification, because I tell them like that: send me the end- |
| 37 | | user certification, and it is a database which I can check the |
| 38 | | end-user certification which is legal or not.  And after that |
| 39 | | they said, yeah, you know, can you increase the prices and, |
| 40 | | uh, help us to, you know, use Bulgaria or any country [U/I] or |
| 41 | | something like that to, to be like in the middle, to ship to, um, |
| 42 | | to Colombia.  And I said, you know, let me think about.  It's |
| 43 | | not a deal which I doing every day, you know, I try to buy the |
| 44 | | time, you know? |
| 45 | | |
| 46 | OPERATOR: | Okay, so how does this person that's requesting it contact |

|     |            |                                                                                                                                                                                                                                                                                                                                                                                                                                        |
|-----|------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 1   |            | you?  I mean, what do you know about him?  What's his |
| 2   |            | name?  His email?  That's the type of information that we |
| 3   |            | would need to, to look at this. |
| 4   |            | |
| 5   | GEORGESCU: | The guy, they which do the logistics, which, you know, take |
| 6   |            | care of the everything for these people from, um, Colombia, |
| 7   |            | he's from Romania, too.  He owns the, um, um, shipping |
| 8   |            | company in Los Angeles.  GM Logistics. |
| 9   |            | |
| 10  | OPERATOR:  | G-M? |
| 11  |            | |
| 12  | GEORGESCU: | Logistics. |
| 13  |            | |
| 14  | OPERATOR:  | Okay.  Do you, do you have an address or a phone number |
| 15  |            | or anything on the company? |
| 16  |            | |
| 17  | [15:00]    | |
| 18  |            | |
| 19  | GEORGESCU: | Yeah, but, you know, be really careful how you approach this |
| 20  |            | guy.  He is really smart, and, uh, FBI it was in his warehouse |
| 21  |            | and [U/I] not one time, couple of times – they couldn't find |
| 22  |            | anything.  That means any…he's, he's not like a regular |
| 23  |            | stupid guy which, uh, you know, use some drugs, drink every |
| 24  |            | night.  This guy is really, really, really smart.  Any approach |
| 25  |            | which is not in a specified procedure, you scare him and he |
| 26  |            | run.  Actually you can't find anything then.  Actually I'm not |
| 27  |            | talking this because prefer you don't go there, but the people |
| 28  |            | who they check everything they have to be real careful.  He's |
| 29  |            | really, really, really smart guy.  And I know him. |
| 30  |            | |
| 31  | OPERATOR:  | Okay. |
| 32  |            | |
| 33  | GEORGESCU: | Let me give you… |
| 34  |            | |
| 35  | OPERATOR:  | Well, I mean again, we're…the Agency, we'll, we'll look at |
| 36  |            | this information.  I assure you, we're gonna approach and |
| 37  |            | investigate it very delicately.  We have to vet all the |
| 38  |            | information and approach it and, particularly if it's a U.S. |
| 39  |            | entity, we'd work with the Bureau.  So… |
| 40  |            | |
| 41  | GEORGESCU: | I know that.  That's why I tell them to be really careful – he's |
| 42  |            | not stupid.  He's really educated, and… |
| 43  |            | |
| 44  | OPERATOR:  | Okay. |
| 45  |            | |
| 46  | GEORGESCU: | …you know people which they have good education they are |

