# EXHIBIT G

U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION



| 1. Program Code | 2. Cross File / Related Files | 3. File No. [redacted] | 4. G-DEP Identifier [redacted] |
|---|---|---|---|
| 5. By: Adam W Lambert, SA<br>At: Special Operations Division (OSNE) | ☐<br>☐<br>☐<br>☐<br>☐ | 6. File Title<br>GEORGESCU, Andi Costin | |
| 7. ☐ Closed ☐ Requested Action Completed<br>☐ Action Requested By: | | 8. Date Prepared<br>12-19-2014 | |
| 9. Other Officers: SA Robert Scott | | | |
| 10. Report Re: Post arrest statement of Flaviu GEORGESCU on December 15, 2014, in Podgorica, Montenegro. | | | |

**SYNOPSIS**

On December 15, 2014, Flaviu GEORGESCU was arrested in Podgorica, Montenegro on charges of conspiracy to kill officers and employees of the United States and conspiracy to provide material support to a terrorist organization. GEORGESCU provided post-arrest statements to DEA agents in regard to his involvement in the conspiracy, and the involvement of other co-conspirators.

**DETAILS**

1. On December 15, 2014, at approximately 11:23 p.m. (all local times), Flaviu GEORGESCU was arrested by members of the Montenegro National Police (MNP) at the Ramada Hotel in Podgorica, Montenegro. The arrest was made at the request of DEA and pursuant to a U.S. Provisional Arrest Warrant. Reference is made to a DEA 6 ROI prepared by SA Adam Lambert, dated December 19, 2014, re: Surveillance of CS Meet and Arrest of Flaviu GEORGESCU and Cristian VINTILA on December 15, 2014.

2. Immediately following his arrest, GEORGESCU was detained in the hotel room by members of the DEA and the MNP. During this time, GEORGESCU was not asked any questions in regard to the charges pending against him.

3. On December 15, 2014, at approximately 11:30 p.m., SAs Robert Scott and Adam Lambert entered the hotel room and identified themselves as agents with the DEA. GEORGESCU said he understood. SA Scott offered GEORGESCU

| 11. Distribution: | 12. Signature (Agent) | 13. Date |
|---|---|---|
| Division<br><br>District<br><br>Other | Adam W Lambert, SA | 01-12-2015 |
| | 14. Approved (Name and Title)<br>/s/ Matthew J O'Brien, GS | 15. Date<br>01-22-2015 |

DEA Form - 6
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| **REPORT OF INVESTIGATION** *(Continuation)* | 1. File No. [redacted] | 2. G-DEP Identifier [redacted] |
|---|---|---|
| | 3. File Title GEORGESCU, Andi Costin | |
| 4. Page 2 of 6 | | |
| 5. Program Code | 6. Date Prepared 12-19-2014 | |

water and GEORGESCU accepted. SA Scott then explained to GEORGESCU that he had been indicted in the United States, Southern District of New York, for conspiracy to kill officers and employees of the United States and conspiracy to provide material support to a foreign terrorist organization. Further, SA Scott advised GEORGESCU there was a warrant for his arrest in the United States for these charges and that the U.S. would be requesting his extradition.

4. SA Scott told GEORGESCU that he wished to speak to him about the charges and asked GEORGESCU if he understood English. GEORGESCU said he understood English. At approximately 11:37 p.m., SA Scott, in the presence of SA Adam Lambert read GEORGESCU his Miranda advisement. GEORGESCU said he understood. Further, SA Scott then handed the form to GEORGESCU in order for GEORGESCU to read at his own pace. When GEORGESCU finished reading the form, SA Scott inquired if he (GEORGESCU) had any questions as to its content. GEORGESCU responded "No". SA Scott asked GEORGESCU if he (GEORGESCU) was willing to make a statement and answer questions. GEORGESCU responded "Yes". GEORGESCU then voluntarily signed, dated and initialed the Miranda advisement form as witnessed by SA's Scott and Lambert. GEORGESCU again said he understood and wished to speak to SA Scott. The Miranda advisement form was maintained as evidence as exhibit N-31. Reference is made to a DEA 6 ROI by SA Adam Lambert, dated December 19, 2014, re: Acquisition of N-31 through N-33 on December 29, 2014.

