# EXHIBIT H

117
```
      G5cWgeo1                    Scott - Direct
 1    Q.  About how much time elapsed between the Montenegrin police
 2    arresting the defendant and when you first walked into the
 3    room?
 4    A.  About seven minutes.
 5    Q.  What happened when you first walked into the hotel room?
 6    A.  I walked in.  I saw obviously Montenegrin police.  I saw
 7    Mr. Georgescu, Mr. Vintila.  Mr. Georgescu was standing maybe
 8    five or ten feet away from me.  He motioned with his head that
 9    he wanted to, to talk to me, it seemed.  He approached me,
10    and --
11    Q.  And did he say anything to you when he approached you?
12    A.  He did.
13    Q.  What did he say?
14    A.  "I'm with the CIA."
15    Q.  Sometime later, did he make additional statements?
16    A.  He did.
17    Q.  Did the defendant do anything at agents' direction after he
18    was arrested?
19    A.  Yes.
20    Q.  What did he do?
21    A.  He placed a call to Massimo Romagnoli and asked him to come
22    to Montenegro.
23    Q.  At whose direction did the defendant make that call to
24    Massimo Romagnoli?
25    A.  The agents'.
```
SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

```
    G5cWgeo1                 Scott - Direct
1   Q.  Was that call recorded?
2   A.  Yes.
3   Q.  At whose direction was that call recorded?
4   A.  At the agents'.
5   Q.  What happened after that call?
6   A.  Mr. Romagnoli arrived and was arrested by the Montenegrin
7   police.
8   Q.  Was anything seized from Vintila, Romagnoli, and the
9   defendant the day of the arrest?
10  A.  Yes.
11  Q.  What was seized, in general?
12  A.  Paper documents, the laptop computer, multiple cell phones,
13  and thumb drives.
14  Q.  What was done with these items after they were seized?
15  A.  They were brought back to Virginia.  Originals were
16  maintained as evidence.  The paper documents were copied and
17  provided to the prosecution.  The digital evidence was sent off
18  to our digital lab.  We obtained search warrants through the
19  Southern District of New York, and we were able to retrieve the
20  data from those devices.
21  Q.  Did the three targets of your investigation -- the
22  defendant, Romagnoli, and Vintila -- eventually arrive in the
23  United States?
24  A.  Yes.
25  Q.  How did they get to the United States?
```