# EXHIBIT N

(01/26/1998)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                                   **Date:** 08/04/2003

**To:** Las Vegas                          **Attn:** CIMS

**From:** Las Vegas
          Squad 3/Organized Crime/Drug
          **Contact:** SA Matthew A. Mohr, 702-███████

**Approved By:** Hanford Jerry W

**Drafted By:** Mohr Matthew A:mam

**Case ID #:** ████████

**Title:** ████████

**Synopsis:** Closing cooperating witness (CW).

**Details:** Manual of Investigative Operations and Guidelines,
(MIOG),Section 137-9(8) requires that when a CW is to be closed,
the case agent must prepare a communication stating whether the
CW's identity was ever made public.

Captioned CW is being closed because:

1. Indicate reason(s) why CW is being closed:

( ) Confidentiality Revealed
( ) Converted
(X) Cooperation Completed
( ) Criminal Act Non-Violent
( ) Criminal Act Violent
( ) Denied by FBIHQ
( ) Died
( ) Disbarred
( ) Entered Witness Security Program
( ) Incarcerated
( ) Operated as an Asset
( ) Operated as CW
( ) Operated as a Confidential Informant
( ) Closing Privileged Informant other than Attorney
( ) Poor Health
( ) Request Termination
( ) Transfer of Agent
( ) Relocated/Unavailable
( ) Unproductive
( ) Questionable Reliability/Unreliable
( ) Violated Instruction

**CIMS**
Date 8/11/03

C-4
8/11/06

24 ███████ G000093

To:  Las Vegas   From:  Las Vegas
Re:  ███████████, 08/04/2003

2.   Should CW be considered for future use?   Yes

3.   Advise if CW's identity has been made public:
     (MIOG),Section 137-9(8))

     (Choose one of the following)

     (X)   CW's identity was never made public.

     ( )   CW's identity was made public.  The general
           nature of the public disclosure is as
           follows: (If testimonial, discuss subject
           matter.)

4.   Did CW testify in court?  Yes ( )  No (X)
     (If CW testified, furnish general nature and
      subject matter of the testimony.)

5.   CW has been paid a total of: $573.02 for expenses.

◆◆

2

FG000094

FD-209 (Rev. 11-12-93)

# Memorandum



To      :  SAC, Las Vegas                                    Date  01/15/2003

From    :  SA  Matthew A. Mohr

Subject :  ▮▮▮▮▮▮▮▮▮▮

| Dates of Contact | 1\15\03 |
|---|---|

File #s on which contacted (Use Titles if File #s not available)

▮▮▮▮▮▮▮

Purpose and results of contact

☐ NEGATIVE
☒ POSITIVE
☒ STATISTIC

| Description of Statistical Accomplishment | Title of Case | File No. |
|---|---|---|
| One Subject Identified 2(a) | ▮▮▮▮▮▮▮▮▮▮▮▮ | |

Information contained herein was obtained confidentially.  The informant's name is not to be disclosed in any form unless a conscious decision has been made to disclose his/her identity by an appropriate FBI official.

**PERSONAL DATA**

1 - ▮▮▮▮▮▮▮▮  Sub A
1 -
1 -         Sub B
Init.  MAM/mam
(3)



CIMS
Date ▮▮▮

***see reverse side for statistics***

FG000095

FD-209 (Rev. 11-12-93)

# Memorandum



To     : SAC, Las Vegas                           Date  11/25/2002

From   : SA  Matthew A. Mohr

Subject : ███████████

---

Dates of Contact
**11/08/2002**

File #s on which contacted (Use Titles if File #s not available)
███████████

---

Purpose and results of contact

☐ NEGATIVE
☒ POSITIVE
☒ STATISTIC

**Description of**
**Statistical Accomplishment**                    Title of Case                    File No.

2 Subjects Identified   ████████████████████████
2(a)



---

Information contained herein was obtained confidentially.  The informant's name is not to be disclosed in any form unless a conscious decision has been made to disclose his/her identity by an appropriate FBI official.

**PERSONAL DATA**

1 - ███████████
1 - ███████████  Sub A
1 -        Sub B
Init. MAM/mam
  (3)



***see reverse side for statistics***

FG000096

FD-209 (Rev. 11-12-93)

# Memorandum



To      :  SAC, Las Vegas                    Date  08/15/2002

From    :  SA  Matthew A. Mohr

Subject :  ████████████████

---

Dates of Contact
    08/01/2002

File #s on which contacted (Use Titles if File #s not available)
████████████

---

Purpose and results of contact

☐ NEGATIVE
☒ POSITIVE
☒ STATISTIC

| Description of Statistical Accomplishment | Title of Case | File No. |
|---|---|---|
| Information Used in FBI Search Warrant Affidavit 7(a) | ████████████████████ | |

---

**Information contained herein was obtained confidentially.  The informant's name is not to be disclosed in any form unless a conscious decision has been made to disclose his/her identity by an appropriate FBI official.**

PERSONAL DATA



1- ██████████████  Sub A
1-
1- ████████  Sub B
Init.  MAM/mam
(3)

***see reverse side for statistics***

FG000097

FD-209 (Rev. 11-12-93)

# Memorandum



To        :  SAC, Las Vegas                    Date  08/20/2002

From    :  SA  Matthew A. Mohr

Subject :  ██████████████

Dates of Contact  8/1/02

File #s on which contacted (Use Titles if File #s not available)

██████████

Purpose and results of contact

☐ NEGATIVE
☒ POSITIVE
☒ STATISTIC

**Description of**
**Statistical Accomplishment**                    Title of Case                    File No.

Information Used in
four FBI Search
Warrant Affidavits
7(a)                                ████████████████████

**Information contained herein was obtained confidentially. The informant's name is not to be disclosed in any form unless a conscious decision has been made to disclose his/her identity by an appropriate FBI official.**

PERSONAL DATA

1 - ██████████  Sub A
1 - ████████  Sub B
Init. MAM/mam
(3)

CIM
Date 9/12/02

***see reverse side for statistics***

EG000098



# SPECIAL INDICES

**Routing Slip**
0-7 (Rev. 10-14-94)

(Copies to Offices Checked)

