FD-302a (Rev. 10-6-95)

███████████████████████████

Continuation of FD-302 of ████████████████  , On 06/08/2001 , Page   2

```
            Alias (es) :
                Last:                       Brenner
                First:                      David
                Last:                       Victor
                First:                      Bruno
                Last:                       Rivera
                First:                      Jack
                Last:                       Ivanovich
                First:                      Nick
                Last:                       Doris
                First:                      Marcello
                Last:                       Badea
                First:                      Ion
                Last:                       Darius
                First:                      Marcadlo
            Address -
                House #:
                Street Name:          ████████████████
                City:                       Las Vegas
                State:                      Nevada
                Postal Code:                89106

    Main Subject
            Name -
                Last:                       Unknown
                First:                      Unknown
            Race:                           W
            Sex:                            M
            POB:                            Romania
            Alias (es) :
                First:                      Badode
```

(01/26/1998)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                                    **Date:** 06/06/2001

**To:** Las Vegas

**From:** Las Vegas
      Squad 3/OC
      **Contact:**  SA Robert L. Clymer, (702) ████████

**Approved By:** Hanford Jerry W

**Drafted By:** Clymer Robert L:clc

**Case ID #:** ████████████

**Title:** █████████████████

**Synopsis:**  Meeting of Informant by alternate agent.

**Details:**  Current regulations require that the alternate agent
assigned to a particular Informant at the time the suitability
and pertinence inquiry is opened must meet or observe the
Informant by the second contact after conversion.  The initialing
of this communication by the appropriate case agent and the
signature of the alternate agent indicates the alternate agent
assigned to captioned Informant has met or observed the Informant
by the second contact after the conversion to an operational
informant.

Date of Meeting or Observance: ____6/8/2001____

                Case Agent: _____
                          SA Robert L. Clymer

       Alternate Agent: _____
                          SA Matthew A. Mohr

◆◆

41503.01                                    ████████████████ 29

(01/26/1998)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                                   **Date:** 06/06/2001

**To:** Las Vegas

**From:** Las Vegas
      Squad 3/OC
      **Contact:** SA Robert L. Clymer, (702) ███████

**Approved By:** Hanford Jerry W ~~~H/fl

**Drafted By:** Clymer Robert~~~clc

**Case ID #:** ██████████████

**Title:** ████████████████████

**Synopsis:** Required admonishments to criminal informants/cooperating witnesses (CIs/CWs) pursuant to the Attorney General guidelines. These admonishments must be reiterated at least annually or at anytime there is an indication that there is a need. (Furnished at conversion of CW or CI and yearly thereafter.)

**Details:** Captioned individual has been provided with the following admonishments in accordance with Manual of Investigative Operations and Guidelines, section 137-6, and Resolution 18. These admonishments must be made clear to the CI/CW at the earliest opportunity, but in no event, later than the second contact after being converted.

    1. **Assistance Voluntary** - The CI/CW's assistance is strictly voluntary and will not exempt him/her from arrest or prosecution for any violation of law except where such violations were approved by the appropriate (FBI) official pursuant to Section 137-5.

    2. **Plan Criminal Acts** - CI/CWs will not initiate a plan to commit criminal acts.

    3. **Participation with Subjects** - CI/CWs will not participate in criminal activities unless specifically authorized by the FBI.

    4. **Unlawful Acts** - CI/CW's assistance is strictly voluntary. He/she must not engage in any unlawful acts, except as specifically authorized by representatives for the FBI, and is subject to prosecution for any unauthorized unlawful acts.

    5. **Truthfulness** - CI/CW must provide truthful information at all times. He/she must report all positive information, both inculpatory and exculpatory, as promptly as possible.

EG000130

To: Las Vegas  From: Las Vegas
Re: ███████  06/06/2001

     6. **FBI Instructions** - CI/CW must abide by the instructions of the FBI and not take or seek to take any independent action on behalf of the United States Government. He/she will not initiate a plan to commit a criminal act.

     7. **Not Employee** - CI/CW is not an employee of the FBI and may not consider or represent himself/herself to be an employee or undercover agent of the FBI.

     8. **Jurisdiction** - CI/CW was advised of the pertinent legal issues related to the FBI jurisdiction regarding the specific criminal violations on which source is reporting.

     9. **Acts of Violence** - CI/CW must not engage or participate in acts of violence to include witness tampering, witness intimidation, entrapment, or the fabrication, alteration, or destruction of evidence. When asked to participate in such an act, or learns of plans to commit such an act, he/she is to take all reasonable measures to discourage the violence and report the incident to his/her handling agent at their earliest opportunity.

     10. **Payments are Income** - CI/CW is liable for any taxes that may be owed on monies the United States Government pays to him/her for services rendered.

     11. **Payments not Guaranteed** - The FBI cannot guarantee any rewards, payments, or other compensation to the CI/CW.

     12. **Prosecutive Promises** - When a CI/CW is cooperating with the FBI in exchange for consideration by a prosecuting office(s), and upon request of the source, the FBI will advise the prosecuting office(s) of the nature and extent of the person's assistance to the FBI but cannot make any prosecutive or sentencing promises.

     13. **Alien Status** - In cases involving foreign nationals, no promises or representations can be made regarding alien status and/or their right to enter or remain in the United States.

     14. **Grant of Confidentiality** - CI/CW's relationship must be maintained in the strictest confidence, and he/she must exercise constant care to ensure that the relationship is not divulged to anyone. The United States Government will strive to protect a CI/CW's identity (and CW's identity except as necessary for trial and/or related investigative purposes) but cannot guarantee that it will not be divulged.

