FD-302 (Rev. 10-6-95)

-1-

### FEDERAL BUREAU OF INVESTIGATION

Date of transcription     11/08/2002

      Individual who is not in a position to testify provided the following information:

      Eduard Andronescu, also known as (aka) Badode, is back in a criminal working relationship with Florin Iancu, aka Tony. Andronescu is believed to be heavily involved with breaking into vehicles and stealing credit cards and/or the information from credit cards by using a skimmer. Andronescu then provides the credit card information to Iancu who produces counterfeit credit cards with the information on the skimmer. Andronescu and Iancu had previously severed their ties. The recent change in their working relationship is due to the arrest of Nathan Rujoni and Silviu Sorescu in Idaho. Rujoni and Sorescu had been providing the stolen credit card information to Iancu and Iancu was in need of a new supplier.

      Individual also advised Andronescu is in a fraudulent marriage with Narine Khalulya, but he is believed to be still living with Georgiana Muresan.

      Individual advised Florin and Mariana Iancu have recently become friends with Adrian Manta and his wife. Individual advised Adrian Manta works for Wells Fargo Bank in the computer technical support department. Individual believes Manta may be providing bank account information to Iancu. Individual advised Manta's wife recently bought a new car and a new bedroom set. Individual said Manta's newly formed friendship with the Iancu's seems a little bit unusual.

      Individual advised Petre's group wasn't working a few weeks ago because they were out of the supplies to make Texas and California identification. Individual learned Petre was able to get the supplies he needed from a guy in New York.



RECEIVED
NOV 27 2002
BY CIMS

---

Investigation on    11/08/2002    at   Las Vegas, Nevada

File # ████████████████████      Date dictated    11/08/2002

by    SA Mark A. Pinto
      SA Matthew A. Mohr:mam

53505.02

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    08/21/2002

    Individual, who is not in a position to testify, provided the following information:

    Individual advised that Raluca Merisoreanu is working a team of Romanians and Armenians conducting credit card fraud in Las Vegas, Nevada.  Merisoreanu is producing false Oregon state driver's licenses.

    Individual nicknamed Piticu (True Name Unknown) drives a white Mercedes Benz and is associated with Merisorneanu's team. Piticu received this vehicle from Florin Iancu.  Piticu purchased the vehicle from Iancu for $20,000. Piticu did not pay cash for the vehicle instead he worked for Iancu as a "signer" for approximately six months.

---

Investigation on    08/21/2002    at   Las Vegas, Nevada

File # ████████████████████                    Date dictated _____

by   SA Mark A. Pinto
    SA Matthew A. Mohr:mam
53313.02

This document contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

165

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    08/21/2002

Individual, who is not in a position to testify, provided the following information:

Individual advised that Raluca Merisoreanu is working a team of Romanians and Armenians conducting credit card fraud in Las Vegas, Nevada.  Merisoreanu is producing false Oregon state driver's licenses.

Individual nicknamed Piticu (True Name Unknown) drives a white Mercedes Benz and is associated with Merisorneanu's team. Piticu received this vehicle from Florin Iancu.  Piticu purchased the vehicle from Iancu for $20,000. Piticu did not pay cash for the vehicle instead he worked for Iancu as a "signer" for approximately six months.

---

Investigation on    08/21/2002    at  Las Vegas, Nevada

File #                              Date dictated

SA Mark A. Pinto
by   SA Matthew A. Mohr:mam

53313.02

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription    08/01/2002

          Individual, who is not in a position to testify, provided
the following information:

          Florin Iancu, also known as (aka) Tony, has been
operating his crew in the Reno, Nevada area.  Iancu is producing
his own credit cards from credit card numbers that have been
skimmed by various thieves.  Individual advised that someone named
"Nata" (Last Name Unknown) (LNU), is currently the best at breaking
into cars and using a skimmer to obtain the credit card information
necessary for Iancu to reproduce the counterfeit credit cards.
Other members of Iancu's crew include Sam Mazagyan, aka Sabo, and
several unknown females.

          Individual advised that Iancu has been developing a
credit history for a false identity for himself.  Individual stated
the last name of this false identity is Cojocaru.

          Individual advised that Gheorghe Toma is currently
producing fake driver's licenses from the state of Michigan.
Individual stated the computers and the machine to make the
identification is located at Toma's residence.  Individual also
advised Toma has a machine for making keys at his residence.  Toma
uses this machine to reproduce keys from gym lockers located at
Las Vegas casinos, and later returns to the gym and opens any
locker to steal credit cards.

---

Investigation on    08/01/2002    at    Las Vegas, Nevada

File # ████████████████████████████              Date dictated _____

        SA Mark A. Pinto
by      SA Matthew A. Mohr:mar
53190.02

This document contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

00167

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    08/01/2002

Individual, who is not in a position to testify, provided the following information:

Florin Iancu, also known as (aka) Tony, has been operating his crew in the Reno, Nevada area.  Iancu is producing his own credit cards from credit card numbers that have been skimmed by various thieves.  Individual advised that someone named "Nata" (Last Name Unknown) (LNU), is currently the best at breaking into cars and using a skimmer to obtain the credit card information necessary for Iancu to reproduce the counterfeit credit cards. Other members of Iancu's crew include Sam Mazagyan, aka Sabo, and several unknown females.

Individual advised that Iancu has been developing a credit history for a false identity for himself.  Individual stated the last name of this false identity is Cojocaru.

Individual advised that Gheorghe Toma is currently producing fake driver's licenses from the state of Michigan. Individual stated the computers and the machine to make the identification is located at Toma's residence.  Individual also advised Toma has a machine for making keys at his residence.  Toma uses this machine to reproduce keys from gym lockers located at Las Vegas casinos, and later returns to the gym and opens any locker to steal credit cards.

