# EXHIBIT P

```
   G5nngeo5                    Georgescu - Direct
1  repeat in front of you.  Those words, those words save lives.
2  This was my achievement.
3  Q.  Did you mean what you said about Americans?
4  A.  Never, never.  It was just simple, simple words from this
5  mouth.  Nothing else.  Not in the mind, not in the heart.
6  Q.  Sorry?
7  A.  Not in my mind, not in my heart, never.
8  Q.  As you testified earlier, Vintila is a very smart man,
9  right?
10 A.  Yes, he's educated.  But he is a very tough person.  He has
11 zero tolerance.
12 Q.  What do you mean by zero tolerance?
13 A.  Zero tolerance, you make a mistake, in Romania it is a
14 tradition.  You make a mistake they put you in the ground
15 alive, and you die over there, they don't shoot you, they don't
16 stab you with a knife, they put you over there.  You cannot
17 make a mistake with him.
18 Q.  What happened after your arrest in Montenegro?  How were
19 you treated?
20          MR. GRAFF:  Objection.
21          THE COURT:  Sustained.
22 Q.  Did you think that Vintila is a connected man in
23 Montenegro?
24 A.  He knows people and also Massimo -- actually Wintermeyer,
25 which is Massimo's connection in Germany.
```