# EXHIBIT S

# Bureau of Prisons
## Health Services
### Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | GEORGESCU, FLAVIU VIRGIL | | | Reg #: |
| Date of Birth: | ▇▇▇/1972 | Sex: M  Race: WHITE | | Facility: BRO |
| Encounter Date: | 08/11/2016 15:12 | Provider: Bialor, Bruce MD | | Unit: J02 |

Chronic Care - 14 Day Physician Eval encounter performed at Health Services.

**SUBJECTIVE:**

  **COMPLAINT 1**     **Provider:** Bialor, Bruce MD

  **Chief Complaint:** ENDO/LIPID

  **Subjective:** 44-yo male, Romanian-born, English-speaking; awaiting sentencing. Has been at MCC for the last 18 months, and has been F/U'g with Neurology and Endocrinology at KJMC.

  Gives hx of osteoporosis Dx'd at age 32; no hx of ETOH, drugs, or smoking. Reports T-score at the time of Dx was -3. Was tried on Fosamax for 1 year, but has been told (by Doc in the streets) he shouldn't take this class of medication any more. Also states T-score improved drastically in the streets with a special Ca supplement (non-formulary in the BOP), Vit D3, and Vit K. BMD 7/13/15 showed T= -2.3 Lumbar Spine, and T= -1.4 Left Hip; consistent with Osteopenia.

  Last saw Neurology 7/5/16; 3-month F/U requested. Has C5-C6 disk herniation as of 11/2015 MRI, but no root compression or SStenosis. Also being F/U'd for what he describes as "spots on the brain", along with memory problems. As of 6/2/16 Brain MRI, has subcortical WMatter lesions that are nonspecific; severity described as mild, and unchanged from 2015 MRI. Records of 7/5 Neuro visit aren't available at this time, but pt's inquiring about getting PET Scan and ApoE4 testing; EEG has been requested.

  Also with hx of hyperlipidemia. Was treated in the streets with Krill Oil.

  Hx of Reynaud's phenomenon.

  Has (+)PPD, but received BCG vaccine in childhood. No sx's of TB. Also gives hx of HBV exposure.

  Requesting nasal spray for allergy sx's.

  Not taking either Depakote or Pravachol. Still taking ECASA, PO B12, and Vit D supplement.

  **Pain:** No

Seen for clinic(s): Endocrine/Lipid, Infectious Disease, Neurology

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 08/11/2016 | 15:12 BRO | 97.7 | 36.5 | Oral | Bialor, Bruce MD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/11/2016 | 15:12 BRO | 60 | Radial | Regular | Bialor, Bruce MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 08/11/2016 | 15:12 BRO | 20 | Bialor, Bruce MD |

**Blood Pressure:**

| Inmate Name: | GEORGESCU, FLAVIU VIRGIL | | | | | Reg #: | |
|---|---|---|---|---|---|---|---|
| Date of Birth: | /1972 | | Sex: M | Race: WHITE | | Facility: | BRO |
| Encounter Date: | 08/11/2016 15:12 | | Provider: | Bialor, Bruce MD | | Unit: | J02 |

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 08/11/2016 | 15:12 BRO | 114/77 | Right Arm | Sitting | Adult-regular | Bialor, Bruce MD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 08/11/2016 | 15:12 BRO | 100 | Room Air | Bialor, Bruce MD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 08/11/2016 | 15:12 BRO | 174.0 | 78.9 | | Bialor, Bruce MD |

**Exam:**

**Diagnostics**
  **Laboratory**
    Yes: Results
  **Radiology**
    Yes: Results

**General**
  **Affect**
    Yes: Pleasant, Cooperative

**Pulmonary**
  **Auscultation**
    Yes: Clear to Auscultation

**Cardiovascular**
  **Auscultation**
    Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2
    No: M/R/G

**ROS comments**
  As per HPI.
  Asking to see Optometrist.

**Exam comments**
  Reviewed multiple Lab and Radiology reports.

**ASSESSMENT:**

LTBI Pending Tx Eval, P795.5 - Current - *Received BCG; asymptomatic.*

Osteoporosis, unspecified, 733.00 - Current

Other and unspec disc disorder, cervical region, 722.91 - Current

Other and unspecified hyperlipidemia, 272.4 - Current - *Update lipid levels, then reevaluate.*

Other conditions of brain, 348.89 - Current - *Neurology evaluation is still in progress. Need records of most recent Neuro visit.*

Chronic rhinitis, J310 - Current - *Start Nasonex.*

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | | | |

| Inmate Name: | GEORGESCU, FLAVIU VIRGIL | | | | Reg #: | |
|---|---|---|---|---|---|---|
| Date of Birth: | /1972 | Sex: | M | Race: WHITE | Facility: | BRO |
| Encounter Date: | 08/11/2016 15:12 | Provider: | Bialor, Bruce MD | | Unit: | J02 |

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Mometasone Furoate Nasal | 08/11/2016 15:12 | 2 sprays Per Nostril - daily x 180 day(s) |

Indication: Chronic rhinitis

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 289266-BRO | Aspirin 81 MG EC Tab | 08/11/2016 15:12 | Take one tablet (81 MG) by mouth each day with food x 365 day(s) |

Indication: Other and unspecified hyperlipidemia

| | | | |
|---|---|---|---|
| 289267-BRO | Cyanocobalamin 100 MCG Tab | 08/11/2016 15:12 | Take one tablet (100 MCG) by mouth each day x 180 day(s) |

Indication: Other conditions of brain, Osteoporosis, unspecified

| | | | |
|---|---|---|---|
| 289270-BRO | Vitamin D (Cholecalciferol) 50,000 UNIT Cap | 08/11/2016 15:12 | Take one capsule (50000 UNIT) by mouth every 4 weeks x 180 day(s) |

Indication: Osteoporosis, unspecified

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 289268-BRO | Divalproex ER 24 Hour Tab 250 MG | 08/11/2016 15:12 | Take one tablet (250 MG) by mouth each day ***self carry*** for pain |

Discontinue Type: Immediate
Discontinue Reason: status change
Indication:

| | | | |
|---|---|---|---|
| 289269-BRO | Pravastatin 10 MG Tab | 08/11/2016 15:12 | Take one tablet (10 MG) by mouth at bedtime for control of cholesterol ***NOTE DOSE and STRENGTH*** |

Discontinue Type: Immediate
Discontinue Reason: status change
Indication:

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-Lipid Profile | One Time | 08/12/2016 00:00 | Routine |

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Optometry Exam | 08/29/2016 00:00 | Optometrist |
| Routine exam, per pt's request. | | |
| Follow-up | 09/12/2016 00:00 | Physician 02 |
| 1-month F/U. | | |

**Disposition:**

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed
Return Immediately if Condition Worsens

| | |
|---|---|
| Inmate Name: GEORGESCU, FLAVIU VIRGIL | Reg #: |
| Date of Birth: ▮▮/1972 | Sex: M   Race: WHITE   Facility: BRO |
| Encounter Date: 08/11/2016 15:12 | Provider: Bialor, Bruce MD   Unit: J02 |

**Other:**

Renewed Medical Duty Status form.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/11/2016 | Counseling | Medication Side Effects | Bialor, Bruce | Verbalizes Understanding |
| 08/11/2016 | Counseling | New Medication | Bialor, Bruce | Verbalizes Understanding |

**Copay Required:** No        **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Bialor, Bruce MD on 08/11/2016 18:39