# EXHIBIT T

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: GEORGESCU, FLAVIU VIRGIL | | Reg #: | |
| Date of Birth: ▓▓/1972 | Sex: M  Race: WHITE | Facility: BRO | |
| Encounter Date: 08/18/2016 09:38 | Provider: Bialor, Bruce MD | Unit: J02 | |

Physician - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**  Provider: Bialor, Bruce MD

**Chief Complaint:** NEUROLOGY

**Subjective:** Was taken to ER 8/15, because of LUE, LLE, and L facial numbness and weakness, starting around 1030. Had extensive W/U for stroke, including CT's, MRI's and MRA's, all of which showed no acute stroke or stenoses. MRI did show scattered foci of T2 prolongation in supratentorial brain plus brainstem, which are nonspecific.

Sx's from 8/15 resolved within 2 days. Had similar episode on R side in 2010, in Romania. That's when the lesions in the brain were 1st discovered; 6 on the R side; 5 in the back. 2010 episode resolved in 4 days.

Has trouble with learning new things. Has trouble writing in English, and states that English-language skills have declined, over the last 6 yrs. Sporadically misplaces items, though not every day. Has trouble with balance when 1st getting OOB in AM, and sporadically veers to his L while walking. When going upstairs, has to lean forward to keep himself from falling backwards.

Took Fosamax X 1 yr.; BMD did not improve. Was advised to not take it because of risk of esoph CA. 7/21/15 BMD showed T=-2.5 in L-Spine, and -1.2 in L Hip.

**Pain:** No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 08/18/2016 | 09:38 BRO | 97.6 | 36.4 | Oral | Bialor, Bruce MD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/18/2016 | 09:38 BRO | 64 | Radial | Regular | Bialor, Bruce MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 08/18/2016 | 09:38 BRO | 20 | Bialor, Bruce MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 08/18/2016 | 09:38 BRO | 109/74 | Right Arm | Sitting | Adult-regular | Bialor, Bruce MD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 08/18/2016 | 09:38 BRO | 98 | Room Air | Bialor, Bruce MD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 08/18/2016 | 09:38 BRO | 174.0 | 78.9 | | Bialor, Bruce MD |

**Exam:**

| | | |
|---|---|---|
| Inmate Name: GEORGESCU, FLAVIU VIRGIL | | Reg #: |
| Date of Birth: /1972 | Sex: M   Race: WHITE | Facility: BRO |
| Encounter Date: 08/18/2016 09:38 | Provider: Bialor, Bruce MD | Unit: J02 |

**Exam:**
  **Diagnostics**
    **Laboratory**
      Yes: Results
    **Radiology**
      Yes: Results
  **General**
    **Affect**
      Yes: Pleasant, Cooperative
    **Appearance**
      Yes: Appears Well
      No: Appears Distressed
    **Nutrition**
      Yes: Within Normal Limits
  **Head**
    **General**
      Yes: Atraumatic/Normocephalic
      No: Facial Asymmetry
  **Eyes**
    **General**
      Yes: PERRLA, Extraocular Movements Intact
    **Conjunctiva and Sclera**
      No: Conjunctival Injection, Diffuse Redness, Discharge, Icteric
  **Nose**
    **General**
      Yes: Nares Patent
      No: Mucoid Discharge, Purulent Discharge, Clear Discharge
  **Mouth**
    **Mucosa**
      No: Ulceration(s), Erythema, White Plaques, Dryness
    **Pharynx**
      Yes: Uvula Midline
      No: Tonsilar Exudate, Erythema, Tonsilar Hypertrophy
  **Neck**
    **General**
      Yes: Supple, Symmetric
      No: Growth/Mass(es), Lymphadenopathy
    **Thyroid**
      No: Diffuse Enlargement, Nodule, Tenderness
  **Pulmonary**
    **Auscultation**
      Yes: Clear to Auscultation
  **Cardiovascular**
    **Auscultation**
      Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2
      No: M/R/G
  **Peripheral Vascular**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | GEORGESCU, FLAVIU VIRGIL | | | Reg #: | |
| Date of Birth: | /1972 | Sex: M Race: WHITE | | Facility: | BRO |
| Encounter Date: | 08/18/2016 09:38 | Provider: Bialor, Bruce MD | | Unit: | J02 |

**Exam:**
 **General**
  No: Non-Pitting Edema, Pitting Edema
 **Abdomen**
  **Auscultation**
   Yes: Normo-Active Bowel Sounds
  **Palpation**
   Yes: Soft
   No: Guarding, Rigidity, Tenderness on Palpation, Rebound Tenderness, Mass(es)
 **Neurologic**
  **Cranial Nerves (CN)**
   Yes: CN 2-12 Intact Grossly

**ROS Comments**
 As per HPI.
**Exam Comments**
 8/15/16 Lab and Radiology reports were reviewed.
 Neuro: Motor 5/5 B/L UE's and LE's. L facial droop resolved.

