# EXHIBIT U

**Extradition Order**



**CRNA GORA**
**Ministarstvo vanjskih poslova i evropskih integracija**
**Generalni direktorat za konzularne poslove**

**Br: 09/14-40/19-5**

Ministarstvo vanjskih poslova i evropskih integracija Crne Gore izražava svoje poštovanje Ambasadi Sjedinjenih Američkih Država u Podgorici i u vezi sa notom cijenjene Ambasade broj: 281-14 od 30. decembra 2014. godine, ima čast da u prilogu dostavi dopis Ministarstva pravde od 16. februara 2015. godine, sa rješenjem Višeg suda u Podgorici Kv.br.1226/14 od 21. januara 2015. godine, (postalo pravosnažno 13. februara 2015. godine), kojim je dozvoljeno izručenje u skraćenom postupku nadležnim organima Sjedinjenih Američkih Država, okrivljenog rumunskog državljanina Virgil Flaviu **Georgescu,** rođenog ████████ ████ godine.

Ministarstvo vanjskih poslova i evropskih integracija Crne Gore koristi i ovu priliku da Ambasadi Sjedinjenih Američkih Država u Podgorici ponovi izraze svog osobitog poštovanja.

Podgorica, 16. februara 2015.

**AMBASADA SJEDINJENIH AMERIČKIH DRŽAVA**

**Podgorica**



**CRNA GORA**
**MINISTARSTVO PRAVDE**
Direktorat za međunarodnu pravnu saradnju i evropske integracije

Broj: 04/2-20731/14
Podgorica, 16.02.2015.


sm


### U.S.Department of Justice
### Criminal Division
### Office of International Affairs


**Washington, D.C.20530**


**PREDMET: Georgescu Virgil Flavio, rješenje o izručenju**
**VEZA: Vaš broj 182-48183**

　　　　Ministarstvo pravde Crne Gore ima čast da u prilogu akta dostavi  rješenje Višeg suda u Podgorici Kv.br.1226/14 od 21.01.2015.godine,  (postalo pravosnažno 13.02.2015.godine), kojim je nadležnim organima Sjedinjenih Američkih Država dozvoljeno izručenje, u skraćenom postupku, okrivljenog rumunskog državljanina Georgescu Virgil Flavia, rođenog ▆▆▆▆▆.godine.

　　　　S poštovanjem,

GENERALNI DIREKTOR
Svetlana Rajković

Priloga: 1

**VIŠI SUD U PODGORICI**
**Kv.br.1226/14**
**Dana 21.01.2015.godine**

VIŠI SUD U PODGORICI, u vijeću sastavljenom od predsjednika suda Borisa Savića, kao predsjednika vijeća, sudija Biljane Uskoković i Valentine Pavličić kao članova vijeća, uz učešće savjetnika Branimira Janjevića, u predmetu ekstradicije okrivljenih **Vintil Cristiana i Georgescu Virgil Flaviu**, rješavajući po molbi Ministarstva Pravde Sjedinjenih Američkih Država za izručenje, odlučujući saglasno čl. 5 i čl.16. Konvencije Ujedinjenih nacija protiv transnacionalnog organizovanog kriminala i čl. 2 st. 1 i čl.11 u vezi čl.29 Zakona o međunarodnoj pravnoj pomoći u krivičnim stvarima, u sjednici vijeća održanoj dana 21.01.2015.godine, donio je

### RJEŠENJE

**DOZVOLJAVA SE IZRUČENJE u skraćenom postupku** okrivljenih **Vintil Cristiana**, od oca Kostela i majke Emilie, rođene Popescu, rođenog ████████. godineu Bakau - Rumunija, sa prebivalištem u Bukureštu – ul. Maihai Eminesku br.124, državljanin Rumunije, i **Georgescu Virgil Flaviu**, od oca Stefana i majke Floarea, rođene Kristina, rođenog ████████. godine u Aleksandriji – Rumunija, nastanjen u USA ██████████████ ██████████, državljanin Rumunije i SAD-a, u cilju vođenja krivičnog postupka pred Okružnim sudom - južni distrikt Njujork SAD zbog krivičnih djela zavjera radi ubijanja službenika i zaposlenih lica SAD iz glave 18 Zakonika SAD, odjeljci 1117 i 3238 i krivičnog djela zavjera radi obezbjeđenja materijalne podrške ili resursa za stranu terorističku organizaciju iz glave 18 Zakonika SAD, odjeljci 2339B (a)(1), (d)(1)(C), (d)(1)(D), (d)(1)(E) i 3238.

