# APPENDIX A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - .- x

                                            :

UNITED STATES OF AMERICA

                                            :       STIPULATION

        - v. -

                                            :       14 Cr. 799 (RA)

VIRGIL FLAVIU GEORGESCU,

                                            :

                Defendant.

                                            :

- - - - - - - - - - - - - - - - - - - - x

        IT IS HEREBY STIPULATED AND AGREED by and among the

United States of America, by Preet Bharara, United States

Attorney for the Southern District of New York, Ilan Graff and

Andrea Surratt, Assistant United States Attorneys, of counsel,

and VIRGIL FLAVIU GEORGESCU, the defendant, with the consent of

his attorney, Albert Dayan, Esq., respectively, that:

        1.    In or about April 2012, the defendant, VIRGIL FLAVIU

GEORGESCU, placed two telephone calls (the "Calls") to a publicly-

available telephone number for the Central Intelligence Agency

("CIA");

        2.    Government Exhibit 1D is a compact disc containing

true and accurate recordings of the Calls, which have not been

modified other than to redact identifying information of the

individuals with whom the defendant, VIRGIL FLAVIU GEORGESCU,

spoke;

        3.    The CIA has searched its records and has not

identified any further contact between the defendant, VIRGIL FLAVIU

GEORGESCU, and the CIA between the April 2012 date of the Calls and

the defendant's December 15, 2014, arrest in this case.

IT IS FURTHER STIPULATED AND AGREED that both this stipulation

and Government Exhibit 1D may be received in evidence at trial.

Dated:     New York, New York
           April 28, 2016

                        PREET BHARARA
                        United States Attorney
                        Southern District of New York

          By:    _____
                        Ilan Graff
                        Andrea Surratt
                        Assistant United States Attorneys


          By:    _____
                        Albert Dayan, Esq.
                        Attorney for Defendant VIRGIL FLAVIU
                        GEORGESCU

2