

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 12, 2021

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:   **United States v. Virgil Flaviu Georgescu**,
           14 Cr. 799 (RA)

Dear Judge Abrams:

    On March 2, 2021, the Court docketed the above-captioned defendant's *pro se* motion for compassionate release pursuant to 18 U.S.C. § 3582(c) (the "Motion"). (*See* Dkt. 160). The Court has not yet set a schedule for a response. Accordingly, the Government respectfully proposes that its response to the Motion be due on March 26, 2021.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney

    By: /s/
        Ilan Graff
        Assistant United States Attorney
        Southern District of New York
        (212) 637-2296