**Fried, Frank, Harris, Shriver & Jacobson LLP**

# FRIED FRANK

One New York Plaza
New York, New York 10004
Tel:  +1.212.859.8000
Fax: +1.212.859.4000
www.friedfrank.com

Direct Line: +1.212.859.8592
Email: steven.witzel@friedfrank.com

March 16, 2021

**<u>Via CM/ECF</u>**

The Honorable Ronnie Abrams
United States District Court for the
    Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:     *United States v. Georgescu*, **Case No. 14-cr-00799-RA**

Dear Judge Abrams:

I write with regard to Virgil Flaviu Georgescu's March 2, 2021 *pro se* motion for compassionate release pursuant to 18 U.S.C. § 3582(c), in which he stated that he did not have an attorney and "request[ed] an attorney be appointed to help him." ECF No. 160 at 5. Your Honor previously appointed my firm to represent Mr. Georgescu in the above-captioned matter in June 2016 through the Court's Criminal Justice Act Panel. *See* ECF No. 91. We represented Mr. Georgescu on a *pro bono* basis in his post-conviction proceedings before Your Honor and through his appeal, and we are willing to continue representing Mr. Georgescu in this matter on the same *pro bono* basis.

While we have not contacted Mr. Georgescu, we anticipate that he will support our continued representation of him. In order to confirm that Mr. Georgescu consents to our representation, we respectfully request that the Court (a) adjourn the March 26, 2021 deadline for the Government's response to Mr. Georgescu's motion; and (b) provide us with two weeks to contact Mr. Georgescu and report back to the Court regarding his representation and the timing of a potential supplemental submission support of his motion.

New York • Washington • London • Frankfurt
Fried, Frank, Harris, Shriver & Jacobson LLP is a Delaware Limited Liability Partnership

Fried, Frank, Harris, Shriver & Jacobson LLP

The Honorable Ronnie Abrams                                March 16, 2021
                                                           Page 2

     On March 16, 2021, we conferred with AUSA Ilan Graff, counsel to the Government,
who did not object to this request.

                                 Respectfully Submitted,

                                 Steven M. Witzel

cc:    Ilan Graff, Assistant United States Attorney (by ECF)

                                 Application granted.  By no later than March 31,
2021, Mr. Witzel shall update the Court on the
status of his representation of Defendant. The
Government's deadline to respond to Defendant's
motion is hereby adjourned *sine die.*

                                 SO ORDERED.

                                 _____

                                 Hon. Ronnie Abrams
                                 March 18, 2021