**FRIED FRANK**

Fried, Frank, Harris, Shriver & Jacobson LLP

One New York Plaza
New York, New York 10004
Tel: +1.212.859.8000
Fax: +1.212.859.4000
www.friedfrank.com

Direct Line: +1.212.859.8592
Email: steven.witzel@friedfrank.com

March 25, 2021

**Via CM/ECF**

The Honorable Ronnie Abrams
United States District Court for the
 Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
March 26, 2021

Re: *United States v. Georgescu*, Case No. 14-cr-00799-RA

Dear Judge Abrams:

Pursuant to the Court's March 18, 2021 order (ECF No. 164), I write to inform the Court that I spoke with Mr. Georgescu yesterday (March 24, 2021), and he has confirmed that we will continue to represent him in connection with the above-captioned action. With respect to Mr. Georgescu's motion for compassionate release (ECF No. 160), which he filed *pro se*, we respectfully request the Court's permission to file a supplemental submission in support of the motion and propose that this submission be due on April 30, 2021.

On March 25, 2021, we conferred with AUSA Ilan Graff, counsel to the Government, who did not object to this request.

Respectfully Submitted,

Steven M. Witzel

cc:   Ilan Graff, Assistant United States Attorney (by ECF)