B"H

8·24·2021

Honorable Judge Ronnie Abrams,

    In light of my recente motion for compassionate release, I also wanted to bring some additional information to your attention. A few years ago I obtained information about a threat against the lives of two executive staff members here in F.C.I Cumberland. Their Lives were being threatend so that prominant and rather notorius MS 13 gang member would be given a life sentence here in the U.S. rather then be extradited to Costa Rica to serve a life sentence there. I promptly passed this information along to S.I.S. Ultimatly my information and statements lead to his immediate removal from the compound and fortunatly no harm ever came to the two executive staff members whose lives were endangered. The motive for my actions were simply to help save a life like always I do. I expected no favors in return and the health and wellbeing of those two executive staff members was thanks enough.

    However, in light of the continual decline of my mother's health, I reach out to you empart this information. Even since my initial motion for compassionate release, her health has worsene to the point that now she is no longer able to get out the bed to releave herselfe in the middle of the night. I know that I may only have a year and a half left, but every day matter's in this desperate situation. I pray that with this new knowledge the court may look more favorably towards my case and my circumstances by acting in my favor. My account of events and the exact role that I played can be validated in full detail by Lt. Deurr who is employed here at F.C.I Cumberland and was a member of S.I.S at the time of the incident.

    Thank you for your time and consideration in this matter.

Respectfully,
Flavius Georgescu.

VIRGIL GEORGESCU #92350-054
FEDERAL CORRECTIONAL INSTITUTION
CUMBERLAND
P.O. BOX 1000
CUMBERLAND, MD 21501

CERTIFIED MAIL
7017 1000 0000 5403 2572

U.S. Postal Service
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

Sent To: CLERK, UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NY.
Street and Apt. No., or PO Box No.: 40 FOLEY SQUARE
City, State, ZIP+4: NEW YORK, NY. 10007

RECEIVED
2021 AUG 31 PM 2:45
CLERK'S OFFICE

CLERK, UNITED STATES DIST
FOR THE SOUTHERN DISTRICT OF
40 FOLEY SQUARE
NEW YORK, NY. 10007