| | | |
|---|---|---|
| 1 | | smart, too, you know, it's not like a really gu…really good |
| 2 | | education and he's so stupid, you know that. |
| 3 | | |
| 4 | OPERATOR: | Okay.  So he…but you're not gonna tell me his name?  I |
| 5 | | mean I understand… |
| 6 | | |
| 7 | GEORGESCU: | Yeah I give you his name. |
| 8 | | |
| 9 | OPERATOR: | …I understand your concern, but again we have to have all |
| 10 | | the information to be able to vet that what you're telling us is |
| 11 | | even viable.  This is kind of [U/I]… |
| 12 | | |
| 13 | GEORGESCU: | Yeah, and right now I…I search for the, for the contact |
| 14 | | information.  You need his cell number or the company |
| 15 | | number? |
| 16 | | |
| 17 | OPERATOR: | Uh, whatever you can provide me. |
| 18 | | |
| 19 | GEORGESCU: | Here's, uh, the company number – that one is easy to find |
| 20 | | everything about him.  Hold on a second.  Uh, wait for a |
| 21 | | second, okay it's ███████████. |
| 22 | | |
| 23 | OPERATOR: | Okay and what's his name? |
| 24 | | |
| 25 | GEORGESCU: | And…his name is Andi, and, uh, last name is the same like |
| 26 | | mine.  It's just a coincidence – it's nothing, we are not |
| 27 | | related, nothing, we just meet over there, I just meet him |
| 28 | | when I… |
| 29 | | |
| 30 | OPERATOR: | Okay. |
| 31 | | |
| 32 | GEORGESCU: | …keep some, uh, [U/I] in Romania, I meet him over there. |
| 33 | | Someone says he has good prices, and this is the way what |
| 34 | | I meet him. |
| 35 | | |
| 36 | OPERATOR: | Okay.  And so, Andi… |
| 37 | | |
| 38 | GEORGESCU: | [U/I]. |
| 39 | | |
| 40 | OPERATOR: | …he knows you and he contacted you and got you involved |
| 41 | | in this.  What is your role, or what, what does he want you to |
| 42 | | do? |
| 43 | | |
| 44 | GEORGESCU: | He said, you know, I have two clients from Colombia.  Can |
| 45 | | you help me to find this merchandise for me?  I said okay, let |
| 46 | | me, send me a list and I look around.  I contact the factory, |

| | | |
|---|---|---|
| 1 | | but before I go to engage in discussion, any business deal, |
| 2 | | any things, any transaction, I ask him for a end-user |
| 3 | | certification.  He said, I don't have one.  Can you increase |
| 4 | | the price and use, use someone like m…,m…, middleman |
| 5 | | like Nigeria or, you know, Sierra Leone or something like |
| 6 | | that?  I said, no.  I'm, I'm not really comfortable with that, but |
| 7 | | let me ask people, you know, and that moment I said let me |
| 8 | | buy some time.  If you want to find more, you have to allow |
| 9 | | me to continue the deal, to see the end-user certification, the |
| 10 | | middleman, everything, and I can provide you more, more, |
| 11 | | and more information, because in this moment, we get, uh, |
| 12 | | stuck, you know?  It's just, it's just, it's just a small deal, it's |
| 13 | | ten million dollars.  It's nothing, it's nothing that much, it's |
| 14 | | nothing important, you know? |
| 15 | | |
| 16 | OPERATOR: | Okay. |
| 17 | | |
| 18 | GEORGESCU: | Ten million dollars it's, it's zero in this kind of deal, you |
| 19 | | know?  And besides that, you know, I know how it work |
| 20 | | everything in this world, everywhere, in the Middle East, |
| 21 | | everywhere, and, uh, I know people from Blackwater, you |
| 22 | | know, the security company from Z Company [ph] |
| 23 | | action…[U/I], uh, actually, and, uh, the thing is which I was |
| 24 | | try to provide this information to you, you know, you have a |
| 25 | | lot of headache in Colombia all the time, and… |
| 26 | | |
| 27 | OPERATOR: | Right. |
| 28 | | |
| 29 | GEORGESCU: | …a lot of agents were killed over there, and, and, you know, |
| 30 | | I'm not happy with that.  That's why I was, you know, try to |
| 31 | | provide this information to you, because I know it's not, it's |
| 32 | | not any, any problem for United States, because it's |
| 33 | | not…the, the, these guns they don't go in United States, they |
| 34 | | go to Colombia, but the thing it is… |
| 35 | | |
| 36 | OPERATOR: | No, I… |
| 37 | | |
| 38 | GEORGESCU: | …you know, you want me investigate some… |
| 39 | | |
| 40 | OPERATOR: | I understand what you're… |
| 41 | | |
| 42 | GEORGESCU: | …yeah, go ahead. |
| 43 | | |
| 44 | OPERATOR: | …you're passing to us, and I, I do appreciate why you're, |
| 45 | | you're telling us.  It's definitely something that, if we can |
| 46 | | verify, would be of interest to the, to the Agency to be aware |