5. The interview was conducted for a short period of time inside the hotel room. At approximately 12:50 a.m., GEORGESCU was transferred by Montenegrin Police Officers to their offices in Podgorica. The interview resumed at the police station at approximately 1:24 a.m., with GEORGESCU stating he wished to continue speaking with SA's Scott and Lambert. Unless otherwise noted, the following is attributed directly to GEORGESCU.

6. GEORGESCU stated he was approached by Andi GEORGESCU last year and was told by Andi GEORGESCU that he had a guy who needed weapons. GEORGESCU stated Andi GEORGESCU informed him the buyer was from Colombia.



This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to w hich loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| **REPORT OF INVESTIGATION** *(Continuation)* | 1. File No. [redacted] | 2. G-DEP Identifier [redacted] |
|---|---|---|
| 4. **Page 3 of 6** | 3. File Title GEORGESCU, Andi Costin | |
| 5. Program Code | 6. Date Prepared 12-19-2014 | |

7. In September 2014, GEORGESCU stated he and Cristian VINTILA met with the buyers in Bucharest, Romania. GEORGESCU stated he brought VINTILA to the meeting as a representative who had expert knowledge of military grade weapons. GEORGESCU stated VINTILA had completed weapons deals in the past. The buyers were "Juan" from Miami and "Diego" from Colombia, both of whom represented the revolutionaries in Colombia. During the meeting, the buyers supplied an additional list of weapons they requested and the group spoke in detail about various weapons GEORGESCU and VINTILA could provide, in particular the ZU23 anti-aircraft cannon. GEORGESCU stated during the meeting the buyers emphasized the weapons would be used to shoot down helicopters and fight Americans.

8. Following their meeting, GEORGESCU stated VINTILA's contact, Viktor CHUMAKOV, was supplying the weapons for them. GEORGESCU stated VINTILA approached CHUMAKOV and CHUMAKOV agreed to help supply the weapons on the buyer's list if he were provided with an official request from an authorized agent. At that point, GEORGESCU suggested they go to his contact in the Italian Parliament, Massimo ROMAGNOLI, who reportedly had a contact for the authorized agent and the required End User Certificate (EUC).

9. GEORGESCU stated he, VINTILA and ROMAGNOLI met with CHUMAKOV at CHUMAKOV's office following the meeting in September. GEORGESCU stated he gave CHUMAKOV the list during this meeting and informed CHUMAKOV the list was from the "guerrillas". GEORGESCU stated he told CHUMAKOV the weapons would be used to shoot down American helicopters. GEORGESCU stated CHUMAKOV made contact with an unknown guy in Lithuania who could acquire the weapons from a factory in the Ukraine. GEORGESCU stated VINTILA knew who this contact was. GEORGESCU stated that during the course of the next few weeks CHUMAKOV was delivering prices for the weapons. GEORGESCU stated CHUMAKOV would deliver the ZU23's, AK47's, AK12's, and Strela surface to air rocket launchers.

10. GEORGESCU stated ROMAGNOLI's contact for the weapons deal and EUC was Gerardo TONGA. GEORGESCU stated ROMAGNOLI's contact number is as follows: +393428[redacted]. GEORGESCU stated TONGA's contact is the Ethiopian Ambassador to Germany located in Frankfurt, Germany. GEORGESCU stated it



This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| **REPORT OF INVESTIGATION** *(Continuation)* | 1. File No. [redacted] | 2. G-DEP Identifier [redacted] |
|---|---|---|
| | 3. File Title GEORGESCU, Andi Costin | |
| 4. **Page 4 of 6** | | |
| 5. Program Code | 6. Date Prepared 12-19-2014 | |

was going to cost 60,000 Euros to purchase the EUC and it would take three weeks to receive the EUC.