**TO: SAC,**                                                      **TO: LEGAT,**

| | | |
|---|---|---|
| ☐ Albany | ☐ Indianapolis | ☐ Oklahoma City |
| ☐ Albuquerque | ☐ Jackson | ☐ Omaha |
| ☐ Anchorage | ☐ Jacksonville | ☐ Philadelphia |
| ☐ Atlanta | ☐ Kansas City | ☐ Phoenix |
| ☐ Baltimore | ☐ Knoxville | ☐ Pittsburgh |
| ☐ Birmingham | ☒ Las Vegas | ☐ Portland |
| ☐ Boston | ☐ Little Rock | ☐ Richmond |
| ☐ Buffalo | ☐ Los Angeles | ☐ Sacramento |
| ☐ Charlotte | ☐ Louisville | ☐ St. Louis |
| ☐ Chicago | ☐ Memphis | ☐ Salt Lake City |
| ☐ Cincinnati | ☐ Miami | ☐ San Antonio |
| ☐ Cleveland | ☐ Milwaukee | ☐ San Diego |
| ☐ Columbia | ☐ Minneapolis | ☐ San Francisco |
| ☐ Dallas | ☐ Mobile | ☐ San Juan |
| ☐ Denver | ☐ Newark | ☐ Seattle |
| ☐ Detroit | ☐ New Haven | ☐ Springfield |
| ☐ El Paso | ☐ New Orleans | ☐ Tampa |
| ☐ Honolulu | ☐ New York City | ☐ Washington |
| ☐ Houston | ☐ Norfolk | Metropolitan Field |
| ☐ ASAC, Brooklyn-Queens (MRA) | | ☐ Quantico |

☐ Athens
☐ Bangkok
☐ Bern
☐ Bogota
☐ Bonn
☐ Bridgetown
☐ Brussels
☐ Canberra
☐ Caracas
☐ Hong Kong
☐ London
☐ Madrid
☐ Manila
☐ Mexico City
☐ Montevideo
☐ Moscow
☐ Ottawa
☐ Panama City
☐ Paris
☐ Rome
☐ Santiago
☐ Tokyo
☐ Vienna

RE: FLAVIN, GEORGESCU VIRGIL
    FBI# [REDACTED]

7.12.02
Date

☒ For information   ☐ Retention optional   ☐ For appropriate action   ☐ Surep. by _____

☐ The enclosed is for your information. If used in a future report, ☐ conceal all sources
  ☐ paraphrase contents.

☐ Enclosed are corrected pages from report of SA _____
  dated _____ .

Remarks: CURRENT CIVIL FINGERPRINTS RECEIVED FROM AND

RETURNED TO CAINSWANZ, USINS - WAN, LIGUNA NIGUEL CA

FOR VIRGIL FLAVIU GEORGESCU SEX M RACE W

HGT 600 WGT 165 EYES BRO HAIR BLK SSN [REDACTED]

FP DATE 7.12.2002 , RECEIVED 7.12.2002 .

FINGERPRINTED FOR N 400.
MAYBE IDENTICAL WITH YOUR SUBJECT.
FBI NUMBER NOT TO BE DISSEMINATED OUTSIDE BUREAU.
                        CJIS DIVISION
                        ROOM D2 922
                        304- [REDACTED] cwf

CIMS
Date 7/30/02

SEARCHED _____ INDEXED _____
SERIALIZED _____ FILED _____

JUL 30 2002
FBI LAS VEGAS

(01/26/1998)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                          **Date:** 06/17/2002

**To:** Las Vegas

**From:** Las Vegas
  Squad 3/OC
  **Contact:** SA Matthew A. Mohr, 702-████

**Approved By:** Hanford Jerry W ▟▛▛

**Drafted By:** Mohr Matthew A:mam▟▛▛

**Case ID #:** ████████████

**Title:** ████████████

**Synopsis:** Required admonishments to criminal
informants/cooperating witnesses (CIs/CWs) pursuant to the
Attorney General guidelines.

**Details:** Captioned CW has been provided with the following
admonishments in accordance with Manual of Investigative
Operations and Guidelines, section 137-6, and Resolution 18.
These admonishments must be made clear to the CI/CW at the
earliest opportunity, but in no event, later than the second
contact after being converted.

    1. **Assistance Voluntary** - The CI/CW's assistance is
strictly voluntary and will not exempt him/her from arrest or
prosecution for any violation of law except where such violations
were approved by the appropriate (FBI) official pursuant to
Section 137-5.

    2. **Plan Criminal Acts** - CI/CWs will not initiate a
plan to commit criminal acts.

    3. **Participation with Subjects** - CI/CWs will not
participate in criminal activities unless specifically authorized
by the FBI.

    4. **Unlawful Acts** - CI/CW's assistance is strictly
voluntary.  He/she must not engage in any unlawful acts, except
as specifically authorized by representatives for the FBI, and is
subject to prosecution for any unauthorized unlawful acts.

    5. **Truthfulness** - CI/CW must provide truthful
information at all times.  He/she must report all positive
information, both inculpatory and exculpatory, as promptly as
possible.

    6. **FBI Instructions** - CI/CW must abide by the
instructions of the FBI and not take or seek to take any

To: Las Vegas   From: Las Vegas
Re: ███████████, 06/17/2002

independent action on behalf of the United States Government.
He/she will not initiate a plan to commit a criminal act.

7. **Not Employee** - CI/CW is not an employee of the FBI
and may not consider or represent himself/herself to be an
employee or undercover agent of the FBI.

8. **Jurisdiction** - CI/CW was advised of the pertinent
legal issues related to the FBI jurisdiction regarding the
specific criminal violations on which source is reporting.

9. **Acts of Violence** - CI/CW must not engage or
participate in acts of violence to include witness tampering,
witness intimidation, entrapment, or the fabrication, alteration,
or destruction of evidence.  When asked to participate in such an
act, or learns of plans to commit such an act, he/she is to take
all reasonable measures to discourage the violence and report the
incident to his/her handling agent at their earliest opportunity.

10. **Payments are Income** - CI/CW is liable for any taxes
that may be owed on monies the United States Government pays to
him/her for services rendered.

11. **Payments not Guaranteed** - The FBI cannot guarantee
any rewards, payments, or other compensation to the CI/CW.

12. **Prosecutive Promises** - When a CI/CW is cooperating
with the FBI in exchange for consideration by a prosecuting
office(s), and upon request of the source, the FBI will advise
the prosecuting office(s) of the nature and extent of the
person's assistance to the FBI but cannot make any prosecutive or
sentencing promises.

13. **Alien Status** - In cases involving foreign
nationals, no promises or representations can be made regarding
alien status and/or their right to enter or remain in the
United States.