     15. **No Contracts** - The CI/CW may not enter into any

FG000131

To: Las Vegas   From: Las Vegas
Re: ▮▮▮▮▮▮▮▮ 06/06/2001

contracts or incur any obligations on behalf of the United States
Government, except as specifically instructed and approved by the
FBI.

_____
Cooperating Witness Signature

June 8, 2001
_____
Date

_____
Case Agent Signature

_____
Co-case Agent Signature

3

FG000132

## REQUEST FOR NCIC/SCOPE/OTHER

| | | | | |
|---|---|---|---|---|
| __X__ | SCOPE | _✓ x 06-26-01 ag_ | __X__ | CJIS WANT CHECK _✓ neg 06-26-01 ag_ |
| __X__ | NEVADA DMV (DRIVER'S LICENSE) | _✓ x 06-26-01 ag_ | __X__ | NCIC WANT CHECK _✓ neg 06-26-01 ag_ |
| __X__ | NEVADA DMV (REGISTRATION | | __X__ | NCIC CCH (III) _✓ neg 06-26-01 ag_ |
| _____ | OUT OF STATE DL _____ | | _____ | CREDIT |
| _____ | CLARK COUNTY BUSINESS LICENSE | | _____ | OTHER - See Below |
| _____ | CLARK COUNTY RECORDER'S OFFICE | | _____ | MARRIAGE RECORD |
| _____ | TAX ASSESSORS | | | |

Date Requested:    6/6/01

| AGENT SA ROBERT L. CLYMER | FILE # 270-NEW | PRIORITY |
|---|---|---|

| SUBJECTS NAME (ALIAS) Georgescu Virgil Flavin     _Virgil Georgescu_ |
|---|

| DOB � /1972 | SSAN ▇▇▇▇▇ | RACE W | SEX M |
|---|---|---|---|

| HEIGHT 5'08" | WEIGHT     165 | HAIR BRO | EYES BRO |
|---|---|---|---|

| ADDRESS ▇▇▇▇▇ Henderson, Nevada |
|---|

| MISCELLANEOUS

Nevada plates:
▇▇▇▇ |
|---|

FG000133

```
NM-FLAVIN              GEORGESCU    VIRGIL ,       SID-        000 SS-
CS-1627755      BD-    1972 RC-W SX-M HT-508 WT-165 HR-BRO EY-BRO
BP-ROMANIA                     FB-              SI-            O1-        O2-
A1-               HEND NV 89014                            101899
WP255 MPD E061904 NON GAM BALLY'S/PARIS - WAITER 111799
PI255 111799 MPD**SUBJ IS ALIEN PER A/C #
AR255 HEN 001 101899 CIT     PL                99-21251            HEN
```

FB5626-08072 Tue Jun 26, 2001 14:05:41 ( 8C5GT9SPC345 ) ACK

□ ---------------------------------------------

  TO:  FB5626-09132 Tue Jun 26, 2001 14:05:43 8C5GT9SPC345
FROM:   IT15      Tue Jun 26, 2001 14:05:42
DR.NVDMVPS00.NVFBILV00.TXT
                    ***DRIVER INFO***

              LAST DRIVER TRANS DATE: 01052001  DUPLICATE LIC: N
NAM: GEORGESCU VIRGIL FLAVIU
████████████ ID#:  SOC █████████
DOB: ████ 1972 SEX: M   HGT: 508  WGT: 165   HAI: BRO  EYE: BRO
MAIL ADDRESS: ██████████████████
CITY/STATE/ZIP: HENDERSON NV 89014
RESIDENT ADDRESS:
CITY/STATE/ZIP:

            *** SUPPLEMENTAL INFO***

AKA
...
ADB   ASN   OLN          OLS
...   ...   ...          ...

            ***DRIVER LICENSE INFO***

NON COMMERCIAL DRIVER LICENSE
                      EXPIRE
CLASS STATUS        TYPE       DATE
..... .......       ....       ....
C   VALID           NORMAL     06192003


COMMERCIAL DRIVER LICENSE:                MEDICAL EXPIRE DATE:
                      EXPIRE
CLASS STATUS        TYPE       DATE
..... .......       ....       ....

            ***DRIVER HISTORY SUMMARY***

TOTAL COUNT OF:
   CONVICTIONS: 000 WITHDRAWALS: 000 SCHOOLS: 002 ACCIDENTS: 000

            ***DETAILED CONVICTION INFO***
TOTAL ACTIVE POINTS: 00

            ***DETAILED WITHDRAWAL INFO***


            ***INSURANCE INFO***

VEHICLE SPECIFIC INSURANCE:

***DETAILED SCHOOL INFO***

| SCHOOL TYPE | DMV LETTER DATE | COMPLETION DATE | FOR CREDIT |
|-------------|-----------------|-----------------|------------|
| TRAFFIC SAFETY | | 11132000 | N |
| TRAFFIC SAFETY | | 03062000 | N |

***DETAILED ACCIDENT INFO***

| ACCIDENT DATE | REPORT TYPE | CASE NUMBER | STATE | COMM VEH ACCIDENT | HAZMAT ACCIDENT | AT INSURED | FAULT |
|---------------|-------------|-------------|-------|--------------------|------------------|------------|-------|

***ID CARD INFO***

ID CARD STATUS: SURN

ORIGINAL DOCUMENT PER NRS 52.205(3)