---

Investigation on    08/01/2002    at  Las Vegas, Nevada

File # ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮    Date dictated _____

by    SA Mark A. Pinto
      SA Matthew A. Mohr:mam
      53190.02

This document contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

FD-302 (Rev. 10-6-95)

-1-

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    07/01/2002

Individual, who is not in a position to testify, provided the following information:

Florin Iancu now has the electronic capabilities to produce counterfeit credit cards.  Iancu is working with Silviu Sorescu and Sam Magzanyan, also known as Sabo.  Individual advised that Iancu is paying $20.00 for each credit card number he receives from thieves.

Silviu Emil Sorescu is described as:

| | |
|---|---|
| Race: | White |
| Sex: | Male |
| Date of Birth: | ███████ 1967 |
| Social Security Account Number: | 610-██████ |
| Address: | ██████████ |
| | Las Vegas, Nevada |



Investigation on    06/28/2002    at   Las Vegas, Nevada

File # ███████████

Date dictated

by    SA Mark A. Pinto
SA Matthew A. Mohr:mam

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

██████████ 00169

FD-302 (Rev. 10-6-95)

-1-

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription     07/01/2002

Individual, who is not in a position to testify, provided the following information:

Florin Iancu now has the electronic capabilities to produce counterfeit credit cards.  Iancu is working with Silviu Sorescu and Sam Magzanyan, also known as Sabo.  Individual advised that Iancu is paying $20.00 for each credit card number he receives from thieves.

Silviu Emil Sorescu is described as:

| | |
|---|---|
| Race: | White |
| Sex: | Male |
| Date of Birth: | ███████ 1967 |
| Social Security Account Number: | 610-███████ |
| Address: | ████████████ |
| | Las Vegas, Nevada |

Investigation on    06/28/2002    at  Las Vegas, Nevada

File # ████████████

by   SA Mark A. Pinto
     SA Matthew A. Mohr:mam

Date dictated _____

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

CIMS
Date 1/18/02

00170

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription                    05/31/2002

      Individual, who is not in a position to testify,
provided the following information:

      Gheorghe Toma, Livia Toma, Florin Toma, and Lionel
Mihalca have moved out of their apartment on █████████████████
and have moved to a residential home located at ████████████
Las Vegas, Nevada.  Individual believes Gheorghe Toma has
purchased this residence and is not renting it.

Investigation on   05/29/2002   at Las Vegas, Nevada

File # ████████████████████     Date dictated   05/31/2002

by   SA Matthew A. Mohr:mam

This document contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

05/31/2002

Date of transcription _____

       Individual, who is not in a position to testify, provided the following information:

       Gheorghe Toma, Livia Toma, Florin Toma, and Lionel Mihalca have moved out of their apartment on ███████████ and have moved to a residential home located at ███████, Las Vegas, Nevada.  Individual believes Gheorghe Toma has purchased this residence and is not renting it.

Investigation on   05/29/2002   at   Las Vegas, Nevada

File #███████████████████   Date dictated   05/31/2002

by   SA Matthew A. Mohr:mam

This document contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

CIMS
Date 10/18/02

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

05/21/2002

Date of transcription

Individual, who is not in a position to testify, provided the following information:

Gheorghe Toma is working in conjunction with unknown persons in Romania that are conducting Internet fraud involving the e-bay auction site.  Individual is aware that Toma has been receiving property that has been purchased over the Internet through e-bay by fraudulent means.  Individual believes items are purchased with a stolen credit card and are mailed to mailboxes in Las Vegas where Toma or one of his associates retrieves the items from the mailbox.  Toma is then responsible for either selling the items or shipping them to Romania to the unknown co-conspirators.  Toma is allegedly receiving 50 percent of the proceeds.

Individual advised Toma is also assisting these unknown persons with another scam involving the e-bay auction site in which the persons in Romania are able to compromise a sellers account and password.  They are then in some fashion able to wire large amounts of money through various accounts through alleged purchases and ultimately using Western Union to obtain the cash in Las Vegas.  Individual advised for this scheme Toma has been using an older gentleman to set up bank accounts at various banks in Las Vegas.  Individual identified this older gentleman as Serban Nicolae.  Individual is aware Nicolae had opened an account at CalFed Bank and possibly a Wells Fargo Bank account.  Individual also stated Lionel Mihalca, who was recently arrested by the Henderson Police Department for fraudulent use of a credit card at CostCo, has been working for Toma.

Individual advised a person known to him as Simeon (Last Name Unknown) (LNU) is also heavily involved in the Internet auction schemes with persons back in Romania.  Individual heard Simeon LNU sent a cargo box full of illegally acquired computer equipment and a large number of Pentium IV processing chips to Romania.  Individual advised Simeon LNU currently resides in an apartment complex on Koval Lane in Las Vegas and drives a black Lincoln Navigator.

---

Investigation on   05/17/2002   at Las Vegas, Nevada

File # ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮   Date dictated   05/21/2002

SA Mark A. Pinto
by   SA Matthew A. Mohr:mam

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

05/21/2002

Date of transcription

      Individual, who is not in a position to testify, provided the following information:

      Gheorghe Toma is working in conjunction with unknown persons in Romania that are conducting Internet fraud involving the e-bay auction site.  Individual is aware that Toma has been receiving property that has been purchased over the Internet through e-bay by fraudulent means.  Individual believes items are purchased with a stolen credit card and are mailed to mailboxes in Las Vegas where Toma or one of his associates retrieves the items from the mailbox.  Toma is then responsible for either selling the items or shipping them to Romania to the unknown co-conspirators.  Toma is allegedly receiving 50 percent of the proceeds.