**ASSESSMENT:**

Osteoporosis, unspecified, 733.00 - Current - *Amenable to trying Ca Citrate supplement.*

Disorder of brain, unspecified, G939 - Current - *Hx and MRI are suspicious for MS. Will ask Neuro to address this at their next visit. EEG to be re-ordered.*

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Calcium Citrate/VIT D | 08/18/2016 09:38 | 315 mg/250 U (2 tabs) Orally Mouth - Two Times a Day x 180 day(s) -- Take with meals. |

 **Indication:** Osteoporosis, unspecified

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-L-Lyme Disease Antibodies | One Time | 08/19/2016 00:00 | Routine |
| Lab Tests-P-Phosphorus | | | |
| Lab Tests-V-Vitamin D, 25-Hydroxy | | | |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP) | | | |

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|

| Inmate Name: | GEORGESCU, FLAVIU VIRGIL | | | | | Reg #: | |
|---|---|---|---|---|---|---|---|
| Date of Birth: | 1972 | Sex: | M | Race: | WHITE | Facility: | BRO |
| Encounter Date: | 08/18/2016 09:38 | Provider: | Bialor, Bruce MD | | | Unit: | J02 |

| Endocrinology | 11/01/2016 | 11/01/2016 | Routine | No |
|---|---|---|---|---|

**Subtype:**
Endocrinology

**Reason for Request:**
44 yr old male with PMH of osteoporosis, VIT D deficiency, Hyperlipidemia seen by Endocrinologist 05/03/16, follow up in 6 months advised. Appt Nov 1, 2016 @ 12:45 pm

**Provisional Diagnosis:**
Osteoporosis; VIT D deficiency; Hyperlipidemia.

| Neurology | 09/19/2016 | 09/19/2016 | Routine | No |
|---|---|---|---|---|

**Subtype:**
EEG - Standard Electroencephalogram

**Reason for Request:**
White-Matter Disease on MRI: 44-yo male being F/U'd by Neurology for the above condition. EEG requested by Neurology, prior to the next appt in early October.

**Provisional Diagnosis:**
White-Matter Disease on MRI.

| Neurology | 10/05/2016 | 10/05/2016 | Routine | No |
|---|---|---|---|---|

**Subtype:**
Neurology - Offsite Appt

**Reason for Request:**
White-Matter Disease on MRI: 44-yo male being F/U'd by Neurology for the above condition. Last saw Neurology 7/5/16; 3-month F/U requested. He did not want to start Depakote after last Neuro visit. Pt had episode of LLE, LUE, and L facial numbness and weakness on 8/15/16; W/U in ER was (-)ve for acute stroke.

Has various intermittent neurologic sx's. IT WOULD BE GREATLY APPRECIATED IF NEUROLOGIST WOULD SPECIFICALLY ADDRESS THE POSSIBILITY OF PT HAVING MULTIPLE SCLEROSIS, AND WHETHER OR NOT LUMBAR PUNCTURE IS INDICATED. LAST MRI DID NOT SHOW ATROPHY; THEREFORE, I DO NOT SUSPECT DEMENTIA AS THE CAUSE OF HIS SYMPTOMS.

**Provisional Diagnosis:**
White-Matter Disease on MRI.

**Discontinued Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Neurology | 10/04/2016 | 10/04/2016 | Routine | No | |

**Subtype:**

**Reason for Request:**
Inmate seen in Neurology clinic, requires follow up in 3 months, inmate needs EEG prior to appointment

**Provisional Diagnosis:**
FOR ELECTROENCEPHALOGRAM. PATIENT IS IN THE PROCESS OF BEING WORKED UP FOR DEMENTIA.

| Inmate Name: | GEORGESCU, FLAVIU VIRGIL | | | | | Reg #: | |
|---|---|---|---|---|---|---|---|
| Date of Birth: | 1972 | Sex: | M | Race: | WHITE | Facility: | BRO |
| Encounter Date: | 08/18/2016 09:38 | Provider: | Bialor, Bruce MD | | | Unit: | J02 |

| Endocrinology | | 11/01/2016 | 11/01/2016 | Routine | No |
|---|---|---|---|---|---|

**Subtype:**

**Reason for Request:**

    43 yr old male with PMH of osteoporosis, VIT D deficiency, HLDH seen by Endocrinologist 05/03/16, follow up in 6 months advised. Appt Nov 1, 2016 @ 12:45 pm

| Neurology | | 07/05/2016 | 07/05/2016 | Routine | No |
|---|---|---|---|---|---|

**Subtype:**

**Reason for Request:**

    43 yr old male with PMH of osteoporosis, VIT D deficiency, HLDH seen by Neurologist 05/03/16, follow up in 2 months advised. Appt. 07/05/16 @ 2:00 pm

**Provisional Diagnosis:**

    RULE OUT EARLY DEMENTIA

## Disposition:

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed
Return Immediately if Condition Worsens

## Other:

Because of recurring episodes of various neurologic sx's, including memory lapses, Neuro recommended low-dose Depakote, which he refused. Since the 8/15 episode may also have been a seizure, recommended he reconsider Depakote. He prefers to obtain EEG 1st.

In addition to MS, need to R/O Lyme Dz.

F/U next month (already scheduled).

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/18/2016 | Counseling | New Medication | Bialor, Bruce | Verbalizes Understanding |
| 08/18/2016 | Counseling | Medication Side Effects | Bialor, Bruce | Verbalizes Understanding |
| 08/18/2016 | Counseling | Plan of Care | Bialor, Bruce | Verbalizes Understanding |
| 08/18/2016 | Counseling | Compliance - Treatment | Bialor, Bruce | Verbalizes Understanding |

**Copay Required:** No      **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Bialor, Bruce MD on 08/18/2016 18:27