O ovoj odluci će se bez odlaganja obavijestiti Ministarstvo pravde Crne Gore koje je dužno da o istoj obavijesti državu moliju.

Troškovi nastali u toku ovog postupka, osim troškova koji nastanu povodom izručenja osuđenih van teritorije CG padaju na teret budžetskih sredstava suda.

Protiv ovog rješenja može se izjaviti žalba Apelacionom sudu CG u roku od 3 dana od dana prijema prepisa rješenja, preko Višeg suda u Podgorici.

### Obrazloženje

Molbom Ministarstva Pravde Sjedinjenih Američkih Država od 22.12.2014.godine zatraženo je izručenje državljanina Rumunije Vintil Cristiana. i državljanina Rumunije i SAD-a Georgescu Virgil Flaviu, koji su lišeni slobode po međunarodnoj potjernici NCB Interpola Vašington br. 2014/76216 od 16.12.2014.godine, izdate po naredbi Okružnog suda - južni distrikt Njujork SAD (sudija Frank Mass) broj 14 CRIM 799 od 04.12.2014.godine, u cilju vođenja krivičnog postupka pred Okružnim sudom - južni distrikt Njujork SAD zbog krivičnih djela zavjera radi ubijanja službenika i zaposlenih lica SAD iz glave 18 Zakonika SAD, odjeljci 1117 i 3238 i krivičnog djela zavjera radi obezbjeđenja materijalne podrške ili resursa za stranu terorističku organizaciju iz glave 18 Zakonika SAD, odjeljci 2339 (a)(1), (d)(1)(C), (d)(1)(D), (d)(1)(E) i 3238.

Uz molbu za izdavanje nadležni organi Sjedinjenih Američkih Država su podnijeli sledeću dokumentaciju: izjavu pod zakletvom koju je dao Ilan Graff, pomoćni državni tužilac Sjedinjenih Američkih Država, Južni okrug u Njujorku od 19.12.2014.godine br.14 Cr.799, optužni prijedlog

1

Okružnog suda - južni distrikt Njujork SAD protiv Cristian Vintila, Massimo Romagnoli i Virgil Flaviu Georgiescu od 04.12.2014.godine br.14 Cr.799, nalog za privođenje Okružnog suda - južni distrikt Njujork SAD od 04.12.2014.godine, važni djelovi važećih zakona Sjedinjenih Američkih Država koji se odnose na predmetna krivična djela za koje se traži izručenje i na zastarjelost krivičnog gonjenja, izjava pod zakletvom specijalnog agenta DEA-e Roberta J.Skota, br.14 Cr.799 i fotografije Vintil Cristiana i Georgescu Virgil Flaviu.

Po provedenim izviđajima, istražni sudija Višeg suda u Podgorici je dostavio spise predmeta krivičnom vijeću, predlažući da krivično vijeće uvaži molbu Ministarstva Pravde Sjedinjenih Američkih Država i donese rješenje kojim će utvrditi da su ispunjeni zakonski uslovi za izručenje državljanina Rumunije Vintil Cristiana, i državljanina Rumunije i SAD-a Georgescu Virgil Flaviu.

Više državno tužilaštvo u Podgorici se aktom Ktr.br.1022/14 od 25.12.2014. godine izjasnilo da su ispunjene zakonske pretpostavke za ekstradiciju državljanina Rumunije Vintil Cristiana, i državljanina Rumunije i SAD-a Georgescu Virgil Flaviu.

Branilac okrivljenog adv. Miloš Vuksanović je dana 25.12.2014.godine pred istražnim sudijom izjavio da je saglasan sa izručenjem državljanina Rumunije Vintil Cristiana, i državljanina Rumunije i SAD-a Georgescu Virgil Flaviu Sjedinjenim Američkim Državama.