| | | |
|---|---|---|
| 1 | | of, you know.  Again, particularly if these guns are going |
| 2 | | to…cartels that we're [U/I]… |
| 3 | | |
| 4 | GEORGESCU: | Yeah, because, you know, when you go to investigate |
| 5 | | some…yeah, when you go to investigate something in |
| 6 | | Colombia, anything, you know, if something, someone throw, |
| 7 | | uh, throwing a rock to you, it's one thing.  When someone |
| 8 | | comes with AK-47, you are not really happy, you know.  You |
| 9 | | have family, you, you have family, all of [U/I]…, every |
| 10 | | ag…agent has family in United States, kids, stuff like that. |
| 11 | | We have to protect each other.  This is the way we have to |
| 12 | | work together.  Because the thing is, if we tear each other |
| 13 | | up, all that, we are okay, if we are not, anything like that, you |
| 14 | | know, if you say, oh, I am by myself, selfish, I don't care |
| 15 | | what happens, from your back, that, that's why we have |
| 16 | | headache all the time. |
| 17 | | |
| 18 | OPERATOR: | No, I certainly understand that.  How do I get back in touch |
| 19 | | with you with, with any questions? |
| 20 | | |
| 21 | GEORGESCU: | Okay, um, take my number from Romania.  It's block ███… |
| 22 | | |
| 23 | OPERATOR: | Say that again? |
| 24 | | |
| 25 | GEORGESCU: | ███…excuse me? |
| 26 | | |
| 27 | OEPR: | What was your…?  Start from the beginning please. |
| 28 | | |
| 29 | GEORGESCU: | It's, uh, hold on a second, please.  It's block ██████… |
| 30 | | |
| 31 | OPERATOR: | I don't understand – what's the first thing that you're saying? |
| 32 | | I don't understand.  You said "block"? |
| 33 | | |
| 34 | GEORGESCU: | It's, o…okay let's start like that.  Ze…from your, from, uh, |
| 35 | | United States you have to dial ██████…. |
| 36 | | |
| 37 | OPERATOR: | ███. |
| 38 | | |
| 39 | GEORGESCU: | ██████ |
| 40 | | |
| 41 | OPERATOR: | ██. |
| 42 | | |
| 43 | GEORGESCU: | …okay.  It's, uh, hold on a second, how you dial, one |
| 44 | | sec…[laughing].  Uh, █████…Okay, it's ███████ |
| 45 | | ██████. |
| 46 | | |