11. In October 2014, GEORGESCU, VINTILA, and ROMAGNOLI met with the "buyers" in Tivat, Montenegro to begin finalizing the purchase and to discuss the EUC that would be used. During the meeting, ROMAGNOLI showed the buyers a copy of a EUC from the government of Ethiopia. The EUC had been provided by Werner WINTERMEYER, the owner of Deutsche Marketing in Albania (note: DEUTSCHE MARKETING GESELLSCHAFT was identified through open source reporting as a media and marketing company in Tirana, Albania. Dr. Werner WINTERMEYER is listed on the company's website as the main point of contact).

12. GEORGESCU stated WINTERMEYER is approximately 80 years old and resides in Frankfurt, Germany. GEORGESCU stated WINTERMEYER has a farm in Germany and approximately one month ago GEORGESCU, ROMAGNOLI and GERARDO met WINTERMEYER at the airport in Frankfurt.

13. GEORGESCU stated that everybody would get 5% of the total payment from the Colombians. GEORGESCU stated ROMAGNOLI, himself, VINTILA, GERARDO and WINTERMEYER would all receive 5% for a total of 25%.

14. GEORGESCU stated WINTERMEYER informed him that it would take 6 months to acquire the weapons; therefore they began to look for another supplier. GEORGESCU stated ROMAGNOLI had a contact by the name of Peter MENCHIKOV who had a friend who operated a weapons factory. GEORGESCU stated the weapons company was Arsenal weapons located in Bulgaria. MENCHIKOV is associated with the company ARSENAL (Note: through open search records, agents identified ARSENAL 2000 JSC as a licensed importer/exporter of military grade weapons in Kazanlak, Bulgaria). GEORGESCU stated Marcos LNU was associated with MENCHIKOV and was employed at the Chamber of Bulgarian Italian Commerce. GEORGESCU stated Marcos LNU knew the weapons were destined for the FARC and Colombia.

15. GEORGESCU stated that on December 12, 2014, he met with MENCHIKOV and Stefan PENCHEV and during this meeting it was discussed that the weapons were being provided to the FARC. GEORGESCU stated PENCHEV's contact number is as follows: +359885[redacted]. (note: PENCHEV was identified through open



This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION *(Continuation)* | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| | 3. File Title GEORGESCU, Andi Costin | |
| 4. Page 5 of 6 | | |
| 5. Program Code | 6. Date Prepared 12-19-2014 | |

source reporting as the Executive Director of Bulgarian Industrial Engineering and Management JSC (BIEM) in Sofia, Bulgaria. According to the BIEM website, they are a licensed international arms trading company). GEORGESCU stated Wednesday, December 17, 2014, he was scheduled to sign a contract with MENCHIKOV and that he had just met with MENCHIKOV as recently as Friday and Saturday of this past week (December 12 & 13, 2014 respectively). GEORGESCU stated MENCHIKOV would be responsible for providing the ZU23 (and ammo), AKs, and Strelas.

16. At the time of their arrest, GEORGESCU and VINTILA were meeting with the buyers to secure the 30% down payment required by MENCHIKOV.

17. At approximately 2:00 a.m., the interview was concluded. GEORGESCU stated his willingness to continue his cooperation if given the opportunity.

**INDEXING**



**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| | |
|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | 1. File No. [redacted] 2. G-DEP Identifier [redacted] 3. File Title GEORGESCU, Andi Costin |
| 4. **Page 6 of 6** | |
| 5. Program Code | 6. Date Prepared 12-19-2014 |

[redacted]

**Distribution Continued:** Bucharest CO, Rome CO

Bucharest CO for CA Jones / SA Malagrida

Rome CO for CA Schlag / SA Hudgins

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.