14. **Grant of Confidentiality** - CI/CW's relationship
must be maintained in the strictest confidence, and he/she must
exercise constant care to ensure that the relationship is not
divulged to anyone.  The United States Government will strive to
protect a CI/CW's identity (and CW's identity except as necessary
for trial and/or related investigative purposes) but cannot
guarantee that it will not be divulged.

2

To:  Las Vegas  From:  Las Vegas
Re:  ▮▮▮▮▮▮▮▮▮  06/17/2002

      15. **No Contracts** - The CI/CW may not enter into any contracts or incur any obligations on behalf of the United States Government, except as specifically instructed and approved by the FBI.

*Matthew A. Mol*
Case Agent Signature: _____

06/17/2002
Date: _____

◆◆

3

-160 (Rev. 9-28-92)

| | |
|---|---|
| : Administrative Officer | Date _7-20-02_ |
| | Requested by _SA Quito / SSA Hanford_ |
| | Ext. | Squad: _3_ | File No. |
| ject _Georgescu Virgil Flavin_ | Social Security Account # |
| ises | |

| ress _Henderson_ | Birth Date _72_ | Birth Place _Romania_ | Race _W_ | Sex ☒Male ☐Female |

- ☐ Exact Spelling
- ☐ All References
- ☐ Main Security Case Files Only
- ☐ Security References Only

- ☐ Main Criminal Case Files Only
- ☐ Criminal References Only
- ☐ Main Security (if no Main, list all Security References)
- ☐ Main Criminal (if no Main, list all Criminal References)

- ☐ Restrict Locality of

| | NEG | POS | | Date |
|---|---|---|---|---|
| General Indices: | ☒ NEG | ☐ POS | | 5-20-02 |
| Searched by | | | | Date |
| Confidential Indices: | ☐ NEG | ☒ POS | _See below_ | 5-20-02 |
| Searched by | | | | Date |
| ELSUR Indices: | ☒ NEG | ☐ POS | _KS_ | 5-22-02 |
| Searched by | | | | Date |
| FOIMS: | ☒ NEG | ☐ POS | | 5-20-02 |
| Searched by | | | | Date |
| GLOBAL: | ☐ NEG | ☐ POS | | Date |

| | NEG | POS | | Date |
|---|---|---|---|---|
| ☐ ISIS: | ☐ NEG | ☐ POS | | |
| Searched by | | | | Date |
| ☐ OCIS: | ☐ NEG | ☐ POS | | |
| Searched by | | | | Date |
| ☐ IIS: | ☐ NEG | ☐ POS | | |
| Searched by | | | | Date |
| ☐ MICRO: | ☐ NEG | ☐ POS | | |
| Searched by | | | | Date |
| ☐ REGIONAL: | ☐ NEG | ☐ POS | | Date |

## Place an "X" by the Field Office(s) to Query for Regional Searches.

### Northeast
#### Legals
- bany
- oston
- ew Haven
- ew York City
- ewark
- iladelphia
- above

- ☐ Athens
- ☐ Bangkok
- ☐ Bern
- ☐ Bogota
- ☐ Bonn
- ☐ Bridgetown
- ☐ Brussels
- ☐ Canberra
- ☐ Caracas
- ☐ Hong Kong
- ☐ London

- ☐ Madrid
- ☐ Manila
- ☐ Mexico City
- ☐ Montevideo
- ☐ Ottawa
- ☐ Panama City
- ☐ Paris
- ☐ Rome
- ☐ Tokyo
- ☐ Vienna

### Mid-Atlantic
- ☐ Atlanta
- ☐ Baltimore
- ☐ Birmingham
- ☐ Charlotte
- ☐ Columbia
- ☐ Jackson
- ☐ Jacksonville
- ☐ Knoxville
- ☐ Memphis
- ☐ Miami

- ☐ Mobile
- ☐ New Orleans
- ☐ Norfolk
- ☐ Quantico
- ☐ Richmond
- ☐ San Juan
- ☐ Tampa
- ☐ Washington Field
- ☐ All above

### Central
- ☐ Buffalo
- ☐ Chicago
- ☐ Cincinnati
- ☐ Cleveland
- ☐ Dallas
- ☐ Denver
- ☐ Detroit
- ☐ El Paso
- ☐ Houston
- ☐ Indianapolis
- ☐ Kansas City

- ☐ Little Rock
- ☐ Louisville
- ☐ Milwaukee
- ☐ Minneapolis
- ☐ Oklahoma City
- ☐ Omaha
- ☐ Pittsburgh
- ☐ San Antonio
- ☐ Springfield
- ☐ St. Louis
- ☐ All above

### Western
- ☐ Albuquerque
- ☐ Anchorage
- ☐ Honolulu
- ☐ Las Vegas
- ☐ Los Angeles
- ☐ Phoenix
- ☐ Portland
- ☐ Sacramento
- ☐ Salt Lake City
- ☐ San Diego
- ☐ San Francisco
- ☐ Seattle
- ☐ All above

| File & Serial Number | Remarks | File & Serial Number | Remarks |
|---|---|---|---|
| ▮ | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | |
|---|---|
| idated by | Date |
| ed by | Date |

**File Review Symbols**

| | |
|---|---|
| I - Identical | ? - Not identifiable |
| NI - Not identical | U - Unavailable reference |

(01/26/1998)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                                   **Date:** 05/06/2002

**To:** Las Vegas

**From:** Las Vegas
       Squad 3/OC
       **Contact:** SA Matthew A. Mohr, 702-████████

**Approved By:** Hanford Jerry W

**Drafted By:** Mohr Matthew A:mam

**Case ID #:** ████████████     (Pending)

**Title:** ████████████

**Synopsis:** Meeting of cooperating witness (CW) by supervisor.

**Details:** Current Bureau regulations require that the Supervisory Special Agent meet or observe the CW.

Date of Meeting or Observance:   04/22/2002   1:30 p.m.