FG000136

FB5626-08070  Tue Jun 26, 2001 14:04:53  ( 8CNGT9SPC2RB )  ACK

☐ ----------------------------------------------

 TO:  FB5626-09126  Tue Jun 26, 2001 14:04:56  8CNGT9SPC2RB
FROM: CJISWWIV       Tue Jun 26, 2001 14:04:55
  ***** NO NCJIS WANTED PERSON MATCH FOUND FOR LIC/736MPW     LIS/NV    *****
       *****  END OF NCJIS WANTED PERSON QUERY  *****

☐ ----------------------------------------------

 TO:  FB5626-09127  Tue Jun 26, 2001 14:04:57  8CNGT9SPC2RB
FROM:  IT14      Tue Jun 26, 2001 14:04:55
RR.NVDMVPS00.NVFBILV00.TXT
              ***VEHICLE INFO***

 REG STATUS: ACTIVE        LAST TRANS DATE: 04052001
LIC: 736MPW  EXP DATE: 04052002
PLT TYPE: STANDARD     PLT STYLE: SUNSET
VIN: 1C3EL45U41N612520  VYR: 2001  MAKE: CHRYSLER
MODEL: SEBRIN  STYLE: VEH CONVERTIBLE
AXLES:  FUEL: GASOLINE  WGT: 000000000  CYLINDER:

           ***CURRENT REGISTERED OWNER INFO***

██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████

          ***PREVIOUS REGISTERED OWNER INFO***

            ***VEHICLE INSURANCE INFO***

EFF DATE: 04022001 EXP DATE:  COMPANY: CONTINENTAL INS CO
 VIN:  VMA:  VMO:
 POLICY NBR: 03NV7001 INS VERIF ACTION:
  COVERAGE TYPE: VEHICLE SPECIFIC    SR22 ISSUE DATE:
              ***LEIN HOLDER INFO***

NAM:                TITLE NBR: 4958772
 ADDRESS:
 CITY/STATE/ZIP:
           ***VEHICLE HISTORY INFO***

VEHICLE STATUS   DMV NOTIFICATION DATE
-------------    ------------------
         04052001

ORIGINAL DOCUMENT PER NRS 52.205(3)

☐ ----------------------------------------------

 TO:  FB5626-09128  Tue Jun 26, 2001 14:04:59  8CNGT9SPC2RB
FROM:   NCICA       Tue Jun 26, 2001 14:04:58
1L018CNGT9SPC2RB219
NVFBILV00

NO RECORD LIC/736MPW LIS/NV

FG000138

TO:  FB5626-09129  Tue Jun 26, 2001 14:05:03  8CNGT9SPC2T9
FROM: CJISWWIV     Tue Jun 26, 2001 14:05:02
  ***** NO NCJIS WANTED PERSON MATCH FOUND FOR LIC/566MHR     LIS/NV    *****
      *****  END OF NCJIS WANTED PERSON QUERY *****


☐ --------------------------------------------

 TO:  FB5626-09130  Tue Jun 26, 2001 14:05:03  8CNGT9SPC2T9
FROM:   IT14      Tue Jun 26, 2001 14:05:02
RR.NVDMVPS00.NVFBILV00.TXT
             ***VEHICLE INFO***


REG STATUS: ACTIVE        LAST TRANS DATE: 02012001
LIC:566MHR   EXP DATE: 02012002
PLT TYPE: STANDARD      PLT STYLE: SUNSET
VIN: WDBJF55F0VJ034033  VYR: 1997 MAKE: MERCEDES-BENZ
MODEL: E32 STYLE: VEH-SEDAN 4 DR
AXLES:  FUEL: GASOLINE WGT: 000000000 CYLINDER:

          ***CURRENT REGISTERED OWNER INFO***

          ***PREVIOUS REGISTERED OWNER INFO***

          ***VEHICLE INSURANCE INFO***

          ***LEIN HOLDER INFO***

 NAM:              TITLE NBR: 4845509
  ADDRESS:
  CITY/STATE/ZIP:
             ***VEHICLE HISTORY INFO***

VEHICLE STATUS   DMV NOTIFICATION DATE
-------------    --------------------
         02012001

ORIGINAL DOCUMENT PER NRS 52.205(3)


☐ --------------------------------------------

 TO:  FB5626-09131  Tue Jun 26, 2001 14:05:06  8CNGT9SPC2T9
FROM:  NCICA     Tue Jun 26, 2001 14:05:06
1L018CNGT9SPC2T9219
NVFBILV00

NO RECORD LIC/566MHR LIS/NV

FG000139

TO: FB5626-09145  Tue Jun 26, 2001 14:07:58  445GT9SPC44T
FROM: CJISTPOI      Tue Jun 26, 2001 14:07:57
NCJIS INQUIRY RESPONSE - MKE/SQPO
NO RECORDS FOUND IN THE NCJIS DATABASE
 ORI/NVFBILV00
NAM/FLAVIN,GEORGESCU
DOB/ ████ 1972
SOC/ ██████████

☐ -----------------------------------------

 TO:  FB5626-09146  Tue Jun 26, 2001 14:07:59  445GT9SPC44T
FROM:   NCICA       Tue Jun 26, 2001 14:07:59
1L01445GT9SPC44T108
NVFBILV00

NO NCIC WANT SOC/ ██████████
NO NCIC WANT NAM/FLAVIN, GEORGESCU DOB/1972 ██████

☐ -----------------------------------------

 TO:  FB5626-09147  Tue Jun 26, 2001 14:08:00  445GT9SPC44T
FROM: CJISWWIP       Tue Jun 26, 2001 14:08:00
 *****    NO NCJIS WANTED PERSON MATCH FOUND FOR:    *****
        NAM/FLAVIN,GEORGESCU
        DOB/ ████ 1972 SEX/  RAC/  RNG/