      Individual advised Toma is also assisting these unknown persons with another scam involving the e-bay auction site in which the persons in Romania are able to compromise a sellers account and password.  They are then in some fashion able to wire large amounts of money through various accounts through alleged purchases and ultimately using Western Union to obtain the cash in Las Vegas.  Individual advised for this scheme Toma has been using an older gentleman to set up bank accounts at various banks in Las Vegas.  Individual identified this older gentleman as Serban Nicolae.  Individual is aware Nicolae had opened an account at CalFed Bank and possibly a Wells Fargo Bank account. Individual also stated Lionel Mihalca, who was recently arrested by the Henderson Police Department for fraudulent use of a credit card at CostCo, has been working for Toma.

      Individual advised a person known to him as Simeon (Last Name Unknown) (LNU) is also heavily involved in the Internet auction schemes with persons back in Romania. Individual heard Simeon LNU sent a cargo box full of illegally acquired computer equipment and a large number of Pentium IV processing chips to Romania.  Individual advised Simeon LNU currently resides in an apartment complex on Koval Lane in Las Vegas and drives a black Lincoln Navigator.

---

Investigation on   05/17/2002   at Las Vegas, Nevada

File # ██████████████████████████   Date dictated   05/21/2002

SA Mark A. Pinto
by  SA Matthew A. Mohr:mam

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription    <u>11/30/2001</u>

      On November 26, 2001, Individual, who is in a position to testify, provided the following information:

      Telephone number 425-████████ was called by Gheroghe Stefanis when contacting associates in Seattle, Washington.

Investigation on   <u>11/26/2001</u>   at <u>Las Vegas, Nevada</u>

File # ████████████████

Date dictated   <u>Not Dictated</u>

by   <u>SA Mark A. Pinto:map</u>

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription     11/30/2001

      On November 26, 2001, Individual, who is in a position
to testify, provided the following information:

      Telephone number 425-███████ was called by Gheroghe
Stefanis when contacting associates in Seattle, Washington.

Investigation on   11/26/2001   at   Las Vegas, Nevada

File # ████████████████████   Date dictated   Not Dictated

by   SA Mark A. Pinto:map

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription  11/29/2001

      On November 26, 2001, Individual, who is in a position to testify, provided the following information:

      When in Seattle, Gheroghe Stefanis made several phone calls from his cellular telephone and from a hotel room.  The calls were directed to members of cells working for Ion (Last Name Unknown) (LNU).  The telephone number dialed from the hotel room is 425-[redacted].  Individual believes this is the contact telephone number for Ion LNU.

      One member of the cell is referred to as "Godfather," who is about 50 years old and on probation for 40 years. "Godfather" is not allowed to travel outside of Washington state, but will drive to Las Vegas.  "Godfather" has his personal vehicle registered to another person or under a different name. Individual believes the vehicle and/or property owned by "Godfather" may be under the names of Georghe Stefanis or Petru Antochi.

      Ion LNU's girlfriend, possibly wife, is a runner working for Ion LNU.  The other female who traveled with Ion LNU and Luisa LNU is a Romanian national, on probation out of New York, for credit card related offenses.  This unknown female has a "green card" and may be a resident alien.  She is on a "vacation" from New York residing in Seattle under Ion LNU's watch, as she is not allowed to deal with stolen credit cards.

      Ion LNU sells credit card information to Gheorghe Toma. Toma's wife is a United States citizen, and used to be a runner for Ion LNU.

      Ion LNU has a network of contacts, and traveled with Badode (Mihail Calin) to Chicago, arranging Badode's purchase of a green card.

      Ion LNU recruits young Romanian men to work as cell leaders.  Ion LNU does not deal directly with runners, except for those close to him.  Ion LNU is very cautious, and highly suspect of non-Romanians.  Ion LNU trained Badode, Petre LNU, Sorin LNU, and Usebu LNU (Sebe) as cell leaders, all of whom relocated to Las Vegas and started cells under their own leadership.

---

Investigation on  11/26/2001  at  Las Vegas, Nevada

File #  [redacted]  Date dictated  Not Dictated

by  SA Mark A. Pinto:map

This document contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FG000177

FD-302a (Rev. 10-6-95)

███████████████████████████

Continuation of FD-302 of __Individual_____ , On 11/26/2001 , Page ___2___

     Individual contacted a runner, Romeo LNU, who works for Petre, at telephone number 702-██████.   Petre LNU stole the software program and several credit cards from Ion LNU.   Petre LNU became greedy, and has expanded from leader of a runner cell for Ion LNU to a producer of false identification, and has two or three teams working for him.   The teams may live in other cities, which indicates his teams are credit card thieves.

     It is only rumor, but Individual was told that Petre LNU met with the owner of the Palms Casino, who father is from Cryova, Romania, and mother is from Bucharest, Romania. Individual did not know the name of the owner, but was told the owner knows little of Romania and speaks no Romanian.

FD-302 (Rev. 10-6-95)

- 1 -

### FEDERAL BUREAU OF INVESTIGATION

Date of transcription  11/29/2001

On November 26, 2001, Individual, who is in a position to testify, provided the following information:

When in Seattle, Gheorghe Stefanis made several phone calls from his cellular telephone and from a hotel room.  The calls were directed to members of cells working for Ion (Last Name Unknown) (LNU).  The telephone number dialed from the hotel room is 425-█████████.  Individual believes this is the contact telephone number for Ion LNU.