Rješavajući po molbi za izručenje okrivljenog, vijeće je razmotrilo priložene pismene isprave, spise provedenih izviđaja, mišljenje istražnog sudije, mišljenje VDT-a Podgorica i branioca okrivljenog, pa je utvrdilo:

- da treba dozvoliti izručenje okrivljenih Vintil Cristiana i Georgescu Virgil Flaviu po skraćenom postupku, obzirom da su ispunjene sve zakonske pretpostavke iz čl.11 u skladu sa čl.29 Zakona o međunarodnoj pravnoj pomoći u krivičnim stvarima (Sl.List RCG br. 4 od 17.01. 2008.godine) za izručenje okrivljenih Sjedinjenim Američkim Državama, radi vođenja krivičnog postupka protiv istih pred Okružnim sudom - južni distrikt Njujork SAD, zbog krivičnih djela zavjera radi ubijanja službenika i zaposlenih lica SAD iz glave 18 Zakonika SAD, odjeljci 1117 i 3238 i krivičnog djela zavjera radi obezbjeđenja materijalne podrške ili resursa za stranu terorističku organizaciju iz glave 18 Zakonika SAD, odjeljci 2339 (a)(1), (d)(1)(C), (d)(1)(D), (d)(1)(E) i 3238.

Čl.11 Zakona o međunarodnoj pravnoj pomoći u krivičnim stvarima CG su propisani uslovi za izručenje po zamolnici države molilje a to je: da lice čije se izručenje traži nije crnogorski državljanin, da djelo zbog koga se traži izručenje nije učinjeno na teritoriji Crne Gore, protiv nje ili njenog državljanina, da je djelo zbog koga se traži izručenje krivično djelo i po domaćem zakonu i po zakonu države u kojoj je učinjeno, da po domaćem zakonu nije nastupila zastarjelost krivičnog gonjenja ili zastarjelost izvršenja kazne prije nego što je lice čije se izručenje traži pritvoreno ili kao okrivljeni ispitano, da lice čije se izručenje traži nije zbog istog djela od domaćeg suda već osuđeno ili da za isto nije od domaćeg suda pravosnažno oslobođeno, osim ako se steknu uslovi za ponavljanje krivičnog postupka predviđeni ZKP-om, ili da protiv tog lica nije u Crnoj Gori, zbog istog djela učinjenog prema Crnoj Gori ili crnogorskom državljaninu, pokrenut krivični postupak, a ako je pokrenut postupak zbog djela učinjenog prema crnogorskom državljaninu, da je položeno obezbjeđenje za ostvarivanje imovinskopravnog zahtjeva oštećenog, da je utvrđen identitet lica čije se izručenje traži, da država molilja navede činjenice i dokaze za postojanje osnovane sumnje da je lice čije se izručenje traži učinilo krivično djelo ili da postoji pravosnažna sudska odluka, te da nije u pitanju djelo malog značaja, u skladu sa Krivičnim zakonikom.

Čl. 16 st. 4 Konvencije Ujedinjenih nacija protiv transnacionalnog organizovanog kriminala propisano je da ako neka država potpisnica koja uslovljava izdavanje postojanjem ugovora primi zahtjev za izdavanje od druge države potpisnice sa kojom nema ugovor o ekstradiciji, može smatrati ovu konvenciju pravnim osnovom za izdavanje u odnosu na svako krivično djelo na koje se taj član primjenjuje. Istim članom u st.7 pomenute Konvencije propisano je da će izdavanje zavisiti od uslova predviđenih domaćim zakonima zamoljene države potpisnice, ili važećim ugovorima o ekstradiciji.

2

Iz spisa predmeta Pom.br.317/14, utvrđuje se da okrivljeni Vintil Cristian i Georgescu Virgil Flaviu nijesu državljani Republike Crne Gore, da krivično djelo za koje se gone nijesu izvršili na teritoriji Crne Gore, protiv nje ili njenog državljanina, da su ova krivična djela i po našem zakonodavstvu propisana kao krivična djela, i to krivično djelo kriminalno udruživanje iz čl. 401 st. 1 Krivičnog zakonika CG (za koje krivično djelo je propisana kazna zatvora do tri godine), krivično djelo izrađivanje i nabavljanje oružja i sredstava namijenjenih za izvršenje krivičnog djela iz čl. 402 st. 1 Krivičnog zakonika CG (za koje krivično djelo je propisana kazna zatvora od šest mjeseci do pet godina), krivično djelo finansiranje terorizma iz čl. 449 st.1 Krivičnog zakonika CG (za koje krivično djelo je propisana kazna zatvora od jedne do deset godina), da nije nastupila zastarjelost izvršenja kazne, da Vintil Cristian i Georgescu Virgil Flaviu nijesu zbog istih djela od domaćeg suda već osuđeni (što je utvrđeno uvidom u Uvjerenje  Ministarstva pravde CG  br. 0203/13249 od 19.12.2014.godine, koje Uvjerenje se nalazi u spisima predmeta ovog suda Pom.br. 317/14) ili da za isto djelo nijesu od domaćeg suda pravosnažno oslobođeni, dok je takođe utvrđeno da se protiv istih ne vodi postupak pred pravosudnim organima Crne Gore (što je utvrđeno uvidom u dopis Vrhovnog državnog tužilaštva CG Kti.br.853/14 od 19.12.2014.godine, koji dopis se nalazi u spisima predmeta ovog suda Pom.br. 317/14).