| | | |
|---|---|---|
| 1 | OPERATOR: | Okay. |
| 2 | | |
| 3 | GEORGESCU: | And you, you can con…uh, contact me twenty-four hours, no |
| 4 | | matter what, if I, if I [U/I] answer the phone for you, it's not a |
| 5 | | problem. |
| 6 | | |
| 7 | OPERATOR: | Okay, and where are you in, uh, Romania?  Where are you |
| 8 | | staying now? |
| 9 | | |
| 10 | GEORGESCU: | In Bucharest, in Bucharest. |
| 11 | | |
| 12 | OPERATOR: | Bucharest, okay. |
| 13 | | |
| 14 | GEORGESCU: | But don't, don't ask me never to go to the Embassy or to be |
| 15 | | in touch with the Romanian agency, you know?  I know, I |
| 16 | | was growing up over here.  My father and my uncle was a |
| 17 | | general in Romania, in the army – that means, don't ask me |
| 18 | | to cooperate with the Romanian local things, because |
| 19 | | there's nothing happening in Romania.  We don't have to |
| 20 | | discuss anything in Romania, you know?  And I wanna be |
| 21 | | [*si* ] in touch with, with anyone.  If you ask me to do that, or |
| 22 | | someone connect me, I denied everything and, from that |
| 23 | | moment, you don't, you don't get my support in any way, |
| 24 | | because… |
| 25 | | |
| 26 | OPERATOR: | I understand. |
| 27 | | |
| 28 | GEORGESCU: | …my life is more important than anything. |
| 29 | | |
| 30 | OPERATOR: | Alright, I, I totally understand… |
| 31 | | |
| 32 | GEORGESCU: | And I don't wanna be… |
| 33 | | |
| 34 | OPERATOR: | …I tell you what I'm gonna do: I will send this information to |
| 35 | | an internal desk here for inside purposes only so they can |
| 36 | | look at it, um, for interest and, and begin to investigate. |
| 37 | | They may be in touch with you on this phone number, um, |
| 38 | | but… |
| 39 | | |
| 40 | GEORGESCU: | Okay, perfect. |
| 41 | | |
| 42 | OPERATOR: | …I will, I will absolutely pass on your concerns and let them |
| 43 | | know that you would not support us if you had to go to the |
| 44 | | Embassy, or anything like that.  Okay? |
| 45 | | |
| 46 | GEORGESCU: | Yeah, or Romanian agency.  Because the, the thing it is, last |

|    |    |
|----|----|
| 1  | time when I help FBI in Las Vegas, I was know some people, |
| 2  | they collect some money and they put it in a safe box, the |
| 3  | one which is like security boxes which you can open twenty- |
| 4  | four hours, blah, blah, blah, the one which you, you don't |
| 5  | have to provide a driver license, they, they just scan your |
| 6  | eyes.  And I provide the information, the box, everything. |
| 7  | And I don't know how come – someone, when they |
| 8  | investigate these guys, they, uh, say something not directly |
| 9  | about me, but, you know these kind of criminals, they are |
| 10 | really smart, too, they are not stupid.  And you don't have to |
| 11 | estimate anyone until we know what's going on.  And, when |
| 12 | they investigate these guys they, they, they, I don't know, |
| 13 | they missed something about the, about me, about [U/I], |
| 14 | whatever.  But from that moment, they give me a lot of hard |
| 15 | time, you know?  From that moment I get the [U/I] in Las |
| 16 | Vegas, I have the, everything, you know, because I was not |
| 17 | really happy, you know?  I help with the FBI – they deport |
| 18 | everyone to Romania, I was okay.  But, after I said, you |
| 19 | know, every time I request [ph], I wanna be non-testified |
| 20 | witness, nothing else.  I don't wanna go to the court, I don't |
| 21 | wanna do anything.  I help you with all my, with all my heart, |
| 22 | every help from me to the United States government come |
| 23 | from my heart, you know?  That's why I said start the |
| 24 | investigation, and after that, don't do anything – let me to get |
| 25 | more deeper and deeper.  I know, I was educated |
| 26 | undercover operations, and I know everything.  I'm not put |
| 27 | my life in danger, eh, eh, if someone ask me, I'm not say I'm |
| 28 | talk with you never in my life… |
| 29 |  |
| 30 | OPERATOR:                     I understand. |
| 31 |  |
| 32 | GEORGESCU:              …but you let me work for you, and I give you more |
| 33 | information and more.  If you, if you find this information out, |
| 34 | I'll, I'll work for you and I'll [U/I].  You just give me a call, or |
| 35 | someone, and tell me, "go forward."  And I go forward, and |
| 36 | when I get the middleman in Nigeria or Sierra Leone, I |
| 37 | provide all your information, because they're…in my opinion, |
| 38 | you don't have to stop anything right now.  You have to find |
| 39 | out the way we gonna go from here to there, you know? |
| 40 | This is my, my idea, uh, you know, because if you know the |
| 41 | way, if you know the procedure, if you know the account |
| 42 | which….  Because the thing it is they bring the cash in Miami |
| 43 | with the private jet, and they have to, to put the money in the |
| 44 | bank.  But means you have to know that, too.  But we have |
| 45 | to go forward, forward, forward to see everything how, how |
| 46 | they work, because, if they do this deal, for sure it's not the |