            Case Agent: _____
                         (Initial)

     Supervisory Special Agent: _____
                                (Signature)

◆◆

(Rev. 08-28-2000)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                                      **Date:** 03/25/2002

**To:** Los Angeles                  **Attn:** SSA Jim Meyers

**From:** Las Vegas
        Squad 3/OC
        **Contact:** SA Matthew A. Mohr, 702-██████

**Approved By:** Hulse Terry D
                Hanford Jerry W

**Drafted By:** Mohr Matthew A:mam

**Case ID #:** ████████████ (Pending)

**Title:** ████████████

**Synopsis:** Domestic travel request for cooperating witness (CW).

**Details:** Authority is requested for captioned CW to travel to
the Los Angeles Division in regards to:

        Case Title: ████████████████████

     CW will be traveling for operational purposes to gather
intelligence information on subjects believed to be conducting
criminal activities in the Las Vegas, Nevada and Los Angeles,
California areas.  CW will not be conducting criminal activities.
The CW's travel will be information gathering only.  CW will be
in regular contact with case agents, SA Matthew A. Mohr and
SA Mark A. Pinto.

     AUSA Kathleen Bliss was advised of and concurs with the
CW's travel to Los Angeles, California.

     Supervisory Special Agent (SSA) Jerry W. Hanford
contacted SSA Jim Meyers, Los Angeles Division, on 03/26/2002 and
advised of the CW's intended travel to Los Angeles Division.

FG000105

To:   Los Angeles   From:   Las Vegas
Re:   ████████████, 03/25/2002


**LEAD (s):**

**Set Lead 1:   (Adm)**

    <u>LOS ANGELES</u>

        <u>AT LOS ANGELES, CA</u>

        Travel request.   Read and clear.


  ◆◆

2

FG000106

FD-209 (Rev. 11-12-93)

# Memorandum



To      :  SAC  Las Vegas  (████████████)   (P)     Date     3/18/02

From    :  SA  Matthew A. Mohr

Subject :  ████████████

---

Dates of Contact
   03/07/2002

File #s on which contacted (Use Titles if File #s not available)
████████████

---

Purpose and results of contact

☐ NEGATIVE
☒ POSITIVE
☒ STATISTIC

**Description of**
**Statistical Accomplishment**                    **Title of Case**                        **File No.**

Four Subjects
Identified                        ████████████████████████
2(a)

---

Information contained herein was obtained confidentially. The informant's name is not to be disclosed in any
form unless a conscious decision has been made to disclose his/her identity by an appropriate FBI official.

**PERSONAL DATA**

1 - ████████████
1 - ████████  Sub A
1 -        Sub B
Init. MAM/mam
   (3)



21913 a 2

***see reverse side for statistics***

FG000107

**STATISTICAL ACCOMPLISHMENTS**
Criminal Informant/Cooperative Witness (CI/CW)

1. Number of Subjects Arrested:
   a. FBI                                                       _____
   b. Other Federal Agencies                                   _____
   c. State and Local Agencies                                 _____

2. Number of Subjects/Victims Identified and/or Located:
   a. FBI                                                       4
   b. Other Federal Agencies                                   _____
   c. State and Local Agencies                                 _____

3. Number of Investigative Matters Initiated:
   a. FBI                                                       _____
   b. Other Federal Agencies                                   _____
   c. State and Local Agencies                                 _____

4. Number of Disseminations Based Upon CI/CW Information:      _____

5. Number of Violent Acts Prevented:                           _____

6. Number of Times CI/CW Information Used in Title III Affidavits:
   a. FBI                                                       _____
   b. Other Federal Agencies                                   _____
   c. State and Local Agencies                                 _____

7. Number of Times CI/CW Information Used in Search Warrant Affidavits:
   a. FBI                                                       _____
   b. Other Federal Agencies                                   _____
   c. State and Local Agencies                                 _____

8. Number of Times CI/CW Information Used in Obtaining Complaint/Information/Indictment:
   a. FBI                                                       _____
   b. Other Federal Agencies                                   _____
   c. State and Local Agencies                                 _____

9. Merchandise Recovered (Value):
   a. FBI                                                       _____
   b. Other Federal Agencies                                   _____
   c. State and Local Agencies                                 _____

10. Asset/Property Seized (Value at Time of Seizure):
   a. FBI                                                       _____
   b. Other Federal Agencies                                   _____
   c. State and Local Agencies                                 _____

11. Monetary Value of Asset/Property Actually Forfeited to Government:   $_____

12. Number of Convictions Obtained as a Result of Information Furnished by CI/CW or as a Result of other Significant Operational Assistance Furnished:
   a. FBI                                                       _____
   b. Other Federal Agencies                                   _____
   c. State and Local Agencies                                 _____

13. Number of Times Undercover Agent or Other Law Enforcement Officer Introduced into an Investigative Matter by CI/CW:
   a. FBI                                                       _____
   b. Other Federal Agencies                                   _____
   c. State and Local Agencies                                 _____

14. Drugs Recovered (Wholesale Value):
   a. FBI                                                       _____
   b. Other Federal Agencies                                   _____
   c. State and Local Agencies                                 _____

15. Number of Consensually Monitored Conversations CI/CW participated in:
   a. FBI                                                       _____
   b. Other Federal Agencies                                   _____
   c. State and Local Agencies                                 _____

FD-209 (Rev. 11-12-93)

# Memorandum



To     :  SAC  Las Vegas     ( ████████████ )     (P)     Date     3/25/02

From   :  SA   Matthew A. Mohr

Subject :  ████████████

| Dates of Contact |
| --- |
| 03/07/2002 |

File #s on which contacted (Use Titles if File #s not available)

████████████

Purpose and results of contact

☐ NEGATIVE
☒ POSITIVE
☒ STATISTIC

| Description of Statistical Accomplishment | Title of Case | File No. |
| --- | --- | --- |
| Six Subjects Arrested 1(a) | ████████████ | |
| CW information used for Seven Indictments 8(a) | | |

**Information contained herein was obtained confidentially. The informant's name is not to be disclosed in any form unless a conscious decision has been made to disclose his/her identity by an appropriate FBI official.**

PERSONAL DATA



1 - ████████████
1 - ████████     Sub A
1 - ████████     Sub B
Init. MAM/mam
(3)

***see reverse side for statistics***

3191702

09

## STATISTICAL ACCOMPLISHMENTS
### Criminal Informant/Cooperative Witness (CI/CW)

1. Number of Subjects Arrested:
   a. FBI       6
   b. Other Federal Agencies
   c. State and Local Agencies

2. Number of Subjects/Victims Identified and/or Located:
   a. FBI
   b. Other Federal Agencies
   c. State and Local Agencies