 *****  NO NCJIS WANTED PERSON MATCH FOUND FOR SOC/625065311        *****
        *****  END OF NCJIS WANTED PERSON QUERY  *****

 ***  NO P&P DANGEROUS OFFENDER NOTIFICATION SYSTEM MATCH FOUND FOR: ***
        NAM/FLAVIN,GEORGESCU
        DOB/ ████ 1972 SEX/  RAC/  RNG/

 ***  NO P&P DANGEROUS OFFENDER NOTIFICATION SYSTEM MATCH FOUND FOR: ***
        SOC/ ██████████
        *** END OF DANGEROUS OFFENDER NOTIFICATION SYSTEM QUERY ***
           *****  END OF NCJIS WANTED/DONS RECORD  *****

☐ -----------------------------------------

FB5626-08077  Tue Jun 26, 2001 14:08:32  ( 0H5GT9SPC4DP )  ACK

☐ -----------------------------------------

FB5626-08079  Tue Jun 26, 2001 14:11:20  ( 0H5GT9SPC5PV )  ACK

TO:  FB5626-09142  Tue Jun 26, 2001 14:07:29  8C5GT9SPC3XK
FROM: CJISTPOI      Tue Jun 26, 2001 14:07:29
NCJIS INQUIRY RESPONSE - MKE/SQPO
NO RECORDS FOUND IN THE NCJIS DATABASE
ORI/NVFBILV00
NAM/GEORGESCU,VIRGIL
SEX/M
DOB/████1972

☐ ---------------------------------------

TO:  FB5626-09143  Tue Jun 26, 2001 14:07:32  8C5GT9SPC3XK
FROM: NCICA      Tue Jun 26, 2001 14:07:32
1L018C5GT9SPC3XK218
NVFBILV00

NO NCIC WANT. NAM/GEORGESCU, VIRGIL DOB/1972████SEX/M

☐ ---------------------------------------

TO:  FB5626-09144  Tue Jun 26, 2001 14:07:34  8C5GT9SPC3XK
FROM: CJISWWIP       Tue Jun 26, 2001 14:07:34
*****    NO NCJIS WANTED PERSON MATCH FOUND FOR:   *****
        NAM/GEORGESCU,VIRGIL
        DOB/████1972 SEX/M RAC/  RNG/

        *****  END OF NCJIS WANTED PERSON QUERY  *****

*** NO P&P DANGEROUS OFFENDER NOTIFICATION SYSTEM MATCH FOUND FOR: ***
    NAM/GEORGESCU,VIRGIL
    DOB/████1972 SEX/M RAC/  RNG/

    *** END OF DANGEROUS OFFENDER NOTIFICATION SYSTEM QUERY ***
        *****  END OF NCJIS WANTED/DONS RECORD  *****

☐ ---------------------------------------

FB5626-08076  Tue Jun 26, 2001 14:07:55  ( 445GT9SPC44T )  ACK

☐ ---------------------------------------

FG000141

TO:  FB5626-09148  Tue Jun 26, 2001 14:08:34  0H5GT9SPC4DP
FROM: CJISCHRI        Tue Jun 26, 2001 14:08:34
NCJIS INQUIRY RESPONSE - MKE/SQCH
NO RECORDS FOUND IN THE NCJIS DATABASE
 ORI/NVFBILV00
 NAM/FLAVIN,GEORGESCU
 SEX/M
 RAC/U
 DOB/█████1972
 PUR/C
 SOC/███████
 ATN/SA CLYMER

THIS DOES NOT PRECLUDE THE POSSIBLE EXISTENCE OF MATCHING RECORDS IN LOCAL
OR FBI IDENTIFICATION DIVISION FILES THAT ARE NOT INDEXED BY THE NEVADA
STATE CRIMINAL HISTORY RECORDS REPOSITORY.  THE USE OF THIS INFORMATION IS
REGULATED BY LAW.  IT IS PROVIDED FOR OFFICIAL USE AND MAY ONLY BE USED FOR
THE PURPOSE REQUESTED.  NEVADA AGENCIES - REFER TO NRS CHAPTER 179A.


☐ ···············································


 TO:  FB5626-09149  Tue Jun 26, 2001 14:08:34  0H5GT9SPC4DP
FROM:  NCICB        Tue Jun 26, 2001 14:08:34
NL010H5GT9SPC4DP020
NVFBILV00
NO IDENTIFIABLE RECORD IN THE NCIC INTERSTATE IDENTIFICATION INDEX
(III) FOR NAM/FLAVIN,GEORGESCU.SEX/M.RAC/U.DOB/1972████.PUR/C.
SOC/███████.
END

TO:  FB5626-09153  Tue Jun 26, 2001 14:11:22  0H5GT9SPC5PV
FROM: CJISCHRI       Tue Jun 26, 2001 14:11:21
NCJIS INQUIRY RESPONSE - MKE/SQCH
NO RECORDS FOUND IN THE NCJIS DATABASE
 ORI/NVFBILV00
 NAM/GEORGESCU,VIRGIL
 SEX/M
 RAC/U
 DOB/████1972
 PUR/C
 SOC/████████
 ATN/SA CLYMER

THIS DOES NOT PRECLUDE THE POSSIBLE EXISTENCE OF MATCHING RECORDS IN LOCAL
OR FBI IDENTIFICATION DIVISION FILES THAT ARE NOT INDEXED BY THE NEVADA
STATE CRIMINAL HISTORY RECORDS REPOSITORY.  THE USE OF THIS INFORMATION IS
REGULATED BY LAW.  IT IS PROVIDED FOR OFFICIAL USE AND MAY ONLY BE USED FOR
THE PURPOSE REQUESTED.  NEVADA AGENCIES - REFER TO NRS CHAPTER 179A.