One member of the cell is referred to as "Godfather," who is about 50 years old and on probation for 40 years.  "Godfather" is not allowed to travel outside of Washington state, but will drive to Las Vegas.  "Godfather" has his personal vehicle registered to another person or under a different name.  Individual believes the vehicle and/or property owned by "Godfather" may be under the names of Georghe Stefanis or Petru Antochi.

Ion LNU's girlfriend, possibly wife, is a runner working for Ion LNU.  The other female who traveled with Ion LNU and Luisa LNU is a Romanian national, on probation out of New York, for credit card related offenses.  This unknown female has a "green card" and may be a resident alien.  She is on a "vacation" from New York residing in Seattle under Ion LNU's watch, as she is not allowed to deal with stolen credit cards.

Ion LNU sells credit card information to Gheorghe Toma.  Toma's wife is a United States citizen, and used to be a runner for Ion LNU.

Ion LNU has a network of contacts, and traveled with Badode (Mihail Calin) to Chicago, arranging Badode's purchase of a green card.

Ion LNU recruits young Romanian men to work as cell leaders.  Ion LNU does not deal directly with runners, except for those close to him.  Ion LNU is very cautious, and highly suspect of non-Romanians.  Ion LNU trained Badode, Petre LNU, Sorin LNU, and Usebu LNU (Sebe) as cell leaders, all of whom relocated to Las Vegas and started cells under their own leadership.

---

Investigation on  11/26/2001  at  Las Vegas, Nevada

File # ████████████████████████          Date dictated  Not Dictated

by  SA Mark A. Pinto:map

This document contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

CIMS
Date  12/11/01

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of __Individual_____, On _11/26/2001_, Page __2__

     Individual contacted a runner, Romeo LNU, who works for
Petre, at telephone number 702-████████.   Petre LNU stole the
software program and several credit cards from Ion LNU.   Petre
LNU became greedy, and has expanded from leader of a runner cell
for Ion LNU to a producer of false identification, and has two or
three teams working for him.   The teams may live in other cities,
which indicates his teams are credit card thieves.

     It is only rumor, but Individual was told that Petre
LNU met with the owner of the Palms Casino, who father is from
Cryova, Romania, and mother is from Bucharest, Romania.
Individual did not know the name of the owner, but was told the
owner knows little of Romania and speaks no Romanian.

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription  11/20/2001

On November 20, 2001, Individual, who is in a position
to testify, provided the following information:

Ion LNU (Last Name Unknown) is a Team Leader,
controlling three or four cells of credit card thieves in or
around Seattle, Washington.  Gheorghe Stefanis is being groomed
as a cell leader and is regularly traveling to Seattle from his
home in Las Vegas to learn the trade.  Stefanis is a lower level
member of the organization, and plans to break away from Ion LNU
and start his own team in Las Vegas.

Stefanis is familiar with prostitutes working out of
the Hard Rock Cafe.  Stefanis met and employed the prostitutes,
identified only by their vehicle, a Pontiac Grand Am bearing
Nevada license plate ██████████.

---

Investigation on  11/20/2001      at  Las Vegas, Nevada

File # ████████████████████                   Date dictated  Not Dictated

by  SA Mark A. Pinto:map

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription  11/20/2001

On November 20, 2001, Individual, who is in a position
to testify, provided the following information:

Ion LNU (Last Name Unknown) is a Team Leader,
controlling three or four cells of credit card thieves in or
around Seattle, Washington.  Gheorghe Stefanis is being groomed
as a cell leader and is regularly traveling to Seattle from his
home in Las Vegas to learn the trade.  Stefanis is a lower level
member of the organization, and plans to break away from Ion LNU
and start his own team in Las Vegas.

Stefanis is familiar with prostitutes working out of
the Hard Rock Cafe.  Stefanis met and employed the prostitutes,
identified only by their vehicle, a Pontiac Grand Am bearing
Nevada license plate ███████.

---

Investigation on  11/20/2001   at  Las Vegas, Nevada

File # ███████████████████████;                    Date dictated  Not Dictated

by   SA Mark A. Pinto:map

This document contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

0182

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription     10/23/2001

    On October 12, 2001, Source, who is in a position to testify, provided the following information:

    A Romanian Organized Crime Group operates throughout the United States, with cells located in a number of major metropolitan areas.  On occasion, they will work with persons from other ethnic groups, including Armenians and Yugoslavians, but usually in the capacity as "runners."  The groups that steal credit cards are located in Seattle, New York, Los Angeles, San Diego, and Denver.

    Upon theft of the credit cards, a leader of the group will call their point of contact in Las Vegas to have false identification generated.  Persons from the group stealing the credit cards will bring the credit cards to Las Vegas on the first available flight.  The runners, usually not the persons from the group who stole the credit cards, will go to the casinos and get cash from casino credit machines.  The runners are accompanied by an enforcer.  Cells of runners are based in Las Vegas.  The money is usually split in the following manner: 50% to those who steal the cards, 25% for the identification, 25% to 40% for the runners group.  Percentage for the producers of the identification will vary, as some identification is prone to discovery.  If the producer of the identification takes a lesser cut, the runners take a greater cut due to the greater risk.  Some producers of the identification have recently offered to produce the identification for a flat fee.  If risk is considered too great, other ethnic groups may be used as runners. Recently, runners have turned down opportunities, even at 40% profit, due to the risk.