Uvidom u važne djelove važećih zakona Sjedinjenih Američkih Država koji se odnose na predmetna krivična djela za koja se traži izručenje utvrđeno je da je za krivično djelo zavjera radi ubijanja službenika i zaposlenih lica SAD iz glave 18 Zakonika SAD, odjeljci 1117 i 3238 propisana kazna zatvora na neodređeni vremenski period ili doživotno, dok je za krivično djelo zavjera radi obezbjeđenja materijalne podrške ili resursa za stranu terorističu organizaciju iz glave 18 Zakonika SAD, odjeljci 2339 (a)(1), (d)(1)(C), (d)(1)(D), (d)(1)(E) i 3238 propisana kazna zatvora na najduže 15 godina, a ako djelo koje je učinjeno uzrokuje bilo čiju smrt, učinilac će se kazniti zatvorom na neograničeni vremenski period ili doživotno.

Naime, protiv okrivljenih Vintil Cristiana i Georgescu Virgil Flaviu je pred Okružnim sudom - južni distrikt Njujork SAD podignut optužni predlog zbog izvršenja krivičnog djela zavjera radi ubijanja službenika i zaposlenih lica SAD iz glave 18 Zakonika SAD, odjeljci 1117 i 3238 i krivičnog djela zavjera radi obezbjeđenja materijalne podrške ili resursa za stranu terorističku organizaciju iz glave 18 Zakonika SAD, odjeljci 2339 (a)(1), (d)(1)(C), (d)(1)(D), (d)(1)(E) i 3238, a takođe, protiv njih je bila raspisana potjernica NCB Interpola Vašington br. 2014/76216 od 16.12.2014.godine, izdata po naredbi Okružnog suda - južni distrikt Njujork SAD (sudija Frank Mass) broj 14 CRIM 799 od 04.12.2014.godine, po kojoj su i lišeni slobode u Crnoj Gori dana 16.12.2014.godine.

Provedenim izviđajima nesumnjivo je utvrđeno da su Vintil Cristian i Georgescu Virgil Flaviu lica koje se pred crnogorskim državnim organima legitimisala kao takva na osnovu vlastitog priznanja na zapisnicima pred Istražnim sudijom Višeg suda u Podgorici Pom.br.317/14 od 16.12.2014.godine, kao i na osnovu putnih isprava, i to pasoš Rumunije broj 086403995 okrivljenog Vintil Cristiana i pasoš SAD-a broj 466949662 i pasoš Rumunije broj 050175426 okrivljenog Georgescu Virgil Flaviu, i otisaka papilarnih linija dostavljenih posredstvom NCB Interpola Podgorica.

Okrivljeni Vintil Cristian i Georgescu Virgil Flaviu su u svojim iskazima datim na zapisnicima Pom.br.317/14 od 16.12.2014.godine pred istražnim sudijom ovog suda istakli da žele da sarađuju sa američkim vlastima oko ovog problema i da žele da budu što prije izručeni Sjedinjenim američkim državama. Dodali su da im je od strane suda predočeno da po crnogorskom zakonu postoji mogućnost skraćene procedure izručenja, odnosno izručenja samo na osnovu odluke suda, te da, u konačnom, žele da budu izručeni po toj skraćenoj proceduri.

Cijeneći ovako datu saglasnost okrivljenih Vintil Cristiana i Georgescu Virgil Flaviu, ovo vijeće je mišljenja da su ispunjeni uslovi iz čl. 29 Zakona o međunarodnoj pravnoj pomoći u krivičnim stvarima, za ekstradiciju po skraćenom postupku.