| | | |
|---|---|---|
| 1 | | first one.  100    I guarantee you.  Because these guys from, |
| 2 | | uh, from, uh, Los Angeles, the, the, the, the, GM, uh, uh, |
| 3 | | Logistics, he was really afraid about these guys.  He said, |
| 4 | | Don't mess up nothing, because they kill my family, they kill |
| 5 | | everyone.  Don't…be really, really careful.  That means |
| 6 | | these guys are not really small.  And, and it's good for you to |
| 7 | | know everything, and…you know, information it is like is |
| 8 | | more than money, is more than air.  You know, air has |
| 9 | | everyone.  When you go in the city, you have air, whatever, |
| 10 | | but information is really valuable, and, you know, I do that |
| 11 | | for, for my country, which is, is from now is United States. |
| 12 | | That's why it is.  I don't need anything.  I don't need any |
| 13 | | favor.  Check my records.  Check my history.  Check my |
| 14 | | credit, uh, report.  Everything which is related with me.  Uh, |
| 15 | | that means I don't have to, you know, I'm not coming with |
| 16 | | you like a lot of people comes to you, and maybe they say, |
| 17 | | you know, I give you something and I need something back, |
| 18 | | you know, because you get this kind of deals every day, for |
| 19 | | sure.  I know you are not able to talk with me and to let me |
| 20 | | know, but FBI, they give these kind of deals the same, every |
| 21 | | day, you know?  I have something, I put something on the |
| 22 | | table, but, you know, I do something bad, you know, I, hey, I |
| 23 | | need your help, you know, I need something.  I don't need |
| 24 | | anything.  I don't need money, I don't need anything.  The |
| 25 | | only thing which I need is to be healthy and, you know, |
| 26 | | sometimes not even God is going to give you the health, but, |
| 27 | | anyway…. |
| 28 | | |
| 29 | OPERATOR: | Okay.  I understand. |
| 30 | | |
| 31 | GEORGESCU: | Thank you so much for… |
| 32 | | |
| 33 | OPERATOR: | The only other question I have is, is, uh, before I can move |
| 34 | | forward with this, and, again, I, I appreciate you bringing this |
| 35 | | information to our attention, and I'll certainly, uh, tread |
| 36 | | carefully, as we say, as far as how we, we discuss this issue |
| 37 | | here at the Agency.  Uh, do you have an address for the |
| 38 | | company that, that Andi has? |
| 39 | | |
| 40 | GEORGESCU: | Yeah, sure, one hundred…one second, please. |
| 41 | | |
| 42 | OPERATOR: | Sure. |
| 43 | | |
| 44 | [SILENT REDACTION 28:02 – 28:20] | |
| 45 | | |
| 46 | OPERATOR: | Hey, sir, this is [BEEP REDACTION] again.  We got |