3. Number of Investigative Matters Initiated:
   a. FBI
   b. Other Federal Agencies
   c. State and Local Agencies

4. Number of Disseminations Based Upon CI/CW Information:

5. Number of Violent Acts Prevented:

6. Number of Times CI/CW Information Used in Title III Affidavits:
   a. FBI
   b. Other Federal Agencies
   c. State and Local Agencies

7. Number of Times CI/CW Information Used in Search Warrant Affidavits:
   a. FBI
   b. Other Federal Agencies
   c. State and Local Agencies

8. Number of Times CI/CW Information Used in Obtaining Complaint/Information/Indictment:
   a. FBI       7
   b. Other Federal Agencies
   c. State and Local Agencies

9. Merchandise Recovered (Value):
   a. FBI
   b. Other Federal Agencies
   c. State and Local Agencies

10. Asset/Property Seized (Value at Time of Seizure):
    a. FBI
    b. Other Federal Agencies
    c. State and Local Agencies

11. Monetary Value of Asset/Property Actually Forfeited to Government:    $_____

12. Number of Convictions Obtained as a Result of Information Furnished by CI/CW or as a Result of other Significant Operational Assistance Furnished:
    a. FBI
    b. Other Federal Agencies
    c. State and Local Agencies

13. Number of Times Undercover Agent or Other Law Enforcement Officer Introduced into an Investigative Matter by CI/CW:
    a. FBI
    b. Other Federal Agencies
    c. State and Local Agencies

14. Drugs Recovered (Wholesale Value):
    a. FBI
    b. Other Federal Agencies
    c. State and Local Agencies

15. Number of Consensually Monitored Conversations CI/CW participated in:
    a. FBI
    b. Other Federal Agencies
    c. State and Local Agencies

FD-209 (Rev. 11-12-93)

# Memorandum



To : SAC Las Vegas (███████████) (P)   Date 3/25/02

From : SA Matthew A. Mohr

Subject : ███████████

---

Dates of Contact
   03/07/2002

File #s on which contacted (Use Titles if File #s not available)
████████████

---

Purpose and results of contact

☐ NEGATIVE
☒ POSITIVE
☒ STATISTIC

| Description of Statistical Accomplishment | Title of Case | File No. |
|---|---|---|
| CW information used for Four Search Warrant Affidavits 7(a) | ████████████ | |

Information contained herein was obtained confidentially. The informant's name is not to be disclosed in any form unless a conscious decision has been made to disclose his/her identity by an appropriate FBI official.

PERSONAL DATA

1 - ████████████  Sub A
1 - ████████████
1 - ████████ Sub B
Init. MAM/mam
(3)

**CIMS**

Date ███████

***see reverse side for statistics***

?1918.22



**STATISTICAL ACCOMPLISHMENTS**
Criminal Informant/Cooperative Witness (CI/CW)

1. Number of Subjects Arrested:
   a. FBI _____
   b. Other Federal Agencies _____
   c. State and Local Agencies _____

2. Number of Subjects/Victims Identified and/or Located:
   a. FBI _____
   b. Other Federal Agencies _____
   c. State and Local Agencies _____

3. Number of Investigative Matters Initiated:
   a. FBI _____
   b. Other Federal Agencies _____
   c. State and Local Agencies _____

4. Number of Disseminations Based Upon CI/CW Information: _____

5. Number of Violent Acts Prevented: _____

6. Number of Times CI/CW Information Used in Title III Affidavits:
   a. FBI _____
   b. Other Federal Agencies _____
   c. State and Local Agencies _____

7. Number of Times CI/CW Information Used in Search Warrant Affidavits:
   a. FBI _____4_____
   b. Other Federal Agencies _____
   c. State and Local Agencies _____

8. Number of Times CI/CW Information Used in Obtaining Complaint/Information/Indictment:
   a. FBI _____
   b. Other Federal Agencies _____
   c. State and Local Agencies _____

9. Merchandise Recovered (Value):
   a. FBI _____
   b. Other Federal Agencies _____
   c. State and Local Agencies _____

10. Asset/Property Seized (Value at Time of Seizure):
    a. FBI _____
    b. Other Federal Agencies _____
    c. State and Local Agencies _____

11. Monetary Value of Asset/Property Actually Forfeited to Government: $_____

12. Number of Convictions Obtained as a Result of Information Furnished by CI/CW or as a Result of other Significant Operational Assistance Furnished:
    a. FBI _____
    b. Other Federal Agencies _____
    c. State and Local Agencies _____

13. Number of Times Undercover Agent or Other Law Enforcement Officer Introduced into an Investigative Matter by CI/CW:
    a. FBI _____
    b. Other Federal Agencies _____
    c. State and Local Agencies _____

14. Drugs Recovered (Wholesale Value):
    a. FBI _____
    b. Other Federal Agencies _____
    c. State and Local Agencies _____

15. Number of Consensually Monitored Conversations CI/CW participated in:
    a. FBI _____
    b. Other Federal Agencies _____
    c. State and Local Agencies _____

FG000112

FD-794 (Rev. 2-7-00)

**1. Classification**

| | |
|---|---|
| (AC) Criminal | (CF) Asset |
| (AD) Criminal OCDETF Case | (DC) Group II UCO |
| (AF) FCI Case | (DD) OCDETF Group II |
| ✓ (BC) Informant/CW | (E) Group I |
| (BD) Informant/CW Providing Drug info. | (F) FCI UCO |
| | (GA) SOG |
| | (GB) OPS |
| | (GO) Air Operation |
| | (H) SSG |
| | (J) FCI Lookout |

**Draft Request**

**2. Date** 11 / 28 / 01

**3. Request for:** ( X Advance ) ( ) Expense     **4. Social Security No:** 33☐

**5. Payee Name:** MATTHEW A. MOHR     **6. File No:**

| 16. | Cat | Item No | 7. | Description | 8. | Amount |
|---|---|---|---|---|---|---|
| 01 | BC | BC2500 | AIRLINE TICKET - Travel | | | 338.25 |
| 02 | BC | BC2500 | RENTAL VEHICLE - Travel | | | 112.00 |
| 03 | BC | BC2500 | HOTEL - Travel | | | 122.77 |
| 04 | | | | | | |
| 05 | | | | | | |
| 06 | | | | | | |
| 07 | | | | | | |