☐ --------------------------------------------

 TO:  FB5626-09154  Tue Jun 26, 2001 14:11:23  0H5GT9SPC5PV
FROM:  NCICB       Tue Jun 26, 2001 14:11:23
NL010H5GT9SPC5PV020
NVFBILV00
NO IDENTIFIABLE RECORD IN THE NCIC INTERSTATE IDENTIFICATION INDEX
(III) FOR NAM/GEORGESCU,VIRGIL.SEX/M.RAC/U.DOB/1972████.PUR/C.
SOC/████████.
END


☐ --------------------------------------------

Indices Search Slip
FD-160 (Rev. 7-28-89)

| | Date | 06/06/2001 |
|---|---|---|

**To: Office Services Manager**

Requested by: *SA Robert L. Clymer*

| Ext | Squad | File No. |
|---|---|---|
| ▮ | ▮ | ▮ |

Subject *Georgescu Virgil Flavin*

Social Security Account # ▮

Aliases

| Address ▮ *Henderson, NV* | Birth Date *1972* | Birth Place *Romania* | Race *W* | Sex ☒Male ☐Female |
|---|---|---|---|---|

☐ Exact Spelling
☐ All References
☐ Main Security Case Files Only
☐ Security References Only

☐ Main Criminal Case Files Only
☐ Criminal References Only
☐ Main Security *(If no Main, list all Security References)*
☐ Main Criminal *(if no Main, list all Criminal References)*

☐ Restrict Locality of _____

| ☒ **General Indices:** ☒ NEG ☐ POS | ☐ **ISIS:** ☐ NEG ☐ POS |
|---|---|
| *Marta S. Norton*  *6-29-01* | |
| Searched by       Date | Searched by       Date |
| ☒ **Confidential Indices:** ☒ NEG ☐ POS | ☐ **OCIS:** ☐ NEG ☐ POS |
| *Marta S Norton*  *6-29-01* | |
| Searched by       Date | Searched by       Date |
| ☒ **ELSUR Indices:** ☒ NEG ☐ POS | ☐ **IIS:** ☐ NEG ☐ POS |
| *RS*  *10/29/01* | |
| Searched by       Date | Searched by       Date |
| ☒ **FOIMS:** ☒ NEG ☐ POS | ☐ **MICRO:** ☐ NEG ☐ POS |
| *marta S Norton*  *6-29-01* | |
| Searched by       Date | Searched by       Date |
| ☐ **GLOBAL:** ☐ NEG ☐ POS | ☐ **REGIONAL:** ☐ NEG ☐ POS |
| Searched by       Date | Searched by       Date |

**Place an "X" by the Field Office(s) to Query for Regional Searches.**

| Northeast | Mid-Atlantic | | Central | | Western |
|---|---|---|---|---|---|
| ☐ Albany | ☐ Atlanta | ☐ New Orleans | ☐ Buffalo | ☐ Little Rock | ☐ Albuquerque |
| ☐ Bern Switzerland | ☐ Baltimore | ☐ Norfolk | ☐ Chicago | ☐ Louisville | ☐ Anchorage |
| ☐ Bonn Germany | ☐ Birmingham | ☐ Quantico | ☐ Cincinnati | ☐ Milwaukee | ☐ Butte |
| ☐ Boston | ☐ Charlotte | ☐ Richmond | ☐ Cleveland | ☐ Minneapolis | ☐ Honolulu |
| ☐ London England | ☐ Jackson | ☐ San Juan | ☐ Dallas | ☐ Oklahoma City | ☐ Las Vegas |
| ☐ Mexico City Mexico | ☐ Jacksonville | ☐ Savannah | ☐ Denver | ☐ Omaha | ☐ Los Angeles |
| ☐ New York City | ☐ Knoxville | ☐ Tampa | ☐ Detroit | ☐ Pittsburgh | ☐ Phoenix |
| ☐ Newark | ☐ Memphis | ☐ Washington Field | ☐ El Paso | ☐ San Antonio | ☐ Portland |
| ☐ Paris France | ☐ Miami | ☐ All above | ☐ Houston | ☐ Springfield | ☐ Sacramento |
| ☐ Philadelphia | ☐ Mobile | | ☐ Indianapolis | ☐ St. Louis | ☐ Salt Lake City |
| ☐ Rome Italy | | | ☒ Kansas City | ☐ All above | ☐ San Diego |
| ☐ All above | | | | | ☐ San Francisco |
| | | | | | ☐ Seattle |
| | | | | | ☐ All above |

| File & Serial Number | Remarks | File & Serial Number | Remarks |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Consolidated by _____     Date _____

Reviewed by _____     Date _____

**File Review Symbols**

I - Identical
NI - Not identical

? - Not identifiable
U - Unavailable reference

▮ G000144

(01/26/1998)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                    **Date:** 06/14/2001

**To:** Las Vegas                    Attn: SA David R. Linn

**From:** Las Vegas
       Squad 3/OC
       **Contact:** SA Robert L. Clymer, (702) ███████

**Approved By:** Hanford Jerry W███/█

**Drafted By:** Clymer Robert Eric

**Case ID #:** ████████████████████

**Title:** ███████████████
      CATEGORY: ██████

**Synopsis:** Cooperating witness (CW) opening Electronic Communication (EC).

**Details:** It is requested that the following individual be opened under the CW Program:



  A.     True Name: Georgescu Virgil Flavin
           Alias(es): None

  B.     Date of Birth: ██████1972
           Place of Birth: Romania

  B1.    Physical Description

           Race: White
           Sex: Male
           Height: 5'08"
           Weight: 165 lbs.
           Hair: Brown
           Eyes: Brown