    In Seattle, a Romanian male known to Source as Ion LNU (Last Name Unknown), controls a cell of thieves.  Ion LNU is a realtor and operates a convalescent home.  Ion LNU is involved with the petroleum business (reference made to "Ataceri Petrol"). Ion LNU travels back to Romania every two to three weeks. Seattle has been using a Macedonian male who generates the identification with a laptop computer and special software. Source advised that this Romanian cell has connections with a strong Russian group in Seattle.  The Russians operate an adult entertainment business and use that business to launder money.

---

Investigation on   10/12/2001   at  Las Vegas, Nevada

File #  ████████████████████████          Date dictated   Not Dictated

by   SA Mark A. Pinto:map

This document contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

██████████████████████

Continuation of FD-302 of ___Source_____, On _10/12/2001_ , Page _2_

Ion LNU may be the connection to the Russian group, stating they have traveled to Chicago to arrange immigration papers.

In New York, a Romanian female known only as Anca is the connection to the Yugoslavian cell. Anca is 22 to 23 years old, and deals in stolen credit cards and drugs. Anca married a male from India as a way to obtain immigration status. Anca associates with Vidoc (a nickname), and appears to be his girlfriend, and Gulif (Gulea) (a nickname). In a single evening, Vidoc was able to obtain $65,000 using stolen credit cards in Las Vegas. Vidoc always uses false drivers licenses and false social security cards. The New York cell has contacts with a security supervisor at one of the casinos to advise of any unusual law enforcement inquires or activity.

Vidoc, Anca, and Gulif met with Dan "Talpa" (a nickname), who generates false Florida State identification. "Talpa" has the machines to make the identification. "Talpa" resides in Las Vegas, and was driving a gold vehicle, Nevada license plate ████████. "Talpa" came to the United States on a false Italian passport.

In Las Vegas, George Stefanis is known for making false identification. After generating the identification, Stefanis will use the telephone to contact his "team" of runners. Stefanis uses a prepay cellular telephone, paying for them with a credit card.

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription    10/23/2001

On October 12, 2001, Source, who is in a position to testify, provided the following information:

A Romanian Organized Crime Group operates throughout the United States, with cells located in a number of major metropolitan areas.  On occasion, they will work with persons from other ethnic groups, including Armenians and Yugoslavians, but usually in the capacity as "runners."  The groups that steal credit cards are located in Seattle, New York, Los Angeles, San Diego, and Denver.

Upon theft of the credit cards, a leader of the group will call their point of contact in Las Vegas to have false identification generated.  Persons from the group stealing the credit cards will bring the credit cards to Las Vegas on the first available flight.  The runners, usually not the persons from the group who stole the credit cards, will go to the casinos and get cash from casino credit machines.  The runners are accompanied by an enforcer.  Cells of runners are based in Las Vegas.  The money is usually split in the following manner: 50% to those who steal the cards, 25% for the identification, 25% to 40% for the runners group.  Percentage for the producers of the identification will vary, as some identification is prone to discovery.  If the producer of the identification takes a lesser cut, the runners take a greater cut due to the greater risk.  Some producers of the identification have recently offered to produce the identification for a flat fee.  If risk is considered too great, other ethnic groups may be used as runners.  Recently, runners have turned down opportunities, even at 40% profit, due to the risk.

In Seattle, a Romanian male known to Source as Ion LNU (Last Name Unknown), controls a cell of thieves.  Ion LNU is a realtor and operates a convalescent home.  Ion LNU is involved with the petroleum business (reference made to "Ataceri Petrol").  Ion LNU travels back to Romania every two to three weeks.  Seattle has been using a Macedonian male who generates the identification with a laptop computer and special software.  Source advised that this Romanian cell has connections with a strong Russian group in Seattle.  The Russians operate an adult entertainment business and use that business to launder money.

---

Investigation on   10/12/2001   at  Las Vegas, Nevada

File # ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                Date dictated  Not Dictated

by   SA Mark A. Pinto:map

RECEIVED
NOV 1 4 2001
BY: CIMS

This document contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

████████████████████████

Continuation of FD-302 of ___Source_____ , On _10/12/2001_ , Page __2__

Ion LNU may be the connection to the Russian group, stating they have traveled to Chicago to arrange immigration papers.

In New York, a Romanian female known only as Anca is the connection to the Yugoslavian cell.  Anca is 22 to 23 years old, and deals in stolen credit cards and drugs.  Anca married a male from India as a way to obtain immigration status.  Anca associates with Vidoc (a nickname), and appears to be his girlfriend, and Gulif (Gulea) (a nickname).  In a single evening, Vidoc was able to obtain $65,000 using stolen credit cards in Las Vegas.  Vidoc always uses false drivers licenses and false social security cards.  The New York cell has contacts with a security supervisor at one of the casinos to advise of any unusual law enforcement inquires or activity.

Vidoc, Anca, and Gulif met with Dan "Talpa" (a nickname), who generates false Florida State identification. "Talpa" has the machines to make the identification.  "Talpa" resides in Las Vegas, and was driving a gold vehicle, Nevada license plate ██████.  "Talpa" came to the United States on a false Italian passport.

In Las Vegas, George Stefanis is known for making false identification.  After generating the identification, Stefanis will use the telephone to contact his "team" of runners. Stefanis uses a prepay cellular telephone, paying for them with a credit card.

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription 10/23/2001

Sources, who are in positions to testify, provided the following information:

Eduard Ionut Andronescu, also known as (aka) Mihail Calin, and Badode, has recently purchased a brand new BMW vehicle and placed $20,000 as a cash down payment.

Every Friday a group consisting of individuals across the United States, meet in Las Vegas. Each person that is a member of this group has approximately four stolen credit cards and require false identifications so that they can go to the casinos over the weekend to max out these cards. This group is large enough that they are stealing money from approximately 100 cards per week.