Imajući u vidu sve naprijed navedeno, ovo vijeće je našlo da su ispunjene zakonske pretpostavke za izručenje državljanina Rumunije Vintil Cristiana, i državljanina Rumunije i SAD-a Georgescu

3

Virgil Flaviu po molbi Ministarstva pravde Sjedinjenih Američkih Država, u cilju vođenja krivičnog postupka pred Okružnim sudom - južni distrikt Njujork SAD, zbog osnovane sumnje da su izvršili krivična djela zavjera radi ubijanja službenika i zaposlenih lica SAD iz glave 18 Zakonika SAD, odjeljci 1117 i 3238 i krivično djelo zavjera radi obezbjeđenja materijalne podrške ili resursa za stranu terorističku organizaciju iz glave 18 Zakonika SAD, odjeljci 2339 (a)(1), (d)(1)(C), (d)(1)(D), (d)(1)(E) i 3238.

Ukoliko okrivljeni Vintil Cristian i Georgescu Virgil Flaviu budu izručeni Sjedinjenim Američkim Državama, mogu se krivično goniti samo za krivična djela za koje je izručenje dozvoljeno, shodno čl.33 Zakona o međunarodnoj pravnoj pomoći u krivičnim stvarima Crne Gore.

Ukoliko okrivljeni Vintil Cristian i Georgescu Virgil Flaviu budu izručeni Sjedinjenim Američkim Državama, vrijeme provedeno u pritvoru istima će se uračunati u krivičnu sankciju, shodno članu 33 st.4 Zakona o međunarodnoj pravnoj pomoći u krivičnim stvarima.

Troškovi koji su nastali povodom ovog postupka padaju na teret budžetskih sredstava suda, osim troškova koji su nastali van teritorije Crne Gore, koje snosi država molilja, shodno čl.30 Zakona o međunarodnoj pomoći u krivičnim stvarima.

Iz izloženog, na osnovu čl.11, čl.20 i čl.29. Zakona o međunarodnoj pravnoj pomoći u krivičnim stvarima (»Sl.list RCG« br.4 od 17.01. 2008. godine), te čl.5 i čl.16 Konvencije Ujedinjenih nacija protiv transnacionalnog organizovanog kriminala, odlučeno je kao u dispozitivu ovog rješenja.

**ZAPISNIČAR**
Branimir Janjević,s.r.

**PREDSJEDNIK SUDA - VIJEĆA**
Boris Savić,s.r.

4

**Extradition Order (Translated)**

Page 1

SEAL  MONTENEGRO
MINISTRY OF FOREIGN AFFAIRS AND THE EUROPEAN INTEGRATION
CONSUL GENERAL FOR CONSULAR AFFAIRS

Case number: 09/14-40/19-5

The Ministry of Foreign Affairs and  European Integration of Montenegro sends its respects to
the US Embassy in Podgorica related to the esteemed  Embassy's note number 34; 281-14 on
December 30, 2014, it has  honor to enclose the official letter of the Ministry of Justice on
February 16, 2014  with the decision of the High Court in Podgorica  cr. number 1226/14 on
January 21, 2015 (became valid on February 13, 2015) which permits the extradition  by
shortened procedure to the authorities of the United States, the accused Rumanian citizen Virgil
Flaviu Georgescu, born on ████████.

The Ministry of Foreign Affairs and European Integration of Montenegro takes this opportunity
to express its respects to the Embassy of the United States in Podgorica.


SEAL

Ministry of Foreign Affairs and European Integration

PODGORICA


Podgorica, February 16, 2015


EMBASSY of the UNITED STATES

Podgorica

Page 2


SEAL
MONTENEGRO
MINISTRY OF JUSTICE
Directorate for the international judicial co-operation and European integration

Case number: 04/2- 2073/14
Podgorica, 16.02.2015

U.S. Department of Justice
Criminal Division
Office of International Affairs


Washington.D.C.20530

SUBJECT: Georgescu Virgil Flavio, decision of extradition
REFERRANCE: Your number 182-48183


Ministry of Justice of Montenegro has honor to enclose the decision of the High Court in Podgorica, Cr. Number 1226/14 on January 21, 2015, (became valid on February 13, 2015) which permits the extradition by shortened procedure to the authorities of the United States, the accused Rumanian citizen Virgil Flaviu Georgescu, born on ████████


    Respectfully,


CONSUL GENERAL
Svetlana Rajkovic
Signed


Supplement 1

_____

Ministry of Justice of Montenegro, Vuka Karadzica 3, 81000 Podgorica
Tel: +382 20 407 510, Fax: +382 20 407 566, 407 515