| | | |
|---|---|---|
| 1 | | disconnected, I think.  You still there? |
| 2 | | |
| 3 | GEORGESCU: | Yeah, I give the…I remove my…hello? |
| 4 | | |
| 5 | OPERATOR: | Can you hear me? |
| 6 | | |
| 7 | GEORGESCU: | Can you hear me? |
| 8 | | |
| 9 | OPERATOR: | Yes. |
| 10 | | |
| 11 | GEORGESCU: | Yes.  We disconnected, sir?  Can you hear me? |
| 12 | | |
| 13 | OPERATOR: | I can hear you now. |
| 14 | | |
| 15 | GEORGESCU: | Sorry about that.  I u…I remove my SIM card from the |
| 16 | | phone, because in Romania all the phones are recorded, |
| 17 | | and, uh, I use over, voice over [U/I] to be a little bit more |
| 18 | | secure.  Um, let me give you the, you n…, you do you need |
| 19 | | a website from, um, GM Logistics, and you find the address, |
| 20 | | everything, over there? |
| 21 | | |
| 22 | OPERATOR: | Well I was looking to get the address to confirm where it, |
| 23 | | where it's located.  You said it's in Los Angeles? |
| 24 | | |
| 25 | GEORGESCU: | Okay.  Let me, let me give it to you.  One second please. |
| 26 | | |
| 27 | OPERATOR: | Great. |
| 28 | | |
| 29 | GEORGESCU: | Uh-huh, hold on a sec…[U/I] contact…okay, it's ██████ |
| 30 | | ████████████, it's, uh, city ████████████. |
| 31 | | |
| 32 | OPERATOR: | ████.  S…I missed the street name… |
| 33 | | |
| 34 | GEORGESCU: | Yes. |
| 35 | | |
| 36 | OPERATOR: | …unfortunately, I'm sorry.  I, I, I have a hard time |
| 37 | | understanding sometimes – it's ██████…? |
| 38 | | |
| 39 | GEORGESCU: | ████████████. |
| 40 | | |
| 41 | OPERATOR: | ██████?  Can you spell that? |
| 42 | | |
| 43 | GEORGESCU: | ██████, ██████. |
| 44 | | |
| 45 | OPERATOR: | Please spell it. |
| 46 | | |

| | | |
|---|---|---|
| 1 | GEORGESCU: | It's the, the street name, the, the street name is the same |
| 2 | | like the city. ████████████████████████████ |
| 3 | | ████████████████████████████████████████ |
| 4 | | ██████████. |
| 5 | | |
| 6 | [30:06] | |
| 7 | | |
| 8 | OPERATOR: | Okay.  Boulevard. |
| 9 | | |
| 10 | GEORGESCU: | Yeah, yeah. ████████.  But the thing is, I, I told you about |
| 11 | | Andi.  He is a guy around 42, 43, and, eh, uh, he's coming |
| 12 | | from a family with really, uh, good background, and he's |
| 13 | | really educated, and he's really, really smart.  FBI [U/I] |
| 14 | | many, many times in his office, because he worked [U/I], uh, |
| 15 | | to everyone, ship a lot of things from L.A. to Russia, and |
| 16 | | stuff like that.  And they couldn't find anything.  That means |
| 17 | | every approach, he gets scared, he doesn't do anything. |
| 18 | | That means we have to allow him to continue the deal, to |
| 19 | | find the whole, the whole picture.  You know, right now it's a |
| 20 | | [U/I] I can't put everything together – I don't know the people |
| 21 | | from, uh, from, uh, Colombia.  I don't know the country which |
| 22 | | is the audition to be middleman in this transaction.  I don't |
| 23 | | know nothing. |
| 24 | | |
| 25 | OPERATOR: | No, I, I, I understand.  I'll just pass on the information that |
| 26 | | you've, you've passed to me for people to take a look at. |
| 27 | | And if we need to reach back out to you, we can do that. |
| 28 | | 'Cause it looks like, the ██████████████ – that's a |
| 29 | | residence, not a, not a business.  You said that's his place… |
| 30 | | |
| 31 | GEORGESCU: | Uhm-hm. |
| 32 | | |
| 33 | OPERATOR: | …of business, or is it his home? |
| 34 | | |
| 35 | GEORGESCU: | It's a warehouse. |
| 36 | | |
| 37 | OPERATOR: | Okay. |
| 38 | | |
| 39 | GEORGESCU: | Let me, let me check one more time in my [U/I] for a second |
| 40 | | please.  But like I said before, four…hold on one second.  I |
| 41 | | have my, all my informations are encrypted, and takes a little |
| 42 | | bit to [U/I].  Okay, try this address – they moved from the |
| 43 | | address – it's, yeah I have it in the, the email. |
| 44 | | |
| 45 | OPERATOR: | Okay. |
| 46 | | |