**9. Total $** 573.02

**10. Justification:** EXPENSES INCURRED BY SOURCE; TRAVEL TO SEATTLE FROM LAS VEGAS PER INVITATION BY CRIMINAL SUBJECT.

**Asset/Informant File No.** ☐     **Symbol No.** ☐
**Payment/Code Name** CARDMEMBER     **Period Covered** 11/21/01 to 11/23/01
**One Time Non-symbol Source Payment:**
**True Name:** _____     **DOB:** __/__/__     **SSAN:** _____
**Date of Waiver:** __/__/__

**11. Payment for reimbursable expense - forfeiture or drug related?** ____Yes ✓ No

**12. Requested by:** SA MARK A. PINTO     **13. Telephone No:** 702 ☐

**14.** Approval     Date

| | |
|---|---|
| Supervisor Initials: | 11/30/01 |
| SAC / ASAC / AO / SAS Approval | 12-19-01 |
| Supply Technician Approval: | |
| Draft Approval Officer: | 12/20/01 |
| Procurement Authorization: | No. |

3H

**15. Vendor No** ☐     **Group No.** A1     **17. Obligation No.** 0008

**18. Cost Center:** 3380     **19. Squad/RA:** 0003     **20. Follow-up Date:** 1-23-01     1/18/0

**21. Document No.** PAD ☐ 003 00 1     **22. CONF** ✓ **COMM**

**23. Draft No.** 25408396     **24. Date:** 1 Dec 11/3/02     **25. Cashier:** ___

**26. Settlement of Advance:** Prior month Advance Balance: $ 573.02     SEARCHED
This Advance: $ 573.02     SERIALIZED
Less: Receipts: $     INDEXED
Funds Returned and/or Cash on Hand: $     FILED
Amount to be Reimbursed: $

**27. Document No.** flexip1 ☐

**28. Draft No:**     **29. Date:** 1/8/02     **30. Cashier:** ___

*Shaded areas for draft office use only*

CIMS
Date 11/6

Classification: ☐
Classified By: _____
Declassify on: _____

**White Original** - Submitted to Confidential Services Unit by Draft Office

FG000113

# RECEIPT

Date: 01/03/2002

Received from   MATTHEW A. MOHR _____ the total

amount of [write out] _Five-hundred -seventy -three and $^{02}/_{1.0}$_ $ 573.02 ;

representing $ ___0___ for services, and $_573.02_ for expenses,

for the period from  11 / 21 / 2001  to  11 / 23 / 2001. Payment for

services rendered is taxable income and must be reported to the

appropriate tax authorities.


Signature (Code Name): _Cardmember_ , Date 1/03/02

Printed Code Name: _CARDMEMBER_


Signature of Paying Agent _Matthew A. Mohr_ , Date 01/03/2002

Printed Name of Paying Agent _SA MATTHEW A. MOHR_


Signature of Witnessing Agent _____ , Date 01/03/2002

Printed Name of Witnessing Agent _SA MARK A. PINTO_

(01/26/1998)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                                      **Date:** 12/06/2001

**To:** Las Vegas

**From:** Las Vegas
          Squad 3/OC
          **Contact:** SA Robert L. Clymer, 702-███████

**Approved By:** Hanford Jerry W ~~signature~~

**Drafted By:** Clymer Robert ~~rlc~~

**Case ID #:** ████████████

**Title:** ████████████

**Synopsis:** Re-assign cooperating witness (CW) to SA Matthew A. Mohr.

**Details:** Captioned CW was opened on 07/05/2001, with SA Robert L. Clymer as the case agent assigned to operate individual. However, due to administrative changes to the Las Vegas Division's Organized Crime Squad, SA Clymer is no longer working the Eurasian Organized Crime Program. Therefore, SA Mohr will act as the primary case agent for captioned individual, while SA Mark A. Pinto will act as the alternate agent.

The due date for the next review of the annual Attorney General Guidelines for captioned individual are 06/08/2002.

◆◆

CIMS
Date 12/7/01

Alternate agent to
be SA Pinto
JWH
12/7/01

Re-assign CW
to SA Mohr
JWH
12/07/01

FG000115

FD-209 (Rev. 11-12-93)

# Memorandum



To : SAC Las Vegas ██████████ (P)  Date 10/26/01

From : SA Robert L. Clymer

Subject : ██████████████

---

Dates of Contact
   09/26/2001

File #s on which contacted (Use Titles if File #s not available)
   ████████████

Purpose and results of contact

☐ NEGATIVE
☒ POSITIVE
☒ STATISTIC

| Description of Statistical Accomplishment | Title of Case | File No. |
|---|---|---|
| Two Subjects Identified 2(a) | ██████████████████ | ████ |

---

Information contained herein was obtained confidentially. The informant's name is not to be disclosed in any form unless a conscious decision has been made to disclose his/her identity by an appropriate FBI official.

PERSONAL DATA

1 - ███████████████
1 - ████████ Sub A
1 - ████████ Sub B
Init. RLC:rlc
   (3)

CIMS
Date 11/8/01



***see reverse side for statistics***

16

FD-209 (Rev. 11-12-93)

# Memorandum



To      :  SAC Las Vegas (█████████) (P)          Date  :  9/7/01

From    :  SA  Robert L. Clymer

Subject :  █████████████

| Dates of Contact | | |
| --- | --- | --- |
| 09/05/2001 | | |

File #s on which contacted (Use Titles if File #s not available)

█████████████

Purpose and results of contact

☐ NEGATIVE
☒ POSITIVE
☒ STATISTIC

Description of
Statistical Accomplishment

| | Title of Case | File No. |
| --- | --- | --- |
| Four Subjects<br>Identified<br>2(a) | ████████████████ | |

Information contained herein was obtained confidentially. The informant's name is not to be disclosed in any form unless a conscious decision has been made to disclose his/her identity by an appropriate FBI official.

PERSONAL DATA

1 - ██████████ Sub A
1 - ██████  Sub B
Init. RLC:rlc
(3)

***see reverse side for statistics***

FG000117

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    09/07/2001

Sources, who are in positions to testify, provided the following information:

Eduard Ionut Andronescu's, also known as (a.k.a.) Mihail Calin, and Badode, new telephone number is (702) ▮▮▮▮▮ Andronescu is the leader of a cell of Romanians involved in credit card fraud in which they steal approximately $50,000 each week.  Andronescu pays an unknown individual 20 to 25 percent of the proceeds of the credit card fraud for providing the group with false identification documents.  The documents consist of Nevada, Florida, or Utah driver's licenses.