  C.     FBI and/or other Identifying Numbers:

           SSAN: ███████████████
           Alien Registration: ██████████

  C1.    Residence

           Address: ████████████████
           City: ████████████
           State: █████████
           County: ████████
           Telephone: ███████████




CIMS
Date 7/5/01

```
To:  Las Vegas  From:  Las Vegas
Re:  ▆▆▆▆▆▆▆▆    06/14/2001
```

C2.   Business Information

　　　　Name of Business:  www.ifriends.com
　　　　Address:  N/A
　　　　City:
　　　　State:
　　　　Business Telephone:

D.    Occupation:  Self-employed

E.    Employer: N/A

F.    Codename:  ~~Rolls Royce~~ *Card Member*

G.    Citizenship:  Romania

H.    Arrest Record Disposition, plus any Pending
　　　　Charges:  None

I.    Subject is in a position to furnish valuable
　　　　information regarding:

　　　　Eurasian Organized Crime (Romanian)

J.    Contemplated Coverage:  (list by class and
　　　　subclass)

　　　　281H

THE **OPERATIONAL ROLE** OF YOUR INFORMANT MUST BE ENTERED
INTO THE CIMS DATA BASE.

Check applicable line(s) below:

```
Purchase Contraband             Yes (X)   No ( )
Purchase Other Evidence         Yes (X)   No ( )
Consensual Monitoring           Yes (X)   No ( )
Introduce Undercover Agent Yes (X)   No ( )
Other                           Yes (X)   No ( )
```

Informant:

```
IS      IS NOT
( )     (X)      A member of the News Media

( )     (X)      Employee of a Financial Institution

( )     (X)      Now or ever Admitted to the Witness
                 Security Program
```

2

To: Las Vegas   From: Las Vegas
Re: ███████████, 06/14/2001

( )        (X)        Union Official

Informant:

IS    IS NOT
( )        (X)        Privileged Occupation, i.e., Attorney,
                      Physician, Clergyman

( )        (X)        Public Official

( )        (X)        Law Enforcement Officer

( )        (X)        Member of the Military

( )        (X)        Counselors in Drug Treatment Programs

( )        (X)        Bureau of Prison Personnel

( )        (X)        Minor (under 18)

If any of the below responses are positive, the supervisor must determine if the use of the CW would violate the terms and conditions of the person's probation, parole, or supervised release:

Federal or State Probationers   Yes ( ) No (X)

Federal or State Parolees       Yes ( ) No (X)

Supervised Releases             Yes ( ) No (X)

IS    IS NOT
( )        (X)        On Federal Parole

( )        (X)        On Federal Probation

( )        (X)        On State Parole

( )        (X)        On State Probation

( )        (X)        State/Federal Inmate

Parole Officer's Name:   N/A_____

Date Officer Contacted:   N/A_____

Ending Date of Probation or Parole:   N/A_____

3

To: Las Vegas   From: Las Vegas
Re: ███████████, 06/14/2001

Supervisory Special Agent Signature: _____
                                      SSA Jerry W. Hanford
(Indicating no violation of above terms.)

Name of AUSA who Concurs: Eric Johnson

Date of Concurrence: 06/06/2001

Case Agent Signature: _____
                       SA Robert L. Clymer

Alternate Agent: _____
                  SA Matthew A. Mohr

Task Force Agent: N/A

Open and Assign: SA Robert L. Clymer

◆◆

4

FD-340 (Rev. 8-7-97)

Universal Case File Number _____

Field Office Acquiring Evidence ___ *LV* _____

Serial # of Originating Document _____

Date Received ___ *6/8/2001* _____

From ___ *Georgescu Flavin* _____
(Name of Contributor)

_____
(Address of Contributor)

_____
(City and State)

By ___ *SA Robert Clymer* _____
(Name of Special Agent)

To Be Returned ☐ Yes ☒ No
Receipt Given ☐ Yes ☒ No
Grand Jury Material - Disseminate Only Pursuant to Rule 6 (e)
Federal Rules of Criminal Procedure
☐ Yes ☒ No

Title:

Reference: _____
(Communication Enclosing Material)

_____

Description: ☐ Original notes re interview of

*Original FD-473 and FD-472*

*executed by Georgescu Flavin on 6/8/01*

_____

_____

FG000149

FD-473 (Rev. 7-18-88)

_6/8/2001_
(Date)

_Las Vegas, Nevada_
(Location)

I, _Georgescu Flavin_ ,

_Las Vegas, NV_ ,
(Address)

hereby authorize _Robert L. Clymer_ and

_Matthew Mohr_ , Special Agents of the

Federal Bureau of Investigation, United States Department of Justice, to place a

☒ Body Recorder
on my person for the purpose of recording any conversations
☒ Transmitter

with _John Badea and Others as yet unknown_
(Name of Subject(s))

which I may have on or about _6/8/2001_ .
(Date)

I have given this written permission to the above-named Special Agents voluntarily and without threats or promises of any kind understand that I must be a party to any conversation in order to record that conversation. I therefore agree not to leave the recording equipment un-attended or take any other action which is likely to result in the recording of conversations to which I am not a party.