The Seattle, Washington area has a large community of Romanian individuals who are involved in this credit card fraud and with the importation and distribution of illegal narcotics. The Seattle group has one person who is located in Las Vegas who runs the stolen credit cards through the casinos in Las Vegas.

This Romanian organized criminal group has compromised an Immigration and Naturalization Service employee in the Chicago area who provides members of this group with green cards for the fee of $25 per card.

Gheorghes Stefanis, ███████████████████████████ Las Vegas, Nevada 89109, telephone number 702-███████ Social Security Account Number 769██████, is a member of this Romanian organized criminal group. Another member of this group drives a red Ford Expedition with California license plates of ██████.

This group is also involved with hiding various guns and automatic weapons in vehicles which are exported to Romania from the United States. These weapons are purchased in the Las Vegas area by members of this group. They also send gang members from Los Angeles and Las Vegas to Romania to deal with various situations in Romania which may require the use of violence.

---

Investigation on  09/26/2001  at Las Vegas, Nevada

File # ████████████; ██████████████        Date dictated  10/02/2001

    SA Mark A. Pinto
by   SA Robert L. Clymer:el

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

██████████████████████████

Continuation of FD-302 of  Source                                                                , On 09/26/2001 , Page   2

     Merisoreanu Croitoru, aka Raluca, is another member of this Romanian organized criminal group.  She obtains money from fraudulent credit card transactions and reinvests this money in illegal narcotics, such as Ecstasy and Cocaine which are later sold for even larger profits.  The story which is associated with Raluca is that she obtained $130,000 in one night from one debit card, approximately 1½ months ago, in Las Vegas, Nevada.  Raluca is now in Canada on vacation.

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription  10/23/2001

Sources, who are in positions to testify, provided the following information:

Eduard Ionut Andronescu, also known as (aka) Mihail Calin, and Badode, has recently purchased a brand new BMW vehicle and placed $20,000 as a cash down payment.

Every Friday a group consisting of individuals across the United States, meet in Las Vegas. Each person that is a member of this group has approximately four stolen credit cards and require false identifications so that they can go to the casinos over the weekend to max out these cards. This group is large enough that they are stealing money from approximately 100 cards per week.

The Seattle, Washington area has a large community of Romanian individuals who are involved in this credit card fraud and with the importation and distribution of illegal narcotics. The Seattle group has one person who is located in Las Vegas who runs the stolen credit cards through the casinos in Las Vegas.

This Romanian organized criminal group has compromised an Immigration and Naturalization Service employee in the Chicago area who provides members of this group with green cards for the fee of $25 per card.

Gheorghes Stefanis, ███████████████████████████████, Las Vegas, Nevada 89109, telephone number 702-███████, Social Security Account Number 769-███████, is a member of this Romanian organized criminal group. Another member of this group drives a red Ford Expedition with California license plates of ███████.

This group is also involved with hiding various guns and automatic weapons in vehicles which are exported to Romania from the United States. These weapons are purchased in the Las Vegas area by members of this group. They also send gang members from Los Angeles and Las Vegas to Romania to deal with various situations in Romania which may require the use of violence.

---

Investigation on  09/26/2001      at Las Vegas, Nevada

File # ████████████████████████████         Date dictated  10/02/2001

by  SA Mark A. Pinto
    SA Robert L. Clymer:elTMS

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

G000189

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of __Source_____, On _09/26/2001_, Page __2__

      Merisoreanu Croitoru, aka Raluca, is another member of this Romanian organized criminal group.  She obtains money from fraudulent credit card transactions and reinvests this money in illegal narcotics, such as Ecstasy and Cocaine which are later sold for even larger profits.  The story which is associated with Raluca is that she obtained $130,000 in one night from one debit card, approximately 1½ months ago, in Las Vegas, Nevada.  Raluca is now in Canada on vacation.

FD-209 (Rev. 11-12-93)

# Memorandum



To      :  SAC  Las Vegas  (▮▮▮▮▮▮▮▮) (P)         Date    9/7/01

From    :  SA   Robert L. Clymer

Subject :  ▮▮▮▮▮▮▮▮▮▮

---

Dates of Contact
    09/05/2001

File #s on which contacted (Use Titles if File #s not available)
▮▮▮▮▮▮▮▮▮▮

---

Purpose and results of contact

☐ NEGATIVE
☒ POSITIVE
☒ STATISTIC

Description of
Statistical Accomplishment

| Title of Case | File No. |
|---|---|

Four Subjects
Identified
2(a)

▮▮▮▮▮▮▮▮▮▮▮▮

---

Information contained herein was obtained confidentially. The informant's name is not to be disclosed in any form unless a conscious decision has been made to disclose his/her identity by an appropriate FBI official.

PERSONAL DATA

---

1-
▮▮▮▮▮▮▮▮   Sub A
1-
▮▮▮   Sub B
Init. RLC:rlc
(3)



CIMS
Date 9|13|01
***see reverse side for statistics***

FG000101

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription   09/07/2001

          Sources, who are in positions to testify, provided the
following information:

          Eduard Ionut Andronescu's, also known as (a.k.a.)
Mihail Calin, and Badode, new telephone number is (702) ▮▮▮▮▮▮.
Andronescu is the leader of a cell of Romanians involved in
credit card fraud in which they steal approximately $50,000 each
week.  Andronescu pays an unknown individual 20 to 25 percent of
the proceeds of the credit card fraud for providing the group
with false identification documents.  The documents consist of
Nevada, Florida, or Utah driver's licenses.