Page 3

THE HIGH COURT OF PODGORICA
Cr. Number 1226/14
Date: January 21, 2015

Stamp
DECISION IS LEGALLY VALID
The High Court of Podgorica
February 13, 2015
Illegible

The HIGH COURT OF PODGORICA, the council including the President of the Court Boris Savic, as the president of the council, the judge Biljana Uskokovic and Valentin Pavlicic as council members, with participation of the adviser Branimir Janjevic, in the case of extradition of the accused Vintil Cristian and Georgescu Virgil Flaviu, requested by petition of the Department of Justice of the United States for extradition decided unanimously article 5 and article 16 of the United Nations Convention against the transnational organized crime and article 2 st. 1 and article 11 related to article 29 of the Law of the international legal assistance in criminal matters, at the council session held on January 21, 2015 brought

The DECISION

THE EXTRADITION IS PERMITTED by shortened procedure of the accused Vintil Christian, father Koste and mother Emili, born in Popescu on ████████ in Bakau –Romania and Georgescu Virgil Flaviu, father Stefan and mother Florea- born Kristina, born ████████ in Aleksandria- Romania, residence in the USA- ████████, citizen of Romania and the USA, in order to conduct criminal proceedings by the U.S. District Court-Southern District of New York for criminal acts of conspiracy for killing an employee and employed persons of the USA, chapter 18 of the US Code, sections 1117 and 3238, and for the criminal act of conspiracy to supply material assistance or resources for foreign terrorist organization, chapter 18 of the US Code, sections 23398 (a)(1), (d)(1)(C), (d)(1CXD), (d)(1)€ and 3238.

About this decision the Ministry of Justice of Montenegro, responsible to notify the applicant country, should be notified without any delay.

Expenses resulting from this this procedure, apart from expenses of the accused extradition beyond the territory of Montenegro, fall under the budget of the court.

Against this decision an appeal via the High Court in Podgorica can be lodged at the Appellate Court of Montenegro within 3 days upon receiving a copy of the decision.

EXPLANATION

The petition of the Department of Justice of the United States on December 22, 2014 requested the Extradition of the Romanian citizen Vintil Cristian and the Romanian and the US citizen, Georgescu Virgil Flaviu who were apprehended based on the warrant of arrest for a fugitive criminal issued by the NCB Interpol in Washington , number 2014/76216 on December 16, 2014, issued by the order of the U.S. District Court-Southern District of New York (judge

Frank Mass) case number 14 CRIM 799 on December 4, 2014 in order to conduct criminal proceedings at the U.S. District Court-Southern District of New York for criminal acts of conspiracy for killing an employee and employed persons of the USA, chapter 18 of the US Code, sections 1117 and 3238, and for the criminal act of conspiracy to supply material support or resources to a foreign terrorist organization, chapter 18 of the US Code, sections 23398 (a)(1), (d)(1)(C), (d)(1CXD), (d)(1)E and 3238.

With the petition for extradition the US authorities have enclosed the following documents: a sworn statement by Ilan Graff, Assistant US Attorney of the US Attorney of the Southern District of New York, on December19, 2014, case number 14, CR.799, the indictment motion of the Southern District of New York against Cristian Vintil, Massimo Romagnoli and Virgil Flaviu Georgescu on December 4, 2014, case number: 14 Cr.799, the order to arrest by the Southern District of New York on December 4, 2014, important parts of the US law related to the case's criminal acts for which the extradition is requested, and related to the criminal statute of limitation, the sworn statement of the DEA special agent Robert J. Skot, case number 14, Cr.799 and the photos of Vintil Cristian and Georgescu Virgil Flaviu.

After the executed inquest, the Investigative judge of the High Court in Podgorica handed over the case documents to the Criminal Panel, (Council) suggesting that the Criminal Panel takes into consideration the petition of the US Department of Justice and rules that all legal conditions for the extradition of the Romanian citizen Vintil Cristian and the Romanian and US citizen Georgescu Virgil Flaviu are fulfilled.

The State Prosecution Office in Podgorica with the act Ktr. Number 1022/14 on December 25, 2014 declared that legal suppositions for the extradition of the Romanian citizen Vintil Cristian and the Romanian and US citizen Georgescu Virgil Flaviu are fulfilled.