16

| | | |
|---|---|---|
| 1 | GEORGESCU: | It's ██ |
| 2 | | |
| 3 | OPERATOR: | ██. |
| 4 | | |
| 5 | GEORGESCU: | ██████████████. |
| 6 | | |
| 7 | OPERATOR: | Okay. |
| 8 | | |
| 9 | GEORGESCU: | ████████████████ |
| 10 | | ████████████████. |
| 11 | | |
| 12 | | ████. |
| 13 | | |
| 14 | OPERATOR: | Okay.  Okay. |
| 15 | | |
| 16 | GEORGESCU: | He's working with his wife over there. |
| 17 | | |
| 18 | OPERATOR: | That's his newest warehouse? |
| 19 | | |
| 20 | GEORGESCU: | Just to, just to…excuse me? |
| 21 | | |
| 22 | OPERATOR: | That's, that's his newest residence?  Or, wh…his place of |
| 23 | | business? |
| 24 | | |
| 25 | GEORGESCU: | I, I, it was breaking up, the phone.  Sorry about that. |
| 26 | | |
| 27 | OPERATOR: | That's his new place of business? |
| 28 | | |
| 29 | GEORGESCU: | Yeah, this is the new place. |
| 30 | | |
| 31 | OPERATOR: | Okay.  Can you hold one moment? |
| 32 | | |
| 33 | GEORGESCU: | And in, in the office it's, it's just… |
| 34 | | |
| 35 | [SILENT REDACTION 33:11 – 33:34] | |
| 36 | | |
| 37 | OPERATOR: | Okay, sir I'm back with you.  Sorry, there was a…another |
| 38 | | call I had to address really quick.  And I'm back here.  You |
| 39 | | said the ██████████████ is his business. |
| 40 | | The new address. |
| 41 | | |
| 42 | GEORGESCU: | Yes. |
| 43 | | |
| 44 | OPERATOR: | Okay. |
| 45 | | |
| 46 | GEORGESCU: | Yeah. |

| | | |
|---|---|---|
| 1 | | |
| 2 | OPERATOR: | Alright, well I think I have… |
| 3 | | |
| 4 | GEORGESCU: | Yeah, the new address.  It's the new warehouse. |
| 5 | | |
| 6 | OPERATOR: | Alright.  I think I have enough information to get this started, |
| 7 | | um, let me just confirm your callback number.  I'll read it |
| 8 | | back to you, make sure we're right, okay?  Uh, 0-0-1… |
| 9 | | |
| 10 | GEORGESCU: | Yes. |
| 11 | | |
| 12 | OPERATOR: | ████. |
| 13 | | |
| 14 | GEORGESCU: | Okay. |
| 15 | | |
| 16 | OPERATOR: | ██. |
| 17 | | |
| 18 | GEORGESCU: | Yes. |
| 19 | | |
| 20 | OPERATOR: | ███. |
| 21 | | |
| 22 | GEORGESCU: | Yes. |
| 23 | | |
| 24 | OPERATOR: | ███. |
| 25 | | |
| 26 | GEORGESCU: | Yes.  Hold on a second please. |
| 27 | | |
| 28 | OPERATOR: | Uhm-hm. |
| 29 | | |
| 30 | GEORGESCU: | Yes, that one is the number I give…[U/I]…in Romania. |
| 31 | | |
| 32 | OPERATOR: | You say that is the right number? |
| 33 | | |
| 34 | GEORGESCU: | Yes, it is. |
| 35 | | |
| 36 | OPERATOR: | Okay, well, sir, I have enough information to get started on it. |
| 37 | | Thank you, again.  I will pass it on, and hopefully they'll be in |
| 38 | | touch with you. |
| 39 | | |
| 40 | GEORGESCU: | Okay.  No… |
| 41 | | |
| 42 | OPERATOR: | Okay. |
| 43 | | |
| 44 | GEORGESCU: | Okay, no problem.  God bless you, and, uh, hopefully, we |
| 45 | | start from here. |
| 46 | | |

1    OPERATOR:              Yes, likewise.  Best of luck to you.  Bye.

2

3

4

5                                    [END OF RECORDING]