This group frequents gyms across the Nation and steals credit cards out of the lockers.  However, they only take one card from each victim in an effort to minimize the chance of the victim realizing that his credit card has been stolen.  This group works in teams of two when stealing the credit cards. After stealing 25 to 30 credit cards, each team travels to Las Vegas, Nevada to charge the credit card up to it's maximum credit limit.  They go into the casinos, with false identification documents provided by Andronescu's connection, and obtain casino cash at the cashier's cages.  The majority of this group owns property in the Washington D.C. area and Las Vegas, Nevada.

Andronescu's group is working on a process which will allow them to "clone" the credit cards.  Using this method, they will be able to duplicate the victim's credit card while leaving the original credit card in the victim's wallet.

Sources were shown photographs of Georgiana Viorica Muresan and Grigore Muresan, who they positively identified. Muresan is married to Muresan's son.  His son is employed as a dealer in a Las Vegas casino.  However, Muresan lives with Andronescu.  Muresan is currently unemployed but used to work as a topless dancer in a Las Vegas strip club.

Andronescu recently established an outcall business under the name of Calin Mihail.  His business partner is Toma Gheorghe.  Gheorghe is approximately 41 years old and acts as Andronescu's bodyguard.  Gheorghe has professional boxing

Investigation on    09/05/2001    at  Las Vegas, Nevada

File # ▮▮▮▮▮▮▮ ;  ▮▮▮▮▮▮▮ ;  ▮▮▮▮        Date dictated   09/07/2001

by    SA Mark A. Pinto
      SA Robert L. Clymer/jlc

This document contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

████████████████████████████

Continuation of FD-302 of  ████████████████████  , On <u>09/05/2001</u> , Page <u>2</u>

experience and the reputation of being a dangerous man.  Gheorghe
owns property in Maryland, Virginia and drives a black Ford
Expedition with Maryland license plates.  His wife drives a black
Ford Mustang with Maryland license plates and acts as one of the
"runners" whose responsibility it is to go to the casinos and
obtain cash from the stolen credit cards.  Approximately one
month ago she was arrested for her participation in this fraud.

Each member of this criminal organization has numerous
sets of false identification documents.  They use their false
identities to purchase real estate and expensive vehicles.  For
example, one member may have four sets of false identification
documents.  Using the proceeds from his/her involvement in the
credit card fraud, this member will purchase a house under each
false identity.  This one member will own four houses, one in
each of his/her false names.  After two or three years, they sell
their property and keep the proceeds, making their money appear
to be from the profit made from the sale of the real estate.
Sources explained that in this manner the money looks "legal."

Daniel Bira is the leader of another cell of Romanians
involved in credit card fraud.  Bira is considered to be the best
"signer" in the business.  Bira can max out 50 credit cards a
night in Las Vegas, Nevada.  Bira has his own crew who either
steal the credit card numbers or use the stolen credit cards in
the casinos to obtain cash.  Bira provides "skimmers" to
individuals who are employed in Las Vegas hotels and businesses.
These people obtain consumer credit cards and swipe them through
the skimmer thereby obtaining the information stored on the
magnetic strip of the credit card.  Bira pays $100 for each
credit card number stolen.  Bira owns two houses in Las Vegas,
Nevada.

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription 08/29/2001

Sources, who are in positions to testify, provided the following information:

Eduard Ionut Andronescu is the true name of Mihail Calin.  Andronescu is approximately 25 to 27 years old.  When he was 20 years old, he left Romania and eventually came into the United States illegally under the false name of Mihail Calin.  Andronescu makes a lot of money in credit card fraud.  He invests his illegal credit card fraud proceeds in other illegal activities, such as counterfeit money and drugs.

Andronescu was too young when he left Romania to have made any valuable/strong connections with corrupt government officials, however, he is extremely smart and is able to use the connections of others with whom he associates in furtherance of his illegal endeavors.  Andronescu's bodyguard is approximately 41 years old and has the connection in Romania to obtain counterfeit United States currency.  Sources do not know Andronescu's bodyguard's name, however, they do know that he lives in Las Vegas, Nevada and is married to a United States citizen.

Andronescu lives with Georgina Last Name Unknown (LNU).

Investigation on 08/29/2001 at Las Vegas, Nevada

File # _____ ; Date dictated 08/29/2001

by SA Matthew A. Mohr
   SA Robert L. Clymer

This document contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-209 (Rev. 11-12-93)

# Memorandum



To    :  SAC  Las Vegas  (████████████) (P)     Date   8/29/01

From  :  SA   Robert L. Clymer

Subject :  ████████████

| Dates of Contact |
| --- |
| 08/29/2001 |

File #s on which contacted (Use Titles if File #s not available)

████████████

Purpose and results of contact

- ☐ NEGATIVE
- ☒ POSITIVE
- ☒ STATISTIC

**Description of**
**Statistical Accomplishment**                 **Title of Case**             **File No.**

One Subject Identified   ████████████
2(a)

Information contained herein was obtained confidentially. The informant's name is not to be disclosed in any form unless a conscious decision has been made to disclose his/her identity by an appropriate FBI official.

**PERSONAL DATA**

1 -   ████████████ Sub A
1 -
1 -        Sub B
Init. ████████
(3)

***see reverse side for statistics***

EG000121

(Rev. 08-28-2000)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:**  ROUTINE                                    **Date:**   08/20/2001

**To:**  Las Vegas

**From:**  Las Vegas
        Squad 3/OC
        **Contact:**  SA Robert L. Clymer, (702) ███████

**Approved By:**  Schuster Nancy L
                   Hanford Jerry W

**Drafted By:**  Clymer Robert L:ric

**Case ID #:**  ████████████     (Pending)

**Title:**  ████████████

**Synopsis:**  To report receipt of three bottle of wine by SA Robert
L. Clymer by ██████████

**Details:**  On Saturday, 08/18/2001, at approximately 0900 hours
SAs Robert L. Clymer and Matthew A. Mohr met with ████████████
Source is Romanian and speaks little English.  Source expressed
his/her concerns about being referred to as an informant and
explained that the title "informant" carries with it negative
connotations.  In Romania, an informant is a traitor of the
people who provides information to corrupt police officials in
exchange for money.  Source explained that he/she is not a
traitor and was not cooperating for money.  Source then proceeded
to provide valuable information concerning the illegal activities
of a Eurasian (Romanian) criminal organization.  Source expressed
his/her desire to assist investigating agents with developing a
case dealing with this Romanian criminal organization, however,
source did not want to be branded as an "informant."