Witnesses:                    _____
(Signature)

_Matthew Q. Moh_

FD-472 (Rev. 1-9-92)

_6/8/2001_
(Date)

_Las Vegas, Nevada_
(Location)

I, _Georgescu Flavin_ _____ of

_Las Vegas, Nevada_ _____, hereby
(Address)

authorize Special Agents _Robert L. Clymer_ _____ and

_Matthew Mohr_ _____, of the Federal Bureau of
Investigation, United States Department of Justice, to:

☒ install a recording device on any telephone utilized by me for the
   purpose of recording any telephone conversation(s) I may have with

   _John Balea_ _____ and others as yet unknown
   (Name of Subject(s))

   on or about _6/8/2001_ and continuing thereafter.
   (Date)

   I understand that I must be a party to any conversation in order to
record that conversation. I therefore agree not to leave the recording
equipment unattended or take any action which is likely to result in the
recording of conversations to which I am not a party.

                    and/or to:

☐ install a Trap and Trace device in conjunction with the
   appropriate provider(s) of electronic or wire communications
   service and/or long distance carrier for the purpose of
   identifying telephone numbers from which incoming calls are
   placed to telephone number _____
   located at _____
   which is used by me.

   I have given this written permission to the above-named Special Agents
voluntarily, and without threats or promises of any kind.

_____
(Signature)

Witnessess:

_____
_____

FD-340 (Rev. 8-7-97)

LAZ

**Universal Case File Number** ██████████████████

**Field Office Acquiring Evidence** _____

**Serial # of Originating Document** _____

**Date Received** 6|14|01 _____

**From** ████████████████ _____
_____
(Name of Contributor)

_____
(Address of Contributor)

_____
(City and State)

**By** SA Clymer _____
(Name of Special Agent)

To Be Returned  ☐ Yes  ☑ No
Receipt Given   ☐ Yes  ☑ No
Grand Jury Material - Disseminate Only Pursuant to Rule 6 (e)
Federal Rules of Criminal Procedure
                ☐ Yes  ☑ No

Title:




Reference: _____
                (Communication Enclosing Material)


**Description:**  ☐ Original notes re interview of

Photo _____

_____

_____

_____



FG000153

FD-340 (Rev. 8-7-97)

**Universal Case File Number** _____

**Field Office Acquiring Evidence** _____

**Serial # of Originating Document** _____

**Date Received** 12/7/01

**From** _____

(Name of Contributor)

_____

(Address of Contributor)

_____

(City and State)

**By** SA Mark Pinto

(Name of Special Agent)

To Be Returned ☐ Yes ☑ No
Receipt Given ☐ Yes ☑ No
Grand Jury Material - Disseminate Only Pursuant to Rule 6 (e)
Federal Rules of Criminal Procedure
☐ Yes ☑ No

**Title:**

**Reference:** _____

(Communication Enclosing Material)

**Description:** ☐ Original notes re interview of

airline ticket receipt; car rental
receipt and hotel room receipt

_____

_____

FG000154

**HOMEWOOD SUITES BY HILTON, 6966 FORT DENT WAY**
**TUKWILA, WA 98188**
**Telephone 206-433-8000          Fax 206-433-8994**



US

121/THWN
11/22/01  3:38AM
11/22/01

1/0
$99.00

HH#
AL:
BONUS AL:          CAR:

CONFIRMATION NUMBER : 000000

11/22/01      PAGE      1

| Date | Number | Description | Amount |
|---|---|---|---|
| 11/22/01 | 534427 | GUEST ROOM | 99.00 |
| 11/22/01 | 534427 | STATE TAX | 8.51 |
| 11/22/01 | 534427 | LODGING TAX | 3.76 |
| 11/22/01 | 534501 | TELEPHONE-LD (INTERSTATE) | 5.41 |
| 11/22/01 | 534501 | PHONE TAX | 0.48 |
| 11/22/01 | 534507 | TELEPHONE-LD (INTERSTATE) | 5.16 |
| 11/22/01 | 534507 | PHONE TAX | 0.45 |
| 11/22/01 | 534513 | AX **********1008 01/04 | -122.77 |

* * BALANCE * *          0.00

A

FG000155





```
                    SEATTLE-TACOMA AIRPORT
            RENTAL RECORD:              339079974
            COMPLETED BY:
            RENTED:  SEATTLE-TACOMA AIRPORT    2207
            RENTAL:   11/21/01    23:34.
            RETURN:   11/22/01    14:59
            MILES IN: 08795  OUT: 08603
            MILES DRIVEN:  192
            PLAN IN/OUT: MCLD    MCLD
            CLS: G

            1 DAYS             72.99      72.99
            VEH UPG $12DY/6.00HR          12.00
            DISCOUNT 10%                   8.50
            SUBTOTAL                      76.49
            CONCESSION FEE RECOVERY        8.75
            LIS      $10.99/DAY           10.99
            TX 18.5OO% ON  85.24         15.77
            NET DUE                      112.00
            PAID BY: AMX
            CREDIT CARD #: XX18XXXXXXXX

            Thank you for renting from
                 Hertz
```

FD-340b (Rev. 8-7-97)

IA4

**Universal Case File Number** ▓▓▓▓▓▓▓▓

**Field Office Acquiring Evidence** ▓▓▓

**Serial # of Originating Document** _____

**Date Received** _1/9/03_ _____

**From** _____
(Name of Contributor)

_____
(Address of Contributor)

**By** _SA MOHIC_ _____
(City and State)
(Name of Special Agent)

To Be Returned   ☐ Yes   ☑ No

Receipt Given   ☐ Yes   ☑ No

Grand Jury Material - Disseminate Only Pursuant
to Rule 6 (e),  Federal Rules of Criminal Procedure

☐ Yes   ☑ No

Title: ▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Reference: ___▓▓▓▓▓▓▓_____
(Communication Enclosing Material)

_____

**Description:** ☑ Original notes re interview of
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**FBI/DOJ**

Tuta Ovidiu Claudiu

Budget — Anca Soni (San Diego)

- Codin told Blondie(?) said Peter
& others 5000/ea. hit on guy
named Flavic.