          This group frequents gyms across the Nation and steals
credit cards out of the lockers.  However, they only take one
card from each victim in an effort to minimize the chance of the
victim realizing that his credit card has been stolen.  This
group works in teams of two when stealing the credit cards.
After stealing 25 to 30 credit cards, each team travels to
Las Vegas, Nevada to charge the credit card up to it's maximum
credit limit.  They go into the casinos, with false
identification documents provided by Andronescu's connection, and
obtain casino cash at the cashier's cages.  The majority of this
group owns property in the Washington D.C. area and Las Vegas,
Nevada.

          Andronescu's group is working on a process which will
allow them to "clone" the credit cards.  Using this method, they
will be able to duplicate the victim's credit card while leaving
the original credit card in the victim's wallet.

          Sources were shown photographs of Georgiana Viorica
Muresan and Grigore Muresan, who they positively identified.
Muresan is married to Muresan's son.  His son is employed as a
dealer in a Las Vegas casino.  However, Muresan lives with
Andronescu.  Muresan is currently unemployed but used to work as
a topless dancer in a Las Vegas strip club.

          Andronescu recently established an outcall business
under the name of Calin Mihail.  His business partner is Toma
Gheorghe.  Gheorghe is approximately 41 years old and acts as
Andronescu's bodyguard.  Gheorghe has professional boxing

Investigation on   09/05/2001   at   Las Vegas, Nevada

File # ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ;   ▮▮▮▮▮▮▮▮▮▮   Date dictated   09/07/2001

by   SA Mark A. Pinto
     SA Robert L. Clymer:rlc

CIMS
Date   11301

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of ███████████████████ , On 09/05/2001 , Page 2

experience and the reputation of being a dangerous man. Gheorghe owns property in Maryland, Virginia and drives a black Ford Expedition with Maryland license plates. His wife drives a black Ford Mustang with Maryland license plates and acts as one of the "runners" whose responsibility it is to go to the casinos and obtain cash from the stolen credit cards. Approximately one month ago she was arrested for her participation in this fraud.

Each member of this criminal organization has numerous sets of false identification documents. They use their false identities to purchase real estate and expensive vehicles. For example, one member may have four sets of false identification documents. Using the proceeds from his/her involvement in the credit card fraud, this member will purchase a house under each false identity. This one member will own four houses, one in each of his/her false names. After two or three years, they sell their property and keep the proceeds, making their money appear to be from the profit made from the sale of the real estate. Sources explained that in this manner the money looks "legal."

Daniel Bira is the leader of another cell of Romanians involved in credit card fraud. Bira is considered to be the best "signer" in the business. Bira can max out 50 credit cards a night in Las Vegas, Nevada. Bira has his own crew who either steal the credit card numbers or use the stolen credit cards in the casinos to obtain cash. Bira provides "skimmers" to individuals who are employed in Las Vegas hotels and businesses. These people obtain consumer credit cards and swipe them through the skimmer thereby obtaining the information stored on the magnetic strip of the credit card. Bira pays $100 for each credit card number stolen. Bira owns two houses in Las Vegas, Nevada.

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription  08/29/2001

    Sources, who are in positions to testify, provided the following information:

    Eduard Ionut Andronescu is the true name of Mihail Calin.  Andronescu is approximately 25 to 27 years old.  When he was 20 years old, he left Romania and eventually came into the United States illegally under the false name of Mihail Calin. Andronescu makes a lot of money in credit card fraud.  He invests his illegal credit card fraud proceeds in other illegal activities, such as counterfeit money and drugs.

    Andronescu was too young when he left Romania to have made any valuable/strong connections with corrupt government officials, however, he is extremely smart and is able to use the connections of others with whom he associates in furtherance of his illegal endeavors.  Andronescu's bodyguard is approximately 41 years old and has the connection in Romania to obtain counterfeit United States currency.  Sources do not know Andronescu's bodyguard's name, however, they do know that he lives in Las Vegas, Nevada and is married to a United States citizen.

    Andronescu lives with Georgina Last Name Unknown (LNU).

---

Investigation on   08/29/2001   at  Las Vegas, Nevada

File #                                                                        Date dictated   08/29/2001

by   SA Matthew A. Mohr
     SA Robert L. Clymer:rlc

CIMS

This document contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

EG000194

FD-209 (Rev. 11-12-93)

# Memorandum



To      :  SAC Las Vegas ( ████████████ ) (P)       Date    8/29/01

From    :  SA  Robert L. Clymer

Subject :  ████████████

---

Dates of Contact
08/29/2001

File #s on which contacted (Use Titles if File #s not available)
████████████

---

Purpose and results of contact

☐ NEGATIVE
☒ POSITIVE
☒ STATISTIC

Description of.
**Statistical Accomplishment**                 **Title of Case**                      **File No.**

One Subject Identified
2(a)

---

**Information contained herein was obtained confidentially. The informant's name is not to be disclosed in any form unless a conscious decision has been made to disclose his/her identity by an appropriate FBI official.**

**PERSONAL DATA**

1 - ████████████
1 - ████████████ Sub A
1 - ████████ Sub B
Init. RLC/rlc
(3)

CIMS

Date 9/6/01

***See reverse side for statistics***

EG000195

FD-209 (Rev. 11-12-93)

# Memorandum



To     :  SAC  SAC Las Vegas  ( ██████████ ) (P)     Date     8/20/01

From   :  SA  Robert L. Clymer

Subject :  ████████████

---

**Dates of Contact**
08/18/2001

**File #s on which contacted (Use Titles if File #s not available)**

████████████

---

**Purpose and results of contact**

☐ NEGATIVE
☒ POSITIVE
☒ STATISTIC

**Description of**
**Statistical Accomplishment**               **Title of Case**               **File No.**

One Subject Identified       ████████████████████████████
2(a)                         ████████████████████████████
                             ████████████████████████████

Information contained herein was obtained confidentially. The informant's name is not to be disclosed in any form unless a conscious decision has been made to disclose his/her identity by an appropriate FBI official.