On December 25, 2014 the accused's defender, Attorney Milos Vuksanovic declared in front of the investigative judge that he agreed with the extradition of the Romanian citizen Vintil Cristian and the Romanian and US citizen Georgescu Virgil Flaviu to the United States.

Ruling according to the petition for the extradition of the accused, the Criminal Panel considered enclosed written documents, documents of inquest, the opinion of the investigative judge, the opinion of VDT-a Podgorica and of the defender of the accused and established:

That it is necessary to allow the extradition by shortened procedure of Vintil Cristian and Georgescu Virgil Flaviu as all legal suppositions from the chapter 11 in accordance with chapter 29 of the Law of international legal assistance in legal matters (S1. List RCG number 4 of the January 17, 2008)1 for the extradition of the accused to the United States are fulfilled in order to conduct criminal proceedings at the U.S. District Court-Southern District of New York for criminal acts of conspiracy for killing an employee and employed persons of the USA, chapter 18 of the US Code, sections 1117 and 3238, and for a criminal act of conspiracy to supply

Page 5

material support or resources to a foreign terrorist organization, chapter 18 of the US Code, sections 23398 (a)(1), (d)(1)(C), (d)(1CXD), (d)(1)E and 3238.

The Chapter 11 of the Law of the international legal assistance in criminal matters of Montenegro prescribes conditions for extradition requested by the petitioner which are: that the person requested to be extradited is not a Montenegrin citizen, that the act for which the extradition is requested has not been done within the territory of Montenegro, against Montenegro or its citizen, that the act for which the extradition is requested is a criminal act according to the local law and the law of the country where it took place, that according to the local law the statute of limitation has not begun or the statute of limitation for serving the sentence, before the person requested to be extradited was detained, or the accused is interrogated, that the person requested to be extradited was not previously sentence for the same act by the local judge and was not set free for the same act by the local judge, exempt if conditions are obtained to renew criminal procedures foreseen by ZKP, or that against this person in Montenegro, for the same act against Montenegro or a Montenegrin citizen the criminal procedure was not set in motion, and if the procedure against a Montenegrin citizen was set in motion, that the request for the legal property damages by the damaged is going to be met, that the identity of the person requested to be extradited is confirmed, that the petitioner country states the facts and evidence that there are plausible grounds that the person requested to be extradited committed a criminal act or that there is a legal court decision, and that this is not a question of an act of little importance, according to the Criminal Code.

The Article 16 of the United Nations Convention against transnational organized crime states that if a signed country receives the request for extradition from another signed country with which it doesn't have the extradition agreement, it can consider this convention as the legal base for extradition in regard to each criminal act that the article is applied. The same article 7 of the above mentioned convention states that the extradition depends on stipulations foreseen by local laws of the signed petitioned country, or valid extradition agreements.

The case documents Pom. Number 317/14 establish that the accused Vintil Cristian and Georgescu Virgil Flaviu are not the citizens of the Republic of Montenegro, that the criminal act they are charged with, was not committed within the territory of Montenegro, against Montenegro or its citizens, that these criminal acts are also criminal acts according to our legislature, namely a criminal act of criminal association from the article 401 st. 1 of the Criminal Code of Montenegro ( for which criminal act a prison sentence of three years of prison is prescribed), the criminal act of making and procuring weapons and means intended for criminal acts from the article 402 st. 1 of the Criminal Code of Montenegro (for which criminal act a prison sentence from 6 months to 5 years is prescribed), the criminal act of financing terrorism from the article 449 st.1 of the Criminal code of Montenegro( for which criminal act is prescribed a prison sentence from one to ten years is prescribed), that the statute of limitation has not begun, that Vintil Cristian and Georgescu Virgil Flaviu were not already sentenced for the same act by a local judge (which was confirmed by the Ministry of Justice of Montenegro, number 0203/13249 on December 19, 2014, the confirmation is among case documents Pom. Number 317/14) or that for the same act they were not set free by a local judge, and it was also confirmed that against them there are no legal proceedings by legal authorities of Montenegro

(confirmed by the official letter of a High Court District Attorney of Montenegro Kt. Number 853/14 on December 19, 2014, the confirmation is among case documents of this court Pom. Number 317/14).

According to relevant parts of current laws of the United States related to criminal acts requiring the extradition it is established that for a criminal act of conspiracy to kill an employee and employed persons of the USA, chapter 18 of the US Code, sections 1117 and 3238, the prison sentence of unlimited period or for life is prescribed, while for a criminal act to supply material support or resources to foreign terrorist organization, chapter 18 of the US Code, sections 23398 (a)(1), (d)(1)(C), (d)(1CXD), (d)(1)E and 3238 the prison sentence up to 15 years is prescribed, if the act performed causes somebody's death, the executor will serve unlimited prison time or for life.

Namely, against the accused Vintil Cristian and Georgescu Virgil Falviu the U.S. District Court-Southern District of New York instituted the motion for legal proceedings for criminal acts of conspiracy for killing an employee and employed persons of the USA, chapter 18 of the US code, sections 1117 and 3238, and for the criminal act to supply material support or resources to a foreign terrorist organization, chapter 18 of the US Code, sections 23398 (a)(1), (d)(1)(C), (d)(1CXD), (d)(1)E and 3238, and also against them the warrant of arrest for a fugitive criminal was circulated, issued by NCB Interpol in Washington , number 2014/76216 on December 16, 2014, issued by the order of the U.S. District Court-Southern District of New York (judge Frank Mass) case number 14 CRIM 799 on December 4, 2014, based on which they were arrested in Montenegro on December 16, 2014.

Upon investigation it was established without any doubt that Vintil Cristian and Georgescu Virgil Laviu are the persons who identified themselves in front of the Montenegrin authorities as such, according to the minutes by their own admission in front of the investigative judge of the High Court of Podgorica, Pom. Number 317/14 on December 16, 2014, and by the accused 's Vintil Cristian's travel documents: namely his Romanian passport number ██████ and the US passport number ██████ and the accused's Georgescu Virgil Flaviu's Romanian passport number ██████, and by fingerprints provided by NCB Interpol Podgorica.

The accused Vintil Cristian and Georgescu Virgil Flaviu stated in front of the investigative judge of this court in the minutes Pom. number 317/14 on December 16, 2014 that they wish to cooperate about this problem with the American authorities and that they wish to be extradited to the United States as soon as possible They added that the court brought to their attention that according to the Montenegrin law there is a possibility of the shortened extradition procedure, namely the extradition based only on the court's decision, and that, at the end, they will to be extradited by this shortened procedure.

Respecting the expressed consent of Vintil Cristian and Georgescu Virgil Flaviu this panel's opinion is that requirements from article 29 of the international legal assistance in criminal matters for extradition by shortened procedure are met.

Page 7

Taking into consideration all stated above, this panel concluded that the legal presuppositions for extradition of the Romanian citizen Vintil Cristian, and the Romanian and US citizen Gorgecu Virgil Flaviu are fulfilled, based on the petition of the US Department of Justice, in order to conduct criminal procedures at the U.S. District Court-Southern District of New York for established doubt that they committed criminal acts of conspiracy for killing an employee and employed persons of the USA, chapter 18 of the US Code, sections 1117 and 3238, and for the criminal act of conspiracy to supply material assistance or resources to foreign terrorist organization, chapter 18 of the US Code, sections 23398 (a)(1), (d)(1)(C), (d)(1CXD), (d)(1)E and 3238.

If the accused Vintil Cristian and Georgescu Virgil Flaviu are extradited to the United States they can be prosecuted only for criminal acts for which the extradition was permitted according to article 33st.4 of the Law of International legal assistance in criminal matters of Montenegro.

If the accused Vintil Cristian and Georgescu Virgil Flaviu are extradited to the United States, the time spent in detention is going to count toward criminal sanction, based on article 33st. 4 of the Law of the International legal assistance in criminal matters.

Expenses resulting from this procedure fall under the budget of the court, apart from the expenses beyond the territory of Montenegro which are covered by the country petitioner, according to article 30 of the Law for the International assistance in criminal matters.

As set forth based on article 11, article 29 the Law for the International legal assistance in criminal matters ("Sl.list RCG" number on 4 January 17, 2008) and article 5 and article 16 of the United Nations Convention against transnational organized crime, it has been determined as in the disposed decision.


RECORDING SECRETATY                    THE PRESIDENT OF THE COURT-COUNCIL

Branimir Janjevic, s.r.                              Boris Savic, s.r.


                              Stamp
            Court employee affirms, certifies the accuracy of delivery

Translated from Serbian to English by:

Carmen Ess. Ph.D.
Professionally certified court interpreter for
Bosnia, Croatian, Serbian (BCS)
121 Hamilton Avenue
Hastings-on-Hudson, NY 10706