     Later the same day, at approximately 1330 hours,  SA
Clymer received a page from source who stated that he/she needed
to meet with SA Clymer immediately and would wait in the parking
lot of Dillards at the Galleria Mall in Henderson, Nevada.  SA
Clymer arrived at approximately 1440 hours and source got into SA
Clymer's bureau vehicle.  Source had one small child in his
vehicle with no other adult, so SA Clymer parked in relatively
close proximity of source's vehicle.  Source once again explained
his/her concerns about being labeled as an informant and
explained that he/she would rather be thought of as a "friend."
Source then removed three bottles of wine from a bag which he/she
was carrying and explained that the wine was a "gift" from a
"friend."  SA Clymer explained that he could not accept this
gift, however, source immediately got out of SA Clymer's bureau

To: Las Vegas   From: Las Vegas
Re: ███████████, 08/20/2001

vehicle leaving the three bottles of wine. The entire exchange
took less than two minutes.

Short of doing a car stop to return the wine, SA Clymer
decided to return the wine at the next debriefing of source.
Currently source is not in the Las Vegas area, however, he/she is
expected to return by 08/28/2001.

◆◆

2

FG000123

FD-209 (Rev. 11-12-93)

# Memorandum



To      :  SAC  SAC  Las Vegas ( ███████████ ) (P)      Date    8/20/01

From    :  SA̶ Robert L. Clymer

Subject :  ███████████

| Dates of Contact |
| --- |
| 08/18/2001 |

File #s on which contacted (Use Titles if File #s not available)

███████████

Purpose and results of contact

☐ NEGATIVE
☒ POSITIVE
☒ STATISTIC

| Description of Statistical Accomplishment | Title of Case | File No. |
| --- | --- | --- |
| One Subject Identified 2(a) | ███████████ | ███████████ |

Information contained herein was obtained confidentially. The informant's name is not to be disclosed in any form unless a conscious decision has been made to disclose his/her identity by an appropriate FBI official.

PERSONAL DATA

① ███████████      Sub A
1 - ███████████  Sub B
Init. RLC/rlc
(3)

***see reverse side for statistics***

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription  08/20/2001

Sources, who are in positions to testify, provided the following information:

Mihail Calin, also known as Marian Calin, Badode, Edy, and Eduard, ████████████████████, Las Vegas, Nevada, home telephone number (702) ███████, cellular telephone number (702) ████████ and (702) ████████, is an associate of John Badea. Calin drives a BMW 735i with Nevada license plate ████████.

Calin uses false passports to obtain legitimate driver's licenses at the Nevada Department of Motor Vehicles (NV-DMV). He is able to obtain these passports from Mexico and other foreign countries. These passports bear his photograph with varying identifying data. Calin then uses the passports to obtain a social security number from the Social Security Administration office. Armed with a false passport and a social security number, Calin is able to go to a NV-DMV office and obtain a driver's license. Sources believe that Calin's true identity remains unknown in the United States and that he is residing in the United States illegally.

Once Calin has a valid Nevada Driver's license he is able to apply for lines of credit with various credit card companies. Sources stated that Calin is able to obtain $50,000 daily in fraudulent credit card transactions. Calin uses the proceeds from his fraudulent credit card transactions to invest in other illegal activities, such as purchasing drugs.

Calin learned his trade from Badea and may still pay Badea a portion of his illegal proceeds. Calin has developed a network of close associates who preform the actual transactions for him. Calin no longer needs to go to the casinos and obtain casino cash from the credit cards. He has other individuals in his group to conduct these activities. Calin is the leader of this Romanian criminal organization.

Investigation on  08/18/2001  at Las Vegas, Nevada

File #  ██████████████████  Date dictated  08/20/2001

by  SA Matthew A. Mohr
SA Robert L. Clymer/rlc

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FG000125

FD-209 (Rev. 11-12-93)

# Memorandum



To      :  SAC Las Vegas (████████████)  (P)        Date    7/22/01

From    :  SA Robert L. Clymer

Subject :  ████████████

| Dates of Contact |
| --- |
| 06/08/2001 |

File #s on which contacted (Use Titles if File #s not available)

████████████

Purpose and results of contact

☐ NEGATIVE
☒ POSITIVE
☒ STATISTIC

**Description of**
**Statistical Accomplishment**             Title of Case              File No.

One Subject Identified
2(a)                                       ████████████████████████

One Investigative
Matter Initiated
3(a)



RECEIVED

JUL 3 1 2001

BY CDMS

Information contained herein was obtained confidentially. The informant's name is not to be disclosed in any form unless a conscious decision has been made to disclose his/her identity by an appropriate FBI official.

PERSONAL DATA

1 -
1 - ████████████        Sub A
1 -         Sub B
Init. RLC/
(3)

***see reverse side for statistics***          EG000126

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription  06/11/2001

        Source, who is in a position to testify, provided the
following information:

        John Badea was born in Romania and is the leader of an
organized group of Romanians who are involved in green card
fraud, credit card fraud, distribution of narcotics - ecstasy,
and prostitution.  Badea frequently travels to Miami, Florida to
obtain ecstasy for distribution in the Las Vegas area.  He
frequents the Crazy Horse II topless club in Las Vegas, Nevada,
and spends between $7,00.00 to $8,000.00 per night.

        Badea operates a crew of underlings who seek his
permission and guidance conduct their criminal activities.  Badea
receives a commission from each of the participants in this
criminal activity.  Unknown subject, a.k.a., Badode, is one of
Badea's criminal associates.  Badode travels from
Las Vegas, Nevada, to Las Angeles, California, 3 to 4 times
weekly.  Badode has compromised an Immigration and Naturalization
Service (INS) agent stationed in Las Angeles, California, who
assists this group by obtaining fake green cards for the members
of the organization.

<u>Administrative</u>:

**Descriptive Data:**

            <u>Main Subject</u>
            Name -
                Last:               Badea
                First:              John
            Race:                   W
            Sex:                    M
            DOB:                    ███1951
            DOB:                    ███1951
            DOB:                    ███1950
            POB:                    Romania
            INS:                    ██████
            LPN:                    CS# 09███
            SOC:                    090██████
            SOC:                    090██████

Investigation on  06/08/2001  at Las Vegas, Nevada

File # █████████████████      Date dictated  06/11/2001

        SA Matthew A. Mohr ███
by   SA Robert L. Clymer ███

This document contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.                                     ████████   000127