- Vidoc says still married to
Armena.

- "Nobel Cat" — sells CA ID supplies
  & American guy

- Eusebiu is in LV knows how to set in
10 cars & cocaine, ecstasy deals in past

FG000158

FD-340 (Rev. 8-7-97)

1A5

Universal Case File Number ████████████

Field Office Acquiring Evidence _Las Vegas_

Serial # of Originating Document _____

Date Received _11/8/02_

From _____
(Name of Contributor)

_____
(Address of Contributor)

_____
(City and State)

By _SA Mohr_
(Name of Special Agent)

To Be Returned  ☐ Yes  ☒ No
Receipt Given    ☐ Yes  ☒ No
Grand Jury Material - Disseminate Only Pursuant to Rule 6 (e)
Federal Rules of Criminal Procedure
                    ☐ Yes  ☒ No

Title:

████████████████████

Reference: _____
(Communication Enclosing Material)

_____

Description: ☒ Original notes re interview of

████████████████

_____

_____

_____

11/08/02

Manta's [wife] starting to buy alot of things. (Audi, New bedroom sets)

Adrian Manta
Romanian works
Wells Fargo Tech Support
may be providing Acct #'s

Petru stopped working 2-3 weeks ago because out of supplies for TX and Calif. Got supplies now from guy in NY.

Bado back w/ Tony
out of town working now because Nath & Sorescu arrest

Manta's wife is Gymnastic Coach, Tony's Kids is w/ Mariana friends w/ Manta's wife

Freq 11-4-02 via phone
spoke to Terente is heavy involved as a Silver pre

Maya + David Tofan

FG000160

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    01/15/2003

Individual, who is not in a position to testify, provided the following information:

Vidoc (Last Name Unknown) (LNU) has been recently living in the San Diego, California area.  Vidoc LNU is still married to Armenoui Garibian; however, Vidoc LNU is believed to be still hanging around with Anca Soni Morari.

Individual heard Gheorghe Toma was told by Claudiu Moisa that Petru Dragoi and others have contributed $5,000 each to pay someone to kill a guy named Flaviu LNU.

Individual advised Eusebiu Hristian is back in the Las Vegas, Nevada area.  Hristian is capable of breaking into at least ten different types of vehicles and Hristian used to be involved in cocaine and ecstasy dealing.

Individual is aware of an American guy named "Nobel Cat" is a supplier of California identification supplies to various Romanians.

| | | |
|---|---|---|
| Investigation on | 01/15/2003 | at Las Vegas, Nevada |

File # _____

Date dictated _____

by    SA Mark A. Pinto
      SA Matthew A. Mohr:

32129.03

This document contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302 (Rev. 10-6-95)

-1-

# FEDERAL BUREAU OF INVESTIGATION

Date of transcription     01/15/2003

      Individual, who is not in a position to testify, provided the following information:

      Vidoc (Last Name Unknown) (LNU) has been recently living in the San Diego, California area.  Vidoc LNU is still married to Armenoui Garibian; however, Vidoc LNU is believed to be still hanging around with Anca Soni Morari.

      Individual heard Gheorghe Toma was told by Claudiu Moisa that Petru Dragoi and others have contributed $5,000 each to pay someone to kill a guy named Flaviu LNU.

      Individual advised Eusebiu Hristian is back in the Las Vegas, Nevada area.  Hristian is capable of breaking into at least ten different types of vehicles and Hristian used to be involved in cocaine and ecstasy dealing.

      Individual is aware of an American guy named "Nobel Cat" is a supplier of California identification supplies to various Romanians.

---

Investigation on    01/15/2003    at   Las Vegas, Nevada

File #  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                          Date dictated

    SA Mark A. Pinto
by  SA Matthew A. Mohr:mam

32129.03

This document contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302 (Rev. 10-6-95)

-1-

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription   11/08/2002

Individual who is not in a position to testify provided the following information:

Eduard Andronescu, also known as (aka) Badode, is back in a criminal working relationship with Florin Iancu, aka Tony. Andronescu is believed to be heavily involved with breaking into vehicles and stealing credit cards and/or the information from credit cards by using a skimmer. Andronescu then provides the credit card information to Iancu who produces counterfeit credit cards with the information on the skimmer. Andronescu and Iancu had previously severed their ties. The recent change in their working relationship is due to the arrest of Nathan Rujoni and Silviu Sorescu in Idaho. Rujoni and Sorescu had been providing the stolen credit card information to Iancu and Iancu was in need of a new supplier.

Individual also advised Andronescu is in a fraudulent marriage with Narine Khalulya, but he is believed to be still living with Georgiana Muresan.

Individual advised Florin and Mariana Iancu have recently become friends with Adrian Manta and his wife. Individual advised Adrian Manta works for Wells Fargo Bank in the computer technical support department. Individual believes Manta may be providing bank account information to Iancu. Individual advised Manta's wife recently bought a new car and a new bedroom set. Individual said Manta's newly formed friendship with the Iancu's seems a little bit unusual.

Individual advised Petre's group wasn't working a few weeks ago because they were out of the supplies to make Texas and California identification. Individual learned Petre was able to get the supplies he needed from a guy in New York.

Investigation on   11/08/2002   at   Las Vegas, Nevada

File #

Date dictated   11/08/2002

by   SA Mark A. Pinto
     SA Matthew A. Mohr-mann

53505.02

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

00163