**PERSONAL DATA**

1-
1- ████████████        Sub A
1-           Sub B
Init. RLC/rlc
(3)

CIMS

Date ████████████  ***see reverse side for statistics***

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription  08/20/2001

Sources, who are in positions to testify, provided the following information:

Mihail Calin, also known as Marian Calin, Badode, Edy, and Eduard, ████████████████, Las Vegas, Nevada, home telephone number (702) ███████, cellular telephone number (702) ███████ and (702) ██████, is an associate of John Badea.  Calin drives a BMW 735i with Nevada license plate ███████.

Calin uses false passports to obtain legitimate driver's licenses at the Nevada Department of Motor Vehicles (NV-DMV).  He is able to obtain these passports from Mexico and other foreign countries.  These passports bear his photograph with varying identifying data.  Calin then uses the passports to obtain a social security number from the Social Security Administration office.  Armed with a false passport and a social security number, Calin is able to go to a NV-DMV office and obtain a driver's license.  Sources believe that Calin's true identity remains unknown in the United States and that he is residing in the United States illegally.

Once Calin has a valid Nevada Driver's license he is able to apply for lines of credit with various credit card companies.  Sources stated that Calin is able to obtain $50,000 daily in fraudulent credit card transactions.  Calin uses the proceeds from his fraudulent credit card transactions to invest in other illegal activities, such as purchasing drugs.

Calin learned his trade from Badea and may still pay Badea a portion of his illegal proceeds.  Calin has developed a network of close associates who perform the actual transactions for him.  Calin no longer needs to go to the casinos and obtain casino cash from the credit cards.  He has other individuals in his group to conduct these activities.  Calin is the leader of this Romanian criminal organization.

Investigation on  08/18/2001  at Las Vegas, Nevada

File # ████████  ████████████  Date dictated  08/20/2001

by  SA Matthew A. Mohr
    SA Robert L. Clymer:rlc

This document contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

197

FD-209 (Rev. 11-12-93)

# Memorandum



To    :  SAC  Las Vegas  (███████████████)  (P)      Date    7/22/01

From  :  SA   Robert L. Clymer

Subject :  ████████████████

| Dates of Contact |
|---|
| 06/08/2001 |

File #s on which contacted (Use Titles if File #s not available)

████████████████

Purpose and results of contact

☐ NEGATIVE
☒ POSITIVE
☒ STATISTIC

**Description of**
**Statistical Accomplishment**          **Title of Case**                    **File No.**

One Subject Identified
2(a)

One Investigative
Matter Initiated
3(a)



**Information contained herein was obtained confidentially. The informant's name is not to be disclosed in any form unless a conscious decision has been made to disclose his/her identity by an appropriate FBI official.**

PERSONAL DATA


1-
1-         Sub A
1-         Sub B
Init.RLC/rlc
(3)

***see reverse side for statistics***

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription 06/11/2001

Source, who is in a position to testify, provided the following information:

John Badea was born in Romania and is the leader of an organized group of Romanians who are involved in green card fraud, credit card fraud, distribution of narcotics - ecstasy, and prostitution. Badea frequently travels to Miami, Florida to obtain ecstasy for distribution in the Las Vegas area. He frequents the Crazy Horse II topless club in Las Vegas, Nevada, and spends between $7,00.00 to $8,000.00 per night.

Badea operates a crew of underlings who seek his permission and guidance conduct their criminal activities. Badea receives a commission from each of the participants in this criminal activity. Unknown subject, a.k.a., Badode, is one of Badea's criminal associates. Badode travels from Las Vegas, Nevada, to Las Angeles, California, 3 to 4 times weekly. Badode has compromised an Immigration and Naturalization Service (INS) agent stationed in Las Angeles, California, who assists this group by obtaining fake green cards for the members of the organization.

<u>Administrative</u>:

**Descriptive Data:**



|  |  |
|---|---|
| <u>Main Subject</u> | |
| Name - | |
|   Last: | Badea |
|   First: | John |
| Race: | W |
| Sex: | M |
| DOB: | 1951 |
| DOB: | 1951 |
| DOB: | 1950 |
| POB: | Romania |
| INS: | |
| LPN: | CS# 090 |
| SOC: | 090- |
| SOC: | 090- |

RECEIVED
JUL 2 3 2001
BY: CIMS

Investigation on  06/08/2001  at  Las Vegas, Nevada

File #

Date dictated  06/11/2001

by  SA Matthew A. Mohr
SA Robert L. Clymer:rlc

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

███████████████████████████

Continuation of FD-302 of ███████████████    On 06/08/2001    , Page    2

```
Alias (es) :
     Last:                      Brenner
     First:                     David
     Last:                      Victor
     First:                     Bruno
     Last:                      Rivera
     First:                     Jack
     Last:                      Ivanovich
     First:                     Nick
     Last:                      Doris
     First:                     Marcello
     Last:                      Badea
     First:                     Ion
     Last:                      Darius
     First:                     Marcadlo
Address -
     House #:                   ████████████
     Street Name:
     City:                      Las Vegas
     State:                     Nevada
     Postal Code:               89106

Main Subject
     Name -
          Last:                 Unknown
          First:                Unknown
     Race:                      W
     Sex:                       M
     POB:                       Romania
     Alias (es) :
          First